# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**UNITED STATES OF AMERICA**

    Plaintiff,

v.

**TONY DANIEL KLEIN**

    Defendant.

Case No.: 3:22−cr−00084−SI
*SEALED*

## Criminal Case Assignment Order

**1.**    **Presiding Judge:** The above referenced case has been filed in the Portland Division of the U.S. District Court for the District of Oregon and assigned to:

> Presiding Judge . . . . . . . . . . . . . . . . . . . . . . . . Hon. Michael H. Simon
> Presiding Judge's Suffix Code* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SI
>
> *These letters must follow the case number on all future filings.

**2.**    **Courtroom Deputy Clerk:** Questions about the status or scheduling of this case should be directed to:

    Mary Austad
    Telephone: 503−326−8034
    Email: mary_austad@ord.uscourts.gov

**3.**    **Case Administrator/Docket Clerk:** Questions about filings or docket entries in this case should be directed to:

    Telephone: 503−326−8050

**4.**    **Place of Filing:** Any paper filings must be submitted to the Clerk of Court, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204. (*See* LR 3−1, LR 5−5.)

**5.**    **District Court Website:** Information about local rules of practice, CM/ECF electronic filing requirements, responsibility to redact personal identifiers from filings, and other related information can be found on the Court's website at ord.uscourts.gov.

**DATED:** March 9, 2022                 **MELISSA AUBIN**
                                                   **Clerk of Court**

                                         by: /s/ P. Scheneman
                                                 P. Scheneman, Deputy Clerk