## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:22-cr-00084-SI** |
| **v.** | **PROTECTIVE ORDER** |
| **TONY DANIEL KLEIN,** | |
| **Defendant,** | |

Upon motion of the United States, this Court being advised as to the nature of this case, it is hereby:

ORDERED that pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, counsel for defendant shall not provide defendant with copies of any discovery material produced by the government which contain:

(a)     Personal Information: personal identifying information of any individual, including without limitation, any individual's date of birth, social security number, address, telephone number, email address, driver's license number, professional license number, family members' names, or medical information, including mental health or substance abuse information; or

(b)     Financial Information: financial information of any individual or business, including without limitation, bank account numbers, credit or debit card numbers, account

passwords, account names and contact information, account history, account balances, account

statements, tax return information, or taxpayer identification numbers,

unless defense counsel first redacts the Personal Information or Financial Information from the

discovery materials or if the Personal Information or Financial Information is the defendant's

own information.

IT IS FURTHER ORDERED that defendant is allowed to view the unredacted discovery

under the active supervision of defense counsel—that is, the unredacted discovery will be under

the custody and control of defense counsel during defendant's review.

IT IS FURTHER ORDERED that neither defense counsel nor defendant shall provide

any discovery material produced by the government, whether the material is redacted, to any

person not a party to this case without the government's express written permission, except that

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**Protective Order**                                                                                    **Page 2**

defense counsel may provide discovery material, whether it is redacted, to members of the

defense team and to those persons who are necessary to assist counsel in preparation for trial or

other proceedings.

Dated: March 25, 2022

                                        _____

                                        HONORABLE MICHAEL H. SIMON
                                        United States District Judge

Presented by:

SCOTT ERIK ASPHAUG
United States Attorney

*/s/ Katherine Rykken*
KATHERINE RYKKEN, CSB #267196
Assistant United States Attorney

KRISTEN M. CLARKE
Assistant Attorney General
Civil Rights Division

FARA GOLD
Special Litigation Counsel
Civil Rights Division

CAMERON A. BELL
Trial Attorney
Civil Rights Division