AO 442 (Rev. 11/11) Arrest Warrant

FILED 01 APR '22 15:22 USDC-ORP

ORIGINAL

# UNITED STATES DISTRICT COURT
for the
District of Oregon

**SEALED**

United States of America
v.

TONY DANIEL KLEIN

*Defendant*

Case No. 3:22-cr-00084-SI

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   TONY DANIEL KLEIN,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Deprivation of Rights

False Declarations Before Court

Date: 03/09/2022

s/P. Scheneman
*Issuing officer's signature*

City and State: Portland, Oregon

P. Scheneman, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

DATE 3/14/22
ARRESTED BY PB

_____
*Arresting officer's signature*

U.S. MARSHAL

_____
*Printed name and title*