Matthew G. McHenry, OSB 043571
Levine & McHenry LLC
1050 SW Sixth Avenue, Suite 1414
Portland, Oregon 97204
503-546-3927
email: matthew@levinemchenry.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | ) No. 3:22-cr-00084-SI |
|---|---|
| Plaintiff, | ) MOTION TO MODIFY CONDITIONS OF PRETRIAL SUPERVISION |
| vs. | ) |
| TONY KLEIN | ) |
| Defendant. | ) |

Defendant Tony Klein, through his attorney Matthew G. McHenry, moves for an order modifying his conditions of pretrial supervision, specifically to remove the condition prohibiting him from owning or possessing firearms and other weapons. This motion is based on the records of the case and the accompanying Declaration of Counsel.

Respectfully Submitted this 13th day of April, 2022:

/s/ *Matthew G. McHenry*
Matthew G. McHenry
Counsel for Tony Klein