Matthew G. McHenry, OSB 043571
Levine & McHenry LLC
1050 SW Sixth Avenue, Suite 1414
Portland, Oregon 97204
503-546-3927
matthew@levinemchenry.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | ) No. 3:22-CR-00084-SI-1 |
|---|---|
| Plaintiff, | ) DEFENDANT'S WAIVER OF ) SPEEDY TRIAL |
| vs. | ) |
| TONY DANIEL KLEIN | ) |
| Defendant. | ) |

Defendant Tony Klein, through his attorney Matthew G. McHenry, understands and waives his speedy trial rights and consents to excludable delay through July of 2023.

Respectfully Submitted this 9th day of May, 2022:

/s/ *Matthew G. McHenry*
Matthew G. McHenry
Counsel for Tony Klein