Matthew G. McHenry, OSB 043571
Levine & McHenry LLC
1050 SW Sixth Avenue, Suite 1414
Portland, Oregon 97204
503-546-3927
email: matthew@levinemchenry.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | ) NO. 3:22-cr-00084-SI-1 |
|---|---|
| Plaintiff, | ) |
| vs. | ) WAIVER OF APPEARANCE AT |
| | ) MAY 17, 2022 STATUS |
| TONY DANIEL KLEIN | ) CONFERENCE |
| Defendant. | ) |

Defendant Tony Klein, through his attorney Matthew G. McHenry, waives his personal appearance at the Status Conference set for May 17, 2022.

Respectfully Submitted this 9th day of May, 2022:

/s/ *Matthew G. McHenry*
Matthew G. McHenry
Counsel for Tony Klein