NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**GAVIN W. BRUCE, OSB #113384**
Assistant United States Attorney
Gavin.Bruce@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:22-cr-00084-SI |
| v. | NOTICE OF APPEARANCE |
| **TONY DANIEL KLEIN,** | |
| **Defendant.** | |

Please be advised that Gavin W. Bruce, Assistant United States Attorney for the District of Oregon, shall be added as co-counsel in the above referenced case. Please send notices to AUSA Bruce at Gavin.Bruce@usdoj.gov.

Dated: September 1, 2022.                    Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

/s/ Gavin W. Bruce
GAVIN W. BRUCE, OSB #113384
Assistant United States Attorney