NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
HANNAH HORSLEY, CASB #220436
Assistant United States Attorney
Hannah.Horsley@usdoj.gov
1000 SW Third Ave. – Suite 600
Portland, Oregon 97204
Telephone: (503) 727-1000
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES** | 3:22-cr-00084-SI |
| v. | NOTICE OF APPEARANCE |
| **TONY DANIEL KLEIN,** | |
| **Defendant.** | |

Please be advised that Assistant United States Attorney Hannah Horsley is appearing as co-counsel for the government in the above-captioned case. Electronic notices can be sent to Hannah.Horsley@usdoj.gov.

| | |
|---|---|
| Dated: September 2, 2022. | Respectfully submitted, |
| | NATALIE K. WIGHT |
| | United States Attorney |
| | District of Oregon |
| | |
| | *s/ Hannah Horsley* |
| | HANNAH HORSLEY |
| | Assistant United States Attorney |

**NOTICE OF APPEARANCE**