IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>     v.<br><br>TONY DANIEL KLEIN,<br><br>                        Defendant. | Case No. 3:22-cr-00084-SI<br><br>ORDER APPOINTING CO-COUNSEL PURSUANT TO THE PROVISIONS OF THE CRIMINAL JUSTICE ACT, 18 U.S.C. § 3006A<br>(CO-COUNSEL) |

IT IS ORDERED that CJA Panel attorney Amanda A. Thibeault is appointed pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A, as co-counsel, for Tony Daniel Klein, effective August 8, 2022.

DATED this __19th__ day of September 2022.

_____
Honorable Michael H. Simon
United States District Court Judge

Presented by:

_____
Lisa C. Hay
Federal Public Defender