NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**GAVIN W. BRUCE, OSB #113384**
Assistant United States Attorney
Gavin.Bruce@usdoj.gov
**CAMERON A. BELL**
Trial Attorney-Civil Rights Division
Cameron.Bell@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone:  (541) 465-6771
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**UNITED STATES OF AMERICA**

v.

**TONY DANIEL KLEIN,**

       **Defendant.**

**Case No. 3:22-cr-00084-SI**

**JOINT STATUS REPORT**

In advance of the December 22, 2022, Pretrial Conference and Hearing on Outstanding Motions, the parties provide the following report:

The parties conferred and can confirm that there are no outstanding motions or anticipated issues that the Court will need to resolve at the upcoming hearing. The parties are prepared to proceed with trial on July 10, 2023, and have no objections to, or requested modifications of, the existing pretrial briefing schedule. If any issues requiring the Court's involvement arise before the next pretrial deadline on March 8, 2023, the parties will notify the

**JOINT STATUS REPORT**                                                                                                 **Page 1**

Court expeditiously. The parties are amenable to vacating the December 22, 2022, hearing if the Court deems it appropriate.

The government notified defense that it will be providing additional discovery, which includes *Jencks* material. This additional discovery is not expected to be voluminous.

Given the substance and expected length of trial, the parties jointly request a larger jury pool in this case. Additionally, the parties have agreed to work together to provide the Court with a proposed jury questionnaire that they request be sent out to the jury pool prior to trial. The parties will submit the proposed jury questionnaire by March 8, 2023, unless the court orders otherwise.

Dated: December 20, 2022

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

| | |
|---|---|
| */s/ Gavin W. Bruce* | */s/ Amanda A. Thibeault* |
| GAVIN W. BRUCE | AMANDA A. THIBEAULT |
| Assistant United States Attorney | Attorney for Defendant |
| | |
| */s/ Cameron A. Bell* | */s/ Matthew McHenry* |
| CAMERON A. BELL | MATTHEW MCHENRY |
| Trial Attorney | Attorney for Defendant |
| Civil Rights Division | |