KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division
**FARA GOLD**
Special Litigation Counsel/Senior Sex Crimes Counel
Fara.Gold@usdoj.gov
950 Pennsylvania Avenue, NW
Washington, DC 20530
Attorneys for the United States of America

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 3:22-cr-00084-SI |
| v. | **MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |
| **TONY DANIEL KLEIN,** | |
| Defendant. | |

The undersigned prosecutor, Special Litigation Counsel Fara Gold, respectfully moves to formally withdraw as attorney of record on behalf of the United States. The undersigned is leaving the Civil Rights Division as of March 10, 2023, and joining the Office on Violence Against Women, a non-litigating component of the U.S. Department of Justice.

Dated: March 2, 2023

                              Respectfully submitted,

                              KRISTEN CLARKE
                              ASSISTANT ATTORNEY GENERAL

                              */s/ Fara Gold*
                              FARA GOLD
                              Special Litigation Counsel
                              Civil Rights Division