## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> Plaintiff, <br><br> v. <br><br> **TONY DANIEL KLEIN** <br> Defendant. | Case No.: 3:22–cr–00084–SI <br><br> **SUPPLEMENTAL JURY TRIAL MANEGEMENT ORDER REGARDING THE JERS SYSTEM** |

To facilitate the use of the Jury Evidence Recording System (JERS) during trial in this action:

**IT IS HEREBY ORDERED** that no later than **July 5, 2023**, the parties shall submit their trial exhibits to the Court in electronic form per the instructions in the *Submission Requirements for Electronic Trial Exhibits* document found at ord.uscourts.gov/jers–exhibits.

Counsel shall contact the Courtroom Deputy to arrange for a demonstration of the JERS system, at which time counsel may wish to have present any staff member involved with the preparation or presentation of trial exhibits.

**DATED** this 7th day of March, 2023     /s/Michael H. Simon

Honorable Michael H. Simon
United States District Judge.