Matthew G. McHenry, OSB 043571
Levine & McHenry LLC
1050 SW Sixth Avenue, Suite 1414
Portland, OR 97204
503-546-3927
email: matthew@levinemchenry.com

Amanda Alvarez Thibeault, OSB 132913
Alvarez Thibeault LLC
330 NE Lincoln Street, Suite 100
Hillsboro, OR 97124
503-640-0708
email: amanda@aatlegal.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:22-cr-00084-SI |
| Plaintiff, | MOTION FOR LEAVE TO FILE *EX PARTE* AND UNDER SEAL |
| vs. | |
| TONY KLEIN, | |
| Defendant. | |

Defendant Tony Klein, by and through his attorneys Matthew McHenry and Amanda Alvarez Thibeault, respectfully moves the Court for leave to file a Declaration of Counsel in Support of Motion to Continue, *ex parte* and under seal. Said declaration will contain confidential and privileged defense material that cannot be set forth in a public filing.

Respectfully Submitted this 7th day of March, 2023:

| | |
|---|---|
| /s/ *Matthew G. McHenry* | /s/ *Amanda Alvarez Thibeault* |
| Matthew G. McHenry | Amanda Alvarez Thibeault |
| Counsel for Tony Klein | Counsel for Tony Klein |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TONY KLEIN<br><br>Defendant. | No.  3:22-cr-00084-SI<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE *EX PARTE* AND UNDER SEAL |

The Court, having reviewed the Defendant's Motion to Continue Trial and supporting Declaration of Counsel, and Defendant's Motion for Leave to File Ex Parte and Under Seal,

ORDERS that Defendant may file an additional supporting declaration *ex parte* and under seal.

GRANTED this \_\_\_\_\_ day of March, 2023.

_____
Honorable Michael H. Simon
United States District Court Judge

3