# Curriculum Vita
# Robert Wilfred Dumond



**E-Mail**: rwdumond@aol.com

## EDUCATION:

| | |
|---|---|
| 1977-1982 | *M.A. Counseling Psychology*, **Assumption College Graduate School**, Worcester, MA |
| 1977-1979 | *Psychological Internship* [thru **Assumption College**], **Baldpate Hospital**, Georgetown, MA |
| 1970-1974 | *B.A. Psychology*, **University of Massachusetts Boston**, Boston, MA |

## ADDITIONAL ACADEMIC TRAINING

| | |
|---|---|
| 1999 | 91.113 *Internet & advanced computer methods*, **University of Massachusetts Lowell**, Lowell, MA |
| 1997 | *Certificate*, **Institute on Disability, University of New Hampshire**, Concord, NH |
| 1995 | ED599CR *Conflict resolution & violence prevention*, **Curry College Graduate School**, Milton, MA |

## PROFESSIONAL DEVELOPMENT/SPECIALIZED TRAINING

| | | |
|---|---|---|
| 2014 | *US Dept. of Justice – Certified PREA Auditor Training,* US Dept. of Justice, National Advocacy Center, Columbia, SC  [Dual Certification: Adult & Juvenile] | 40 hrs. |
| 2004 | *Disaster/Crisis Training, Behavioral Health*, **NH Dept. of Safety, Concord, NH** | 12 hrs. |
| 2000 | *Victim services in corrections*, **US Office of Victims Crime/NHDOJ**, Concord, NH | 18 hrs. |
| 1998 | *HIV/AIDS, chem. dependency & mental illness*, **NH Behavioral Health**, Concord, NH | 18 hrs. |
| 1997-1998 | **NH Association for the Treatment of Sexual Offenders & NHDOC**, Concord, NH | |
| | (1998) *Containment model and advanced treatment modalities for sexual offenders* | 12 hrs. |
| | (1998) *Relapse prevention and supervision of sexual offenders* | 11 hrs. |
| | (1997) *Assessment and treatment of sexual offenders* | 11 hrs. |
| 1992-1993 | *Issues in law & mental health*, **Dept. Mental Health, Bridgewater State Hosp.**, MA | 20 hrs. |
| 1987-1991 | **Massachusetts Department of Correction, Div. of Staff Development**, Boston, MA | |
| | (1991) *Evaluation and management of suicidal inmates* | 04 hrs. |
| | (1990) IS 109 *Managing hostage and crisis situations* | 03 hrs. |
| | (1990)  *Core curriculum review* | 40 hrs. |
| | (1989) IS 409 *Racial/Cultural issues* | 14 hrs. |
| | (1988) IS 107 *Apprehension and escape overview* | 04 hrs. |
| | (1988) *Treatment implications for HIV+ clients in a correctional setting* | 07 hrs. |
| | (1988) IS 204 *Training for Trainers III* (provided *Certification as a Trainer* through the Massachusetts Criminal Justice Training Council). | 24 hrs. |
| | (1987) *Core Curriculum, Phase I* – Basic training for all MA Dept. of Correction staff | 160 hrs. |
| 1989 | *Training to administer COMPASS*, **Diagnostic Consulting Resources**, Boston, MA | 18 hrs. |
| 1986 | *Fundamentals of supervision*, **Boston University School of Social Work**, Boston, MA | 06 hrs. |
| 1983 | *Medical and legal aspects of child abuse*, **Mass. Hospital Association**, Boston, MA | 03 hrs. |

Vita – Robert W. Dumond    2

| 1981-1988 | **Massachusetts Criminal Justice Training Council [MCJTC],** Boston, MA | |
| | (1988)  Certified as an *Approved Trainer* for criminal justice courses thru MA DOC | 24 hrs. |
| | (1985)   *Victim abuse: Advanced investigation* techniques | 40 hrs. |
| | (1982)   *Rape investigation: Comprehensive investigation*, providing *Certification as a* | |
| | *Rape Investigator* under Massachusetts General Law, Chapter 41, Sec. 97B | 40 hrs. |
| | *Sexual Assault* | 16 hrs. |
| | *Battered Women* | 08 hrs. |
| 1978 | *Management of psychological crisis in children* and adolescents, **Harvard Medical** | 16 hrs. |
| | **School,  Department of Continuing Education,** Boston, MA | |
| 1977 | **Harvard University, Alumni College**, Cambridge, MA | 40 hrs. |
| | *Critical stages in the psychology of the human life cycle*, with Erik H. Erikson, Professor | |
| | Emeritus &  Robert Coles, MD | |
| 1975-1977 | **Institute for Continuing Studies in Psychology**, Boston, MA | |
| | (1977)   *Clinical psychopharmacology* | 16 hrs. |
| | (1975)   *Neuropsychological assessment of children* | 16 hrs. |
| | (1975)   *Death and dying* | 06. hrs. |
| 1975 | **Mental Health Consortium Continuing Education McLean's Hospital**, Belmont, MA | |
| | *Fundamentals of supervision: Administrative and educational aspects* | 40 hrs. |

## PROFESSIONAL LICENSURE & CERTIFICATIONS:

| | |
|---|---|
| **United States Department of Justice/National PREA Resource Center,** Washington, DC | since 2015 |
| U.S. DOJ Certified PREA Auditor – Adult and Juvenile Facilities [Certified July 2, 2015] | |
| **American College of Certified Forensic Counselors [ACCFC]**, South Bend, IN | |
| Diplomate of Clinical Forensic Counseling (Dip. CFC) #F20221 {Division of Psychology} | since 2002 |
| Specialties in: Forensic Assessment & Evaluation; Criminal Offender Counseling; Juvenile | |
| Offender Counseling, Sex Offender Treatment, Victimology & Treatment of Sexual Assault | |
| **State of New Hampshire, Board of Mental Health Practice**, Concord, NH | |
| *Licensed Clinical Mental Health Counselor (LCMHC) #117* | since 1998 |
| *Certified Mental Health Counselor (CMHC) #117* | 1995-1998 |
| **National Board of Certified Counselors [NBCC],** Greensboro, NC | |
| *Nationally Certified Counselor (NCC) #32631* | since 1995 |
| *Certified Clinical Mental Health Counselor (CCMHC) #32631* | since 1995 |
| **Commonwealth of Massachusetts, Division of Professional Licensure**, Boston, MA | |
| **Board of Allied Mental Health & Human Service**: *Licensed Mental Health Counselor  #1090* | since 1993 |
| *Licensed Marriage & Family Therapist #      , Licensed Rehabilitation Counselor (LRC) #542* | 1993 - 2003 |
| **Board of Social Work:** *Licensed Certified Social Worker (LCSW) #205613* | 1981 - 2003 |
| **Commonwealth of Massachusetts, Department of Public Safety**, Boston, MA | |
| *Certified Rape Investigator,* under Massachusetts General Law,. Chapter 41, Sec. 97B | since 1982 |
| *Certification as Trainer* through the Massachusetts Criminal Justice Training Council | since 1988 |
| *Commission as a Special State Police Officer* for the Massachusetts Department of Correction | 1988-1995 |
| **State of New Hampshire, Secretary of State**, Concord, NH | |
| *Commission as a Justice of the Peace and Quorum for the State* | since 1988 |

## PROFESSIONAL EXPERIENCE:

1997  – Present
**Consultants for Improved Human Services, PLLC**,  61 West Shore Road, Bristol, NH 03222

*Consultants for Improved Human Services, PLLC* is a professional limited liability corporation dedicated to the improvement of the delivery of mental health and human services to crime victims, adult and juvenile criminal offenders, and clients with mental health and a variety of disability issues.

**Major Areas of Concern:**

| | | |
|---|---|---|
| • Prison sexual violence | • Prison Rape Elimination Act | • Program evaluation |
| • Correctional mental health issues | • Victim services | • Disability and corrections |

***Training & Consultation* –** professional training and staff development, consultation and contractual work to correctional/criminal justice, mental health and victim service agencies/staff including:

• National Institute of Corrections, Washington, DC
• National Prison Rape Elimination Commission, Washington, DC
• The Moss Group, Inc., Washington, DC
• American University/Washington College of Law, NIC Project on Prison Rape, Washington, DC
• US Department of Justice, Bureau of Justice Statistics, Washington, DC
• US Department of Justice, Bureau of Justice Assistance, Washington, DC
• US Attorney General's Office, Review Panel on Prison Rape, Washington, DC
• Administrative Office of the Courts, Criminal Practice Division, Trenton, NJ
• Colorado Department of Public Safety, Division of Criminal Justice, Denver, CO
• Maine Department of Corrections, Augusta, ME
• New Hampshire Department of Corrections, Concord, NH
• Oregon Department of Corrections, Salem, OR
• Wisconsin Department of Corrections, Madison, WI
• Merrimack County Department of Corrections,
• Lockheed Martin Aspen Systems, Rockville, MD
• Just Detention International (formerly Stop Prisoner Rape), Los Angeles, CA
• Jane Doe, Inc./Massachusetts Coalition Against Sexual Assault & Domestic Violence, Boston, MA

***Research & Writing*** – research on a variety of criminal justice issues related to prisoner sexual violence, sexual assault, victimization and mental health. Conducted research on variety of correctional issues related to sexual assault and mental health. Prepared and published numerous articles in peer reviewed professional journals, edited texts and on-line. Developed first –draft healthcare standards for the National Prison Rape Elimination Commission (with R. Hugh Potter, Ph.D., formerly of the Center for Disease Control and Prevention) for national adoption. Contributed chapters for the final report of the National Prison Rape Elimination Commission.

***Public Policy & Development*** – consultation to public policy development for federal, state, municipal-local and non-profit agencies. Provided consultation to U.S. Department of Justice, including National Institute of Corrections [NIC], National Institute of Justice [NIJ], Bureau of Justice Statistics [BJS], Bureau of Justice Assistance [BJA]. Active involvement and collaboration with *Just Detention International* [JDI] (formerly Stop Prisoner Rape).

Appointed by NH Governor to serve on State Rehabilitation Council [1998 - 2005] and NH Department of Corrections, Citizen's Advisory Board [since 2000], currently serving on both Executive Committee and as

Chair of the Citizen's Advisory Board at NHSP-M. Served as Member of NH HIV Prevention Community Planning Group [1998-2000].

***Program Evaluation*** – process and content evaluation of criminal justice/correctional intervention programs, notably Compliance evaluation of US Virgin Islands Department of Correction for Special Master in U.S. DOJ case and two (2) projects developed by *Just Detention International*. Projects include "Bridging The Gap Project" at CCI-Tehachapi, a medium-security facility with the California Department of Corrections and Rehabilitation [through Mertz Gilmore Foundation, NYC, NY] and "PREA Early Adoption Project" with

Oregon Department of Corrections [through JEHT Foundation].   Healthcare evaluation of Merrimack County Department of Corrections, NH for NCCHC compliance.

**_Expert Legal Testimony_** – in criminal and civil matters, for both prosecution and defense; qualified as an Expert Witness on prisoner sexual violence/victimization in the United States District Court and several State Courts of juvenile and adult clients.

**_Forensic Clinical Evaluation and Treatment_** – Technical Assistance to Bureau of Corrections, Government of the U.S. Virgin Islands, St. Croix, through National Institute of Corrections, providing intervention plan to improve mental health service delivery system, through U.S. District Court Special Master Susan McCampbell. Evaluation and treatment of clients as requested.

**_Public Policy & Development_**
Appointed by NH Governor to serve on State Rehabilitation Council [since 1998] and NH Department of Corrections, Citizen's Advisory Board [since 2000], currently serving on both Executive Committee and as Chair of  the Citizen's Advisory Board at NHSP-M.

Provided consultation and technical assistance to the U.S. Department of Justice on implementation of the _Prison Rape Elimination Act_ (PREA), Public Law (P.L.) 108-79 relative to development of national standards and final report and to the National Institute of Corrections on planning national teleconferences on the issue.

Served as Member of NH HIV Prevention Community Planning Group [1998-2000]

**_Legislative and Legal Service_**
As a member of the Hudson Institute's Project on Civil Justice Reform Prison Rape Task Force, assisted in the development and passage of Public Law 108-79 (_PREA_), contributing language to the bill and providing research to lawmakers in US Congress.

Provided testimony on prisoner sexual assault to U.S. Senate Judiciary Committee [2002], to the first public hearing of the National Prison Rape Elimination Commission [2005], and the first public hearing of the U.S. Attorney General's Review Panel on Prison Rape in 2006 and in 2014.

Qualified as an Expert Witness and provided testimony on prisoner sexual assault in several cases before the United States District Court and several State Courts

**_Community and Public Service_**
• Member of the NH Disaster Behavioral Health Response Team with NH Dept. Public Safety
• Member, Board of Advisors, Stop Prisoner Rape [providing assistance to this human rights organization]
• Founding Member, Jail and Prison Ministry Association of New Hampshire

**_Training and Support_**
• Invited Participant/Presenter to National Institute of Correction's teleconferences on PREA
• Invited Presenter, First National Conference on Prisoner Rape – Washington, D.C. [2001]
• Presentations to Academy of Criminal Justice Sciences [2003] and US Dept. of Justice [2004]
• Keynote Address to Missouri Correctional Association Annual Conference on PREA [2005]


03/2015 – 08/2018    _ACCESS [Acute Community Crisis Emergency Service System] Team Clinician_
**Southern New Hampshire Medical Center,** 8 Prospect Street, Nashua, NH 03060. Phone: (603) 577-2728. Supervisor: Kristen Magro, MSW, LICSW, ACCESS Team Manager.

Setting:  Southern NH Medical Center is a general medical and surgical hospital in Nashua, NH, with 166 beds, an in-patient psychiatric facility with 18 beds, a Partial Hospitalization Program, a Substance Misuse Intensive Outpatient Program and full range of practitioners and specialties.

Description：  The ACCESS Team, which is the Acute Community Crisis Evaluation Service System (ACCESS) provides crisis evaluations, 24 hours a day, 7 days a week. After evaluation, referral will be made to most appropriate services – inpatient/outpatient.  As an *ACCESS Team Mental Health Clinician,* responsible for evaluation and crisis intervention of individuals who present to the Emergency Room at Southern NH Medical Center.

Administrative and Clinical Duties: Responsible for management and supervision of patients with mental health crises and issues who present to the Emergency Room at Southern NH Medical Center. Provide crisis intervention; conduct individual evaluations; safety assessments; consultations to psychiatrists, physicians, nurses, medical floors; case management; secure Involuntary Emergency Admissions [IEAs] as necessary; provide on going support while hospitalized; negotiate billing; documentation using Logicare, Centricity and Sorian platforms.

11/2014 – 09/2015   *Licensed Clinical Mental Health Counselor*

**Harbor Homes, Inc.,** 45 High Street, Nashua, NH 03060 Telephone: (603) 882-3616; Harbor Homes ACCESS Team at St. Joseph's Hospital, 172 Kinsley Street, Nashua, NH 03060.   Supervisors: Carol Furlong, LCMHC, Vice President.

Setting:  Harbor Homes is a non-profit community-benefit organization that provides low-income, homeless, and disabled New Hampshire community members with primary and behavioral health care, affordable housing, employment and job training, and supportive services.  The ACCESS Team, which is the Acute Community Crisis Evaluation Service System (ACCESS) provides crisis evaluations, 24 hours a day, 7 days a week. After an evaluation, a referral will be made to the most appropriate services, including outpatient services, partial or inpatient hospitalization.

Description：  As an *ACCESS Team Mental Health Clinician,* responsible for evaluation and crisis intervention of individuals who present to the Emergency Room at Southern NH Medical Center.
.

Administrative and Clinical Duties: Responsible for management and supervision of patients with mental health crises and issues who present to the Emergency Room at Southern NH Medical Center. Provide crisis intervention; case management; secure Involuntary Emergency Admissions [IEAs] as necessary; provide on going support while hospitalized.

07/2013- 07/2014   *Senior Program Director*

**Just Detention International,** 3325 Wilshire Boulevard, Suite 340, Los Angeles, CA 90010 Telephone: (213) 384-1400.   Supervisor:  Christopher Daley, Esq., Deputy Executive Director, Phone: (202) 506-3374.

Setting:  Just Detention International [JDI] is a health and human rights organizations that seeks to end sexual abuse in all forms of detention.  JDI advocates for the safety and well-being of all inmates, whether they are confined in federal, state, or local facilities – both public and private – including prisons, jails, juvenile facilities, immigration detention centers, halfway houses, and police lock-ups.  JDI works to hold government officials accountable for prisoner rape, promote public attitudes that value the dignity and safety of inmates; and ensure that survivors of this violence have access to the help they need.

Description：  As *Senior Program Director,* responsible for the development, planning, and implementation of a Bureau of Justice Assistance grant at the Douglas County Department of Corrections, a 1550 bed jail facility in Omaha, NE, in addition to assisting with the development of program development and training in the South Carolina Department of Corrections, the New York City Administration of Children's Services, the National Commission on Correctional Health Care and assistance to other correctional agencies nationwide.

Administrative and Training Duties: Responsible for providing technical assistance and management of a Prison Rape Elimination Act [PREA] Project to eliminate sexual abuse and harassment in Omaha, NE, as well as working with the South Carolina Department of Corrections, the NYC Administration of Children's Services and the National Commission on Correctional Health Care [NCCHC] to improve training and

program management. Provide program and curriculum development, assessment of staff and program resources, provide and assist in training, staff and program supervision, program development to improve responses to sexual violence nationwide. Work with JDI staff and correctional staff nationwide to improving resources.

04/2011- 07/2013    *Mental Health Program Manager*

**Merrimack County-6th Circuit – District Division - Concord Mental Health Court [thru Merrimack County Department of Corrections]** 32 Clinton Street, #203, Concord, NH 03301    [Merrimack County Department of Corrections, 314 Daniel Webster Highway, Boscawen, NH 03303  Telephone: (603) 796-3631] ;  Supervisors:  Honorable Gerard J. Boyle, Presiding Justice & Ronald White, Superintendent, MCDOC

Setting:  Collaborative effort of the 6th Circuit – District Division – Concord (Concord District Court) and the Merrimack County Department of Corrections to provide case disposition alternatives to individuals with mental illness, developmental disabilities, and co-occurring substance abuse disorders. Project is a three-year federal grant funded by the U.S. Department of Justice, Bureau of Justice Assistance (BJA).

Description:    As *Mental Health Program Manager*, responsible for the development, planning, and implementation of the Mental Health Court within the jurisdiction of the 6th Circuit – District Division – Concord in conjunction with the Merrimack County Department of Corrections.

Administrative and Clinical Duties: Responsible for management and supervision of the Mental Health Court, including interfacing with Presiding Justice, the Merrimack County Attorney's Office, the Concord City Prosecutor's Office, the New Hampshire Public Defender, and a host of community agencies, including the designated community mental health center (Riverbend Community Mental Health Center). Staff and convene Key Decision Makers Group monthly, Key Stakeholders Group quarterly, accept and screen potential participants for involvement. Create, develop, and implement policies, procedures, forms and evaluation tools. Conduct assessments, administer LSI-R and other evidence-based assessments, perform case management. Crisis intervention; medication monitoring; case management; secure Involuntary Emergency Admissions [IEAs] as necessary; provide on going support while hospitalized.  Staff weekly mental health court sessions, and inform Presiding Justice of compliance of participants.

2004-Present    *Consultant*

**U.S. Department of Justice**
National Prison Rape Elimination Commission, Washington, D.C.; National Institute of Corrections/The Moss Group, Inc, Washington, D.C.  Supervisor: Andie Moss, President – The Moss Group, 1312 Pennsylvania Avenue, SE - Washington, D.C. 20003;  Telephone: (877-546-1444)

Background: In September 2003, the Prison Rape Elimination Act [Public Law 108-79] was signed into law by the President, establishing a number of key national initiatives to manage prisoner sexual assault.

Description:  With the National Prison Rape Elimination Commission, serve as a consultant to a variety of initiatives, including development of mental health standards for compliance with PL 108-79 for correctional agencies.    Prepared numerous reports for inclusion into the Final Report of the National Prison Rape Elimination Commission throughout its inception through sunset [2003-2009].

With the National Institute of Corrections, serve as a *Consultant* to the National Project for development of training protocols and procedures and technical assistance to local, state and federal correctional departments, and as a Consultant to the Moss Group, Inc., NIC's designated partner in providing national training and technical assistance on prisoner sexual assault.  Training has included orientation to PL 108-79 with a number of state departments of correction, comprehensive investigator training series, including training to Iowa Department of Corrections, Oregon Department of Corrections and Pennsylvania Department of Corrections. Served as a *Presenter* on a series of national teleconferences to provide information and training on prisoner sexual assault, as well as highlighted on several NIC videos on PREA for national correctional community.

With the Bureau of Justice Statistics, provide input in the development of the statistical collection strategies underway to examine the prevalence of prisoner sexual violence nationally, including the administrative records collection (Survey of Sexual Violence) and the audio-CASI processes.

2005 – 2006        *Director – Research & Planning Division – Program Manager VII*
**Massachusetts Department of Correction,**  Research & Planning Division, Secure Facilities Unit,
P.O. Box 9125, 965 Elm Street, Concord, MA 01742-9125    Phone: 978-405-6677; Supervisor: Rhiana Kohl, Ph.D., Executive Director, Office of Strategic Planning and Research

Setting: The Massachusetts Department of Correction is the designated state agency to manage adjudicated adult criminal offenders and individuals civilly committed under several statutes of the Massachusetts General Laws.   The Research & Planning Division is responsible for  providing statistics, research, and evaluation results to facilitate agency planning, management and decision-making strategies for effective prison operations, policies, legislation, and services.

Description :   As *Director – Research & Planning Division,* responsible for a full range of research, program evaluation and information needs for the Department.

Administrative Duties: Responsible for management and supervision of the Research & Planning Division and the Central Records Unit.  Supervise a professional and diverse staff committed to providing statistics, research, and evaluation results to guide planning, management and decision-making strategies for effective prison operations, policies, legislation, and services.  Staff supervision and evaluation, hiring, personnel management, fiscal and budgeting, quality assurance, and full-range of administrative duties.  Research & Planning Division is responsible for presenting objective, reliable and timely information in a useful manner to a range of consumers.  Facilitate responding to a variety of requests for information from internal and external constituents, and responding to Bureau of Justice Statistics national statistical initiatives (National Prisoner Survey, Survey of Sexual Violence).Responsible for the implementation and compliance to several DOC policies, including 103 CMR 180 *Research and Evaluation*; 103 DOC 181 *Regulations Governing Statistical Reporting*, and assist with 103 DOC 662 *Clinical Trials and Medical Research Involving Inmate Participation.*

Successful grantsmanship with federal/state sources (Byrne Memorial Grant through Executive Office of Public Safety), and serving on the Project Management Team for video surveillance grant initiative at three institutions: MCI-Framingham (MCI-F), Bridgewater State Hospital (BSH) and Massachusetts Treatment Center (MTC). Responsible for quality assurance of all reports being developed and produced by the Division. Developing program evaluation modules to determine efficacy and utility of programs/services being provided. Serving as Chair, Research Review Committee evaluating the viability of establishing a DOC Research Review Committee and as a key member of the Prison Rape Elimination Act (PREA) Workgroup, responsible for developing the MA DOC PREA strategic plan and assisting the agency.

Training Duties: As a Faculty Member of the DOC Division of Staff Development in Shirley providing training and preparation in a variety of subject areas, for both new correctional officer recruits/staff and on-going development of correctional staff as part of continuing education.  Designed, implemented and presented courses of varying length on *Responding to Inmate Sexual Assault* and *Overview of Prison Rape Elimination Act,* and involved in preparing and delivering specialty training to investigators, mental health, administrators, medical staff etc. on implementing the Prison Rape Elimination Act of 2003.

1994 - 1995
*Director of Mental Health/Mental Health Coordinator*
*Mental Health Clinician*
**Correctional Medical Systems**, 999 Executive Parkway, P.O. Box 419052, St. Louis, MO 63141

Work Site: North Central Correctional Institute (NCCI- Gardner), 500 Colony Road, Gardner, MA 01440; Supervisor: Bernard Menendez, LCMHC, Esq., Clinical Director

Background: In 1994, the Commonwealth of Massachusetts advertised competitive bidding to continue the private provision of medical\mental health services. Correctional Medical Systems, the largest private provider of contract medical services to correctional facilities in the U.S. won the contract. NCCI-Gardner is a level 4 medium security.

Description:  As a *Mental Health Administrator*, served as part of an interdisciplinary team providing a full range of psychological interventions and services to incarcerated inmates.

Administrative Duties: Responsible for the coordination and implementation of mental health services at NCCI-Gardner, including scheduling/monitoring of psychiatric coverage; staff supervision; program evaluation; monitoring of quality assurance activities; file/case reviews; administrative consultation, prepared weekly, monthly, quarterly and annual reports of service delivery; resolved client/patient issues, performed staff evaluations.

Clinical Duties: Provided psychological evaluations, therapeutic interventions to inmates; performed diagnostic assessments; participated as a member of the Treatment Team in the development and
implementation of treatment plans for assigned patients. Participated in quality assurance activities. Performed crisis intervention, individual and group psychotherapy, case management, suicide assessment and intervention, consultation to the administration of the DOC, and at-risk management.

Special Duties: Senior member of an intervention team for the entire Department of Correction for both in-service and basic training with the Division of Staff Development. Assisted in the development and implementation of policies and protocols for inmate sexual assault victims within the Massachusetts Department of Correction.  Prepared lesson plans and provided training in *Rape Awareness* and *Suicide Prevention*. Provided initial mental health screenings, and crisis intervention at a variety of other institutions within the Mass. DOC, including MCI-Shirley, South Eastern Correctional Center, Bridgewater Addictions Center & the Longwood Treatment Center.

1992 - 1994
*Mental Health Clinician*
**EMSA Correctional Care/Mental Health Systems**, 100 North West 70th Ave., Ft .Lauderdale, FL 33317
Work Site:     **North Central Correctional Institute (NCCI- Gardner)**, Gardner, MA 01440     1993-1994
               **Massachusetts Correctional Institute–Norfolk (MCI-Norfolk)**, Norfolk, MA     1993
               **Massachusetts Correctional Institute–Concord (MCI-Concord)**, Concord, MA 1992-1993;
               Supervisor: Jane Doherty, LICSW, Clinical Director

Background: In 1992, the Commonwealth of Massachusetts in a broad cost-saving plan privatized all of the and mental health services within the Massachusetts Department of Correction.  EMSA Mental Health Services, a division of EMSA Limited Partnership, was a private vendor providing the mental health services under  this new privatization initiative. NCCI-Gardner, MCI-Norfolk and MCI-Concord are level 4 medium security facilities.

Description:  As a *Mental Health Clinician*, provided a full range of psychological services to inmates.

Clinical Duties:  Provided psychological evaluations, therapeutic interventions to inmates; perform diagnostic assessments; participated as a member of the Treatment Team in the development and implementation of treatment plans for assigned patients.  Participated in Quality Assurance activities; participated and contributed to staff training activities at DOC facilities. Performed crisis intervention, individual and group psychotherapy, case management, consultation and at-risk assessment and management for suicidal patients and patients with a major mental illness.

<u>Special Duties</u>: Provided training on Suicide Prevention to Basic and In-Service Training to staff with the Division of Staff Development.  Provided crisis services at MCI-Shirley and evaluations at MCI- Framingham (state prison for female inmates), SECC Addiction & Longwood Treatment Ctr. (now closed).

1987 - 1991
*Psychologist III/Principal Psychologist*
**Massachusetts Department of Correction, Massachusetts Correctional Institute Concord (MCI-Concord)**, 965 Elm Street, Concord, MA 01742 Phone: 978-369-3220; Superintendent: Michael A. Thompson

<u>Setting</u>:  The Massachusetts Department of Correction is the designated state agency to manage adjudicated adult criminal offenders.  MCI-Concord is a high-medium security [Level 4] state prison, which served as the Reception and Classification/Diagnostic Center for all male inmates within the MA {1220+ inmates at time}

<u>Description</u>:  As a *Psychologist III*, was responsible for a full range of psychological services to the inmate population.

<u>Clinical Duties</u>: Individual and group psychotherapy, crisis intervention, diagnostic screenings, psychological testing, assist psychiatrists in psychopharmacological assessments, and suicide assessments.  Performed screening and assessment services for inmates as part of the Classification and assessment process, providing mental health consultations in a written fashion with recommendations.  Performed "At Risk" assessments (suicidality) and established treatment orders for security staff.  Performed consultations to security, program and administrative staff around the management of inmates, and provided staff training and peer supervision.  Inmate population included individuals with a major mental illness, personality disorders, substance abuse issues, HIV+ diagnosis, and sexual abuse disorders. Developed conjoint group for HIV+ inmates.

<u>Administrative Duties</u>: Assisted administration in disorder management situations, including hostage issues, suicide autopsies, developing inmate profiles.  Served on the institution's Disorder Management Team.  Prepared reports of psychological intervention by Psychological Services Team.  Compiled monthly reports regarding the inmates served, level and types of services provided.  Attended daily triage meetings and prepared case presentations.  Provided input to weekly institutional climate report.  Performed monthly rounds in Department 9 and Special Housing Unit, as well as ACA required rounds.  Performed role of Clinical Coordinator of all psychological services in the institution in his absence and at his direction. Served on the Massachusetts DOC's Central Office Substance Abuse Committee investigating tests for evaluating personality and substance abuse issues.

<u>Training Duties</u>: As a Faculty Member of the DOC Division of Staff Development in Medfield/Shirley and MCI-Concord Training Academy, provided training and preparation in a variety of subject areas, for both new correctional officer recruits/staff and on-going development of correctional staff as part of continuing education.  Designed, implemented and taught the following courses:

| | | |
|---|---|---|
| *IS 401  Suicide Prevention* | *IS 402 Indicators of Child Abuse* | *IS 413   Victim Issues Corrections* |
| *IS 417 Signs & Symptoms of Mental Illness* | *IS 403 Child Abuse and the Sex Offender* | *Responding to Inmate Sexual Assault* |

1979-1987
**OFFICE OF THE DISTRICT ATTORNEY FOR THE EASTERN DISTRICT,**  1 East India Square, Salem, MA 01970   Phone: 978-745-6610;  Supervisor:  Karen McLaughlin, M.A., Executive Director, Victim/Witness Assistance

<u>Setting</u>: A state government agency within the criminal justice system providing prosecution within the jurisdiction of Essex County, Massachusetts. The Essex County District Attorney's Victim/Witness Assistance Program has won national recognition as a model program for serving victims and witnesses by the United States Department of Justice.

*Director–Victim/Witness Assistance, Haverhill Division of the District Court*    1983-1987

Description: Responsible for overall administration of the Victim/Witness Assistance Program serving the District Courts of Northern Essex County (District Courts of Haverhill, Amesbury and Newburyport).

Administrative Duties: Responsibilities included personnel management and supervision; staff training and development; operational procedures; social service networking; interfacing with criminal justice, legal and human service professionals.   Successful grantsmanship including funding for Essex County's program (through Massachusetts Office of Victim Assistance); Crisis Intervention Program for the Methuen, MA Police Dept.(through Federal Victims of Crime Act), and several submissions to the National Institute of Justice.

Clinical Duties: Intervention with a diverse client population, male/female, children, adolescents, adults and elderly, couples and families, who were victims and/or witness of crime.   These included sexual assault, domestic violence, child, elderly and special needs victims.   Performed crisis intervention, referral networking, short-term, goal oriented counseling, with an expertise in interviewing, intervention and assessment.  Prepared psychological assessments of victimization; also prepared Victim Impact Statements for submission to the court (both District & Superior Court level). Provided consultation with local police departments, Departments of Mental Health, Social Services and Youth Services. Participated in Interdisciplinary Teams in cases of child sexual/physical abuse cases as dictated under Mass. General Law Chapter 288.  Also provided assistance in securing Victim of Violent Crime Compensation (through the Massachusetts Attorney General's Office) and Chapter 209A Restraining Orders.

*Director – Victim/Witness Assistance, Lawrence Division of the District Court*    1980-1983

Description:   Responsible for overall administration of the Victim/Witness Assistance Program serving the District Court of Lawrence, MA.

Administrative Duties: Included implementing operational procedures and programming during the Victim/Witness initial phase as a Department of Justice Grant (through the Law Enforcement Assistance Administration - LEAA) [1979 - 1981], including fiscal management, budget forecasting, quarterly reporting requirements and final report development.   Successful grantsmanship including development and implementation of a Juvenile Diversion Program (through Massachusetts Committee on Criminal Justice) {now county-wide}, and Victim/Witness Assistance Program (through Mass. Office of Victim Assistance – MOVA). Instrumental in developing peer stress program for local law enforcement officers.

Clinical Duties: As described above, intervention with child, adolescent, adult and elderly victims and witnesses.  Established intervention protocol with child victims of sexual assault. Intervention with child and family victims of sexual assault.  Crisis intervention, short-term counseling and referrals.  Initiated a stress treatment program for law enforcement officers in Greater Lawrence, using a peer counseling approach. Staff training and supervision community relations, networking with courts, police, social and community resources.

*Director of Operations, Integrated Police/Prosecution Victim Assistance Program*    1979-1980

Administrative Duties: Developed operational procedures and protocol for program, including comprehensive manual.  Established key liaison relationship with Greater Lawrence police departments, court personnel (Judge, Clerk Magistrate, Probation Officers and Court Officers) as well as local human services network.
Clinical Duties as described above, including crime scene intervention and police investigation assistance.

1974-1979
*Regional Director (Director - Region IV)*

**The KEY Program, Inc., [formerly the Community Advancement Program, Inc.]**, 670 Old Connecticut Path, Framingham, MA 01701,  Phone: 508-877-3690; Supervisor:  William Lyttle III, President

Setting:  Private, non-profit agency (501-C-3 Corporation) developed in response to the closing of the training schools for juvenile offenders in the Commonwealth of Massachusetts to provide comprehensive, community-based treatment to difficult, acting-out youthful offenders, ex-offenders and their families.

Description: Designed, researched, implemented and expanded programming for the above listed population in a community-based setting initially in the Greater Lawrence area, and then throughout the northern Essex County (Massachusetts) area.  Regional Offices located in Lawrence, MA.

Administrative Duties:  Supervising a staff of 35 in three (3) locations; managed a budget of $750,000 (FY 1979).  Expanded programming to include counseling, foster care, work experience program, licensed alternative school (502.4 prototype through Department of Special Education), and restitution/alternative sentencing program.  Skilled in management by objectives (MBO), management information systems, program/staff evaluation, staff training and development, staff supervision and support.  Other duties included financial management/budget forecasting, grant writing, contract negotiations, community relations, licensing and accreditation standards.  Successful grantsmanship with federal sources (Department of Labor, Comprehensive Employment and Training Act [C.E.T.A.] Program), state sources (Massachusetts' Department  of Youth Services (DYS), Department of Mental Health (DMH), Department of Public Welfare (DPW), and local sources (Lawrence School Department).

Clinical Duties: Intervention with difficult, acting-out child and adolescent population (ages 7 through 25, male and female) and their parents/families/foster families.  Responsible for needs assessment, treatment planning, case management, crisis intervention, individual/group counseling, family counseling, educational and vocational skill building and development and community advocacy.  Provided assistance to Juvenile Court, served as advocates to the Juvenile Court Justice and Probation Officers and acted as a parole agents for the Massachusetts Department of Youth Services (DYS).


1970 - 1974
*Child Care Counselor*
**St. Anne's Home, Inc.**, 100 A Haverhill Street, Methuen, MA 01844, Phone: 978-682-5276; Supervisor: Edward O'Brien, M.Ed., Clinical Director (now retired)

Setting: Residential treatment center for emotionally disturbed children, ages 5 though 17 years.

Clinical Duties: Member of interdisciplinary treatment team involved in the care, management & treatment of behaviorally disorder children in a residential treatment milieu.  Lived-in three (3) nights a week.  Served as a *Tutor* for special needs students in the in-residence educational program for special needs/ learning disabled children.

**PART-TIME POSITIONS**

2010
*Licensed Clinical Mental Health Counselor - Fee For Service Clinician*
**The Youth Council,** 112 West Pearl Street, Nashua, NH 03060; (603) 889-1090; Supervisor: Betsy Houde, MA. Executive Director

Setting:  Private, non-profit counseling agency providing a full range of counseling services to children, adolescents, and families, including counseling, evaluation, court diversion, anger management and substance abuse screenings, parenting education.

<u>Description</u>: Responsible for providing full range of services on a fee-for-service basis, including individual psychotherapy, family counseling, anger management and substance abuse assessments, including administration of the GAIN-I, for the Court Diversion program.  Able to accept a wide variety of insurance carriers, including NH Medicaid, Anthem-Blue Cross, United Behavioral Health, etc.   CAQH Credential certified.

2010
*Licensed Mental Health Counselor - Fee For Service Clinician*
**Mental Health Association of Greater Lowell, Inc., Community and Family Counseling Services**, 99 Church Street, Lowell, MA 01852; (978) 458-6282.  Supervisor: Brian Maxfield, LICSW, Clinical Director

<u>Setting</u>:  Private, non-profit mental health clinic providing a full range of mental health services to adults, adolescents, and children, including psychiatric care/medication, counseling, residential programming, crisis intervention, and emergency psychiatric management.

<u>Description</u>: Responsible for providing full range of services on a fee-for-service basis, including individual psychotherapy, case management, referrals for psychiatric medication and crisis intervention.  Able to accept a wide variety of insurance carriers, including MassHealth, Tufts Medical, etc.

2009-Present
*Adjunct Faculty Member*
**Southern New Hampshire University, School of Arts & Sciences**, 2500 North River Road, Manchester, NH 03106; (603) 645-9642.   Psychology Dept. Chair: Peter Frost, Ph.D.;  Sociology Dept. Chair: Frank Catano, Ph.D.

<u>Setting</u>:  Four year private, co-educational, non-sectarian university offering programs in business, community economic development, liberal arts, education, and other areas of study.
<u>Description</u>: Responsible for providing instruction in

| | |
|---|---|
| PSY 108 – *Introduction to Psychology* | SOC 112 – *Introduction to Sociology* |
| PSY 205 – *Forensic Psychology* | PHL 212 – *Introduction to Ethics* |
| PSY 211 - *Human Growth & Development* | PSY 215 - *Theories of Personality*. |
| PSY 310 - *Criminal Psychology* | IDS 402 - *Wellness* |

1984-1998
*Adjunct Faculty Member/Senior Lecturer*
**Franklin Pierce College, Division of Graduate and Professional Studies**, 40 University Drive, Rindge, NH 03461; (603) 899-4000  {now Franklin Pierce University}; Supervisor:  Gerri Luke, Ph.D. (Salem Director)

<u>Setting</u>:  Four year co-educational non-sectarian college offering programs in business, law enforcement, social work and other areas of study.

<u>Description</u>: Responsible for providing instruction in the behavioral/social sciences, management sciences, the humanities and other studies. Provided a variety of courses including:

| **Behavioral Sciences** | **Social Sciences** | **Management/Humanities** |
|---|---|---|
| *PS101 Introduction to Psychology* | *SO101 Intro. to Sociology* | *MN201 Management Prin.* |
| *PS104 Psychology of Adjustment* | *SO205 Race & Ethnic Relations* | *MN307 Human Relations* |
| *PS242 Psychology of Education* | *SO206 Social Problems* | *MN321 Organ. Behavior* |
| *PS285 Psychology of Dreams* | *SO207 The Family* | *MT260 Statistics I* |
| *PS340 Techniques of Counseling I* | *SO305SocialReality Aging/Death* | *AN211 International* |
| *SO103 Introduction to Social Work* | *SO307 Deviance/Social Control* | *Business Cultures* |
| *PA209 Ethics* | *AN101 Intro. to Anthropology* | *RE207 Religion & Western* |
| | *GV307 Political Ideologies* | *Thought* |

*Member,* Faculty Advisory Committee and the Faculty Evaluation Committee
        Participated in the development and implementation of the Peer Evaluation Process.

1994 - 1995
*Faculty Member*
**Curry College, Division of Justice Studies**, 1040 Blue Hill Avenue, Milton, MA 02186; (617) 333-0500

Setting: Four-year co-educational non-sectarian college offering programs in a variety of areas of study. The Justice Studies Division is specifically designed to serve the needs of law enforcement/criminal justice personnel seeking advanced education.   Provided instruction in the following areas:

*SOC  260 Methods of Social Research*          *PSY    207  Psychology of Motivation*
*SOC  364 Deviance and Social Control*         *BMGT 299  Public Administration & Correctional*
                                               *Management*

1988 - 1992
*Faculty Member*
**New Hampshire College, Division of Continuing Education**, Nashua/Salem, NH
{now Southern New Hampshire University}

Setting: Four year co-educational non-sectarian college offering programs in a variety of areas.  Provided instruction in following areas:  *ABD342 Organizational Behavior & PSY242 Human Growth & Development*

1983 - 1985
*Mental Health Counselor*
**Bon Secours Hospital [now Holy Family Hospital]**, 70 East Street, Methuen, MA 01844; (978) 687-0151

Setting: Community based hospital with two (2) locked psychiatric units, St. Dymphna's & St. Michael's Units.
Description:  Member of interdisciplinary treatment team involved in the care, management and treatment of adults and adolescents with major mental illnesses/substance abuse issues.  Provided individual psychotherapy, crisis intervention, intake and assessment and implementation of treatment program.  Consulted with psychiatrists, nurses and ancillary staff.

1981
*Clinical Coordinator*
**Health Care Inc**., Arlington Park Apartments, Lawrence, MA 01840; Supervisor: Albert Brien

Setting: Community based alternative living program for de-institutionalized chronically mentally ill clients, funded by the Massachusetts Department of Mental Health.

Description:  Designed, researched an implemented grant and program prototype; developed individual service plans (ISP) for each client; supervision and training; individual counseling and crisis intervention.

1977 - 1981
*Psychiatric Counselor*                                                                    1979-1981

**Baldpate Hospital**, Baldpate Road, Georgetown, MA; (978) 352-2131; Supervisor: Ghouri Datta, M.D.

Setting: Private psychiatric hospital with both a closed and open unit settings, providing services to a wide variety of patients.

<u>Setting</u>: Private psychiatric hospital with both a closed and open unit settings, providing services to a wide variety of patients.

<u>Description</u>: Member of interdisciplinary treatment team involved in the care, management and treatment of adolescent and adult individuals with a wide variety of mental disorders.  Diagnostic evaluations, assessment and testing, individual/group psychotherapy and crisis intervention.

*Psychological Intern*                                                                                                  1977-1979

Clinical Internship in Counseling Psychology for **Assumption College Graduate School**, Worcester, MA, under the supervision of Gouri Datta, M.D., psychiatrist.

**PREVIOUS CONSULTANT POSITIONS**

1991 - 1992
*Clinician/Training Consultant*
**Massachusetts Department of Mental Health, Project Storm Aid**, 25 Staniford Street, Boston, MA
Telephone: (617) 626-8000; Supervisor:  Mary Margaret Moore, M.A.

<u>Setting</u>:  The Massachusetts Department of Mental Health is the state agency mandated with the responsibility of delivery of mental health services to all citizens of the Commonwealth. Project Storm Aid was a special project funded by the Federal Emergency Management Act (FEMA) to provide specific services to survivors of a catastrophic hurricane which affected the Northeast October 31 - November 2, 1991.

<u>Description</u>: As a *Consultant*, served as a member of the Clinical/Consultant Team which is responsible for designing a standardized interview/assessment tool to administer to survivors, as well as established the procedures for intervention through direct services and community development. Drafted quarterly and final reports; performed data analysis; developed and implemented training segments for project; prepared <u>Operations Manual</u>. As a *Clinician*, performed assessment and provided direct services to survivors, including short-term, issue-specific counseling, crisis intervention and referral to community agencies.  Performed staff & training tasks, and assisted in development of administrative policy and procedure.

1983 - 1989
*Grant Writer*
**Lazarus House Ministries**, Lawrence, MA 01840;  (978) 689-8575; Supervisor: Bridget Shaheen, Exec. Director

<u>Setting</u>:  A community religious ministry providing services to the homeless in the Greater Lawrence (MA), including a homeless shelter, community day center, thrift store home for Individuals with HIV+/AIDS and case management for the disenfranchised.
<u>Description</u>:  On a volunteer basis, provided support, prepared grant proposals, statistical reports and descriptive statements about this ministry.  Served in this capacity from 1985 through 1989.

1980 - 1982
*Adjunct Faculty Member - Training Center*
**National Council on Crime and Delinquency**, Hackensack, NJ  (Now located in San Francisco, CA)

<u>Setting</u>:  National professional criminal justice organization devoted toward criminal justice planning and research.

<u>Description</u>:  Member of adjunct faculty responsible for developing and delivering training sessions to AFL/CIO Union (peer) Counselors in victim/witness assistance services.  Provided training in East Orange and Newark, New Jersey.

1976
*Consultant*
**Project Vision, Human Resources Administration, City of New Haven**, New Haven, CN

Reviewed program design, staffing, budget, methods & procedures for a community program for youthful offenders and gang members.

## COMMUNITY INVOLVEMENT - BOARDS, TASK FORCES, PROJECTS:

2004 - 2009    *Consultant*, **National Prison Rape Elimination Commission**, Washington, DC.  Assist in research and implementation of the Prison Rape Elimination Act, P.L. 108-79, including research, consultation and support to the Commission in its statutory responsibilities.

2004 -Present    *Consultant*, **U.S. Department of Justice, Office of Justice Program, Bureau of Justice Assistance** and the **National Institute of Corrections**, Washington, D.C. Assist in the implementation of the Prison Rape Elimination Act, P.L. 108-79, including grant submission preparation and involvement in technical assistance, preparation and participation in NIC Teleconferences *on* prisoner sexual assault.

2004 – 2010    *Consultant*, **Colorado Division of Criminal Justice,** Boulder, CO.  Assist as consultant and advisor to the Department's BJA Protecting Inmates & Safeguarding Communities grant to address prisoner sexual violence in juvenile correctional institutions nationwide.

2004-Present    *Member*, **NH Disaster Behavioral Health Response Team [DBHRT], NH Department of Safet***y*, Concord, NH.  Member of an interdisciplinary team to provide crisis intervention and support services to New Hampshire communities in the event of natural, man-made or terrorist disasters as part of an integrated emergency response network in the State of New Hampshire.

2002-Present    *Member*, **Board of Advisors, Stop Prisoner Rape**, Los Angeles, CA
Provide consultation and support to national organization dedicated to eradicating prisoner sexual assault.

1999-Present    *Governor's Appointee as Member*, **New Hampshire Department of Corrections [NHDOC] Citizen's Advisory Board (Executive Committee), Concord, NH.** Pursuant to RSA 21-G:11, the NHDOC Citizen's Advisory Board advises the Commissioner of Corrections on issues  related to the improvement of the delivery of services to inmates, staff and more efficient operations of the NHDOC.

1998-2001    *Member,* **Human Rights Subcommittee, Area Agency for Developmental Services**, Region VI, Nashua, NH.  Reviewed client treatment plans & allegations of abuse.

1998-2000    *Member***, New Hampshire HIV Prevention Community Planning Group (CPG)**, Concord, NH.  Advised NH Dept. of Public Health in overseeing of $1.3 million grants from the CDC in the development of HIV+ prevention and intervention strategies.

2000-Present    *Member***, Prison Rape Steering Committee, Hudson Institute, Project for Civil Justice Reform**, Washington, D.C.  Member participating in the development and passage of a national prison rape reform act {*The Prison Rape Elimination Act of 2003 – P.L. 108-79*}, including provision of research and language to the Act.

1998-2005    *Governor's Appointee as Member***, State Rehabilitation Council [SRC],** Concord, NH. Advises the Director of Vocational Rehabilitation in overseeing the expenditure of $11 million dollars in allocations from the US Department of Education for activities of the NH Department of Education, Division of Vocational Rehabilitation.

1998-Present    *Member*, **Public Policy Committee, Diocese of Manchester, NH**
Along with other members, advise the Bishop and Chancellor on matters of public and social policy related to criminal justice issues and the Roman Catholic Church.

1998- Present    *Founding Member***, Jail & Prison Ministries Association of NH**, Manchester, NH
An independent, interfaith gathering of clergy, church representatives and lay leader actively with the NH Dept. of Corrections to provide opportunity for wholeness and healing for all persons touched by incarceration in New Hampshire and increase the involvement of all churches in this ministry.

| | |
|---|---|
| 1998-2001 | *Member*, **Human Rights Subcommittee, Area Agency for Developmental Services**, Region VI, Nashua, NH.  Reviewed client treatment plans & allegations of abuse. |
| 1998-2000 | *Member*, **New Hampshire HIV Prevention Community Planning Group (CPG)**, Concord, NH.  Advised NH Dept. of Public Health in overseeing of $1.3 million grants from the CDC in the development of HIV+ prevention and intervention strategies. |
| 1998-1999 | *Trainer for Volunteers,* **Starting Line Program, Prison Fellowship**, Amherst, NH. |
| 1997-2000 | *Member,* **Board of Directors, NH Brain Injury Association (NHBIA)**, Concord, NH |
| 1995-2000 | *Vice President,* **Board of Director, C'Esta, Inc**., Manchester, NH |
| 1986-1989 | *Member,* **Board of Directors, Lazarus House Ministries, Inc.**, Lawrence, MA |
| 1984-1987 | *Member,* **Northern Essex Committee Against Sexual Assault**, Haverhill, MA |
| 1982-1984 | *Member,* **Board of Directors, Family Service Association of Greater Lawrence**, MA |
| 1981-1983 | *Clerk of Corporation/Member* - **Board of Directors, Mental Health and Retardation Services, Inc.**, Lawrence, MA |
| 1981-1983 | *Member,* **Area Board, Department of Mental Health/ Community Mental Health and Retardation**, Lawrence, MA (Served on Joint Office for Children and Department of Mental Health Committee.) |
| 1980-1981 | *Member,* **Area Board #12, Department of Social Services [DSS]**, Lawrence, MA. Elected *First President* of Area Board, DSS – 1980 |
| 1976-1977 | *Member,* **Title XX Review Committee, Comm. of Mass. Region IV**, Lawrence, MA |
| 1975-1980 | *Member,* **Advisory Manpower Planning Board, Lawrence Subgrantee, Comprehensive Employment & Training Act (C.E.T.A.) Program**, Lawrence, MA (Served on Proposal Review Committee and Evaluation Committee.*)* |
| 1975-1977 | *Member***, Statewide Advisory Council for the Office for Children**, Boston, MA **Greater Lawrence Council for Children**, Lawrence, MA |
| 1974-1977 | Elected *President*, twice [1975, 1976] |
| 1975 | *Member,* **Task Force on Alternative Education, Lawrence School Department**, Lawrence, MA |
| 1974-1975 | *Member,* **Public Offender's Training Committee, Lawrence General Hospital**, Lawrence, MA |

## PUBLICATIONS:

Dumond, R.W. & Dumond, D.A. (2020, To Appear). Chapter 14: Ethical considerations in the treatment of sexual and gender minorities being deprived of liberty. Doctors Working in Prison – Ethical Considerations. Geneva: International Committee of the Red Cross – IRCC; Chapter 14. Available at:

Dumond, R.W. & Dumond, D.A. (2017).  Responding to prisoner sexual assault: Successes, promising practices, and challenges. On-Line Revision/Update - In R. Trestman, K. Appelbaum, & J. Metzner (Eds.). *Oxford Textbook of Correctional Psychiatry*, New York: Oxford University Press, Section 13: Special Topics – Sexual Assaults.

Dumond, R.W. & Dumond, D.A. (2015).  Responding to prisoner sexual assault: Successes, promising practices, and challenges.  In R. Trestman, K. Appelbaum, & J. Metzner (Eds.). *Oxford Textbook of Correctional Psychiatry*, New York: Oxford University Press, Section 13: Special Topics – Sexual Assaults. Available at: https://books.google.com/books?id=WS9mBgAAQBAJ&pg=PA370&lpg=PA370&dq=United+States+Attorney+General%E2%80%99s+Review+Panel+on+Prison+Rape&source=bl&ots=4_reOxKH83&sig=e90vcV205cqQfJy4EnP2sbQuzGA&hl=en&sa=X&ved=0ahUKEwiekoDt_ZjYAhVixoMKHTBkDyYQ6AEIYTAJ#v=onepage&q=United%20States%20Attorney%20General%E2%80%99s%20Review%20Panel%20on%20Prison%20Rape&f=false

Dumond, R.W. (2014, January 08). Testimony of Robert W. Dumond to the *United States Attorney General's Review Panel on Prison Rape*, Washington, D.C., January 08, 2014.  Available at: https://ojp.gov/reviewpanel/pdfs/WrittenTestimonyofRobertDumond.pdf and https://ojp.gov/reviewpanel/pdfs/SupplementalTestimonyofRobertDumond.pdf

Dumond, R.W. (Fall 2014).  PREA: Transforming culture and practice in correctional facilities. *CorrectCare*, [The magazine of the National Commission on Correctional Health Care], Vol. 28, Issue 4, pp. 10-12.  Available at: https://www.ncchc.org/filebin/CorrectCare/28-4.pdf

Anno, B.J., Day, K., Dumond, R.W., McFarlane, L., Russell, J., Vierthaler, K., & Morgan, M. (2013, September). *PREA Medical and Mental Care Standards – Instructor's Curriculum Guide and Lesson Plans*. Chicago: National Commission on Correctional Health Care. http://www.prearesourcecenter.org/sites/default/files/content/med-mh_lesson_plan_health_care_standards.pdf

National Commission on Correctional Health Care. (2013). Specialized Training: PREA Medical and Mental Health Care Standards. Chicago, IL: National Commission on Correctional Health Care. Contributor Available at: https://www.prearesourcecenter.org/sites/default/files/content/med-mh_lesson_plan_health_care_standards.pdf

Dumond, R.W. (To Appear).  South Dakota DOC – Division of Juvenile Justice: A case study in excellence in responding to prisoner sexual violence. *Building Blocks for Institutional Safety*. Denver, CO: Colorado Department of Public Safety, Division of Criminal Justice, Office of Research & Statistics.

Dumond, R.W. (2011). Examining prisoner sexual violence.   In T.J. Fagan and R.K. Ax, *Correctional Mental Health: From theory to best practice*.  Thousand Oaks, CA: Sage Publications, Inc.

English, K., Heil, P., & Dumond, R.W. (2010 June). *Sexual Assault in Jail and Juvenile Facilities: Promising Practices for Prevention and Response.  Final Report Submitted to the National Institute of Justice*.  Denver, CO: Colorado Department of Public Safety, Division of Criminal Justice, Office of Research & Statistics. Available at: https://www.ncjrs.gov/pdffiles1/nij/grants/236738.pdf

Dumond, R.W. (2010).  Literature review – A review of the past – What have we known about sexual violence in correctional settings?  In English, K, Heil, P. & Dumond, R.W., *National Institute of Justice [NIJ] Final Report of the Colorado Department of Public Safety, Division of Criminal Justice*.  Denver, CO: Colorado Department of Public Safety, Division of Criminal Justice, Office of Research & Statistics, Appendix A: 75 - 182. Available at: https://www.ncjrs.gov/pdffiles1/nij/grants/236738.pdf

Dumond, R.W. & Dumond, D.A. (2010).  A guide to an effective medical response to prisoner sexual violence.  In English, K, Heil, P. & Dumond, R.W., *National Institute of Justice [NIJ] Final Report of the Colorado Department of Public Safety, Division of Criminal Justice*.  Denver, CO: Colorado Department of Public Safety, Division of Criminal Justice, Office of Research & Statistics, Appendix C: 200 – 260. Available at: https://www.ncjrs.gov/pdffiles1/nij/grants/236738.pdf

Dumond, R.W. & Dumond, D.A. (2010). Managing prison sexual violence: A guide to effective victim services. In English, K, Heil, P. & Dumond, R.W., *National Institute of Justice [NIJ] Final Report of the Colorado Department of Public Safety, Division of Criminal Justice*.  Denver, CO: Colorado Department of Public Safety, Division of Criminal Justice, Office of Research & Statistics, Appendix D: 261 - 286. Available at: https://www.ncjrs.gov/pdffiles1/nij/grants/236738.pdf

Dumond, R.W. & Dumond, D.A. (2010). Mentally disabled inmates:  Concern for correctional managers. In S. Stojkovic, (Ed.). *Managing Special Populations in Jails and Prisons, Volume II.* Kingston, NJ: Civic Research Institute, Part II: Chapter 5. Abstract available at: https://www.researchgate.net/publication/313598836_Mentally_disabled_inmates_Concern_for_correctional_managers

Dumond, R.W. & Dumond, D.A. (2010).  Working with female offenders: Gender specific and trauma informed programming.  In S. Stojkovic, (Ed.). *Managing Special Populations in Jails and Prisons, Volume II.* Kingston, NJ: Civic Research Institute, Part IV: Chapter 13. Abstract available at: https://www.researchgate.net/publication/313599294_Working_with_female_offenders_Gender_specific_and_trauma_informed_programming\

Dumond, R.W. (2009) [Contributing Author].  *National Prison Rape Elimination Commission Report. {Final report of the Commission on Prisoner Sexual Violence in the United States.*  Washington, D.C.:  National Prison Rape Elimination Commission.   Available at: https://www.ncjrs.gov/pdffiles1/226680.pdf

Dumond, R.W. (2009) [Contributing Author].  *Standards for the Prevention, Detection, Response and Monitoring of Sexual Abuse in Adult Prisons and Jails.*  Washington, D.C.:  National Prison Rape Elimination Commission.  Available at:

Dumond, R.W. & Dumond, D.A. (2007). Correctional health care since the passage of the Prison Rape Elimination Act of 2003: Where are we now?  *Corrections Today*, October 2007, 69(5): 76-79. Available at: https://www.researchgate.net/publication/313598616_Corrections_Today

Dumond, R.W. (2006, November 15).  *Testimony of Robert W. Dumond before the First Hearing of the Review Panel on Prison Rape at the California State Prison, Prison Road, Repressa, California, November 15, 2006.* Available at https://ojp.gov/reviewpanel/pdfs_nov06/written-dumond.pdf and Digital Transcript available at https://ojp.gov/reviewpanel/pdfs_nov06/test_dumond.pdf

Dumond, R.W. (2006). The Impact of Prisoner Sexual Violence: Challenges of Implementing Public Law 108-79: The Prison Rape Elimination Act of 2003.  *Notre Dame Journal of Law and Legislation,* 32:142-164. Available at: http://scholarship.law.nd.edu/cgi/viewcontent.cgi?article=1080&context=jleg

Dumond, R.W. & Dumond, D.A. (2005). Depression: The prisoner's plight. In S. Stojkovic, (Ed.). *Managing Special Populations in Jails and Prisons.* Kingston, NJ*:*  Civic Research Institute, Chapter 8: 8-1 – 8-51. Abstract available at: https://www.researchgate.net/publication/313599351_Depression_The_prisoner's_plight

Dumond, R.W. (2003). Confronting America's most ignored crime problem: The Prison Rape Elimination Act of 2003.  *Journal of the American Academy of Psychiatry and the Law*, 31(3): 354-360. Available at: http://jaapl.org/content/31/3/354.long

Hensley, C., Dumond, R. W., Tewksbury, R., & Dumond, D.A.  (2002). Possible solutions for preventing inmate sexual assault: Examining wardens' beliefs.  *American Journal of Criminal Justice.*  27(1): 19-33. Available at: https://link.springer.com/article/10.1007/BF02898968

Dumond, R.W. (2002). *Testimony of Robert W. Dumond before the United States Senate, Committee on the Judiciary, The Prison Rape Reduction Act of 2002.*  Washington, D.C.: United States Senate, Committee on the Judiciary. Available at: https://www.judiciary.senate.gov/imo/media/doc/dumond_testimony_07_31_02.pdf and Congressional Record at file:///C:/Users/shrink/Downloads/CHRG-107shrg87677%20(3).pdf

Dumond, R.W. & Dumond, D.A. (2002). The treatment of sexual assault victims. In C. Hensley (Ed.).  *Prison sex: Practice & policy.* Boulder, CO: Lynne Rienner Publishers, Chapter 5, 67-88. Abstract available: https://www.ncjrs.gov/App/Publications/abstract.aspx?ID=195755

Dumond, R.W. & Dumond, D.A. (2002). Training staff on inmate sexual assault. In  C. Hensley (Ed.). *Prison sex: Practice & policy.* Boulder, CO: Lynne Rienner Publishers, Chapter 6, 89-100. Abstract available at: https://www.researchgate.net/publication/313602296_Training_Staff_in_Inmate_Sexual_Assault

Kunselman, J., Tewksbury, R., Dumond, R.W. & Dumond, D.A. (2002). Nonconsensual same-sex sexual behavior.  In C. Hensley (Ed.). *Prison sex: Practice & policy.* Boulder, CO: Lynne Rienner Publishers, Chapter 3, 27-48.

Dumond, R.W., (2001, October).  *The impact and recovery of prisoner rape.*  Paper presented at the National Prison Project National Conference – "Not Part of the Penalty": Ending Prisoner Rape, Washington, D.C., October 19, 2001. Available at:
https://www.researchgate.net/publication/313598483_The_impact_and_recovery_of_prisoner_rape

Dumond, R.W. (2001). Inmate sexual assault: The plague which persists. In R.M. Holmes & S.T. Holmes, (Eds.).  *Current perspectives on sex crimes.*  Twin Oaks, CA: SAGE Publishers, Chapter 9, 115-119.

Dumond, R.W. (2001). *Code of conduct for religious visitors and religious volunteers.* Manchester, NH: Prison Ministries Association of New Hampshire.

Dumond, R.W. (2000). Inmate sexual assault: The plague that persists, *The Prison Journal,* 80(4): 407-414. (December 2000). Available at:
http://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.491.2429&rep=rep1&type=pdf

Dumond, R.W. (1999). Inmate sexual assault: The enigma which endures. *Public Service Psychology – [APA] Division 18 Newsletter,* 24(3): 8-9, 18]. (Also was highlighted as a *Special Report* on the Corrections Connection Network, http://www.corrections.com/news/productprofile/specialre.html, April 2000)

Dumond, R.W. (1999). Trends, issues and vulnerable populations. In Home Healthcare Nurses Association, *Test questions for certification review test.* Pensacola, FL: Author.

Dumond, R.W. (1998). Understanding the needs of inmates in prison. *Refugee Immigration Ministry's [R.I.M.'S] pastoral care giver's training manual.* Waltham, MA: Refugee Immigration Ministry, 96-107.

Dumond, R.W. (1998). Physician assisted suicide: Live free and die.  *TIDINGS,*  February 27, 1998, pp.2-4

Dumond, R.W. (1998). Physician assisted suicide would violate the integrity of medicine, *The Sunday Telegraph,* February 23, 1998, Section E, Perspectives – [As I See It.] {Can be accessed at http://www.geocities.com/CapitolHill/6483/HB1433FN.htm}}.

Dumond, Robert W. (1998). *Physician aid in dying: Continuing the culture of death,* Position Paper, Diocese of Manchester, Manchester, NH.

Donaldson, S.; Dumond, R.W.; Knopp, H.F.; Struckman-Johnson,C. & Thompson, L. (1995). Can we put an end to inmate rape?, *USA Today,* May 1995. [Available On-Line at Stop Prisoner Rape web site as: "Training Americans to rape: The role of our jails, prisons and reformatories," http://www.spr.org/en/sprnews/pre2002/050195.html and https://www.questia.com/magazine/1G1-16885411/can-we-put-an-end-to-inmate-rape

Dumond, R.W. (1994).   *Rape awareness – Training curriculum for correctional staff.* Medfield, MA: Massachusetts Department of Correction, Division of Staff Development.

Contributor and cited as Authority for the *Amicus Curiae Brief of Stop Prisoner Rape before the United States Supreme Court, No. 92-7247, Dee Farmer v. Edward Brennan,* November 14, 1993.

Dumond, R.W. (1993). Guidelines for Correctional Administrators; Guidelines for Mental Health and Medical Staff;  and  *Contributing Author* to *Donaldson, S. (1993). The prisoner rape education project.* Brandon, Vermont: The Safer Society Program & Press. [Second Edition, 1997].

Dumond, Robert W. (1992). The sexual assault of male inmates in incarcerated settings. *International Journal of the Sociology of Law,* 20(2): 135 - 157.

Dumond, R.W. (1991).   *"Choices" - A Videotaped Interview with a twenty year convict.* Concord, MA: Massachusetts Department of Correction)  [VHS format l3:56 min]

Dumond, R.W. (1989). *The victim perspective in the treatment of youthful offenders: Issues for individuals, families and programs,* Finalist for the Treischman Award for Published Authors. Needham, MA: Walker School.

Dumond, R.W. & VanderYacht, J. (1989). *Experimental administration of three substance abuse evaluative instruments.* Boston, MA: Massachusetts Department of Correction.

Dumond, R.W. (1988). *Suicide prevention – Training curriculum for correctional staff.* Medfield, MA: Massachusetts Department of Correction, Division of Staff Development.

*Contributing Author* to NECASA. (1987). *What if a child tells?: Resources for sexual abuse victims.* Haverhill, MA: Northern Essex Coalition Against Sexual Assault.

Dumond, R.W. (1984). The child victim of sexual assault, *A resource handbook - Protecting our children: The fight against molestation.*  Washington, D.C.: United States Department of Justice.

Dumond, R.W. (1983). The child parental kidnapping victim, *Equal justice for all: The campaign for victim's rights.*  Salem, MA: Essex County District Attorney's Office.

Dumond, R.W. (1982). *The child victim of sexual abuse as a witness,* (unpublished manuscript), Assumption College Graduate School, Worcester, MA.

Dumond, R.W. (1981). Criminal justice and human services: Collaboration for community change, *MSPCC Magazine,* 2 (3), Fall 1981.

Allena, T. and Dumond, R.W. (1980). *Victim/witness assistance: An advanced course for union (AFL/CIO) counselors.* Hackensack, N.J.: National Council on Crime and Delinquency.

## PRESENTATIONS:

Dumond, R.W. (2017, April 7): *Confidentiality/Reporting and Vicarious Victimization*.  Presentation to the New Mexico Coalition of Sexual Assault Programs Conference Supporting Our Youth: Working with Youth Survivors of Sexual Abuse in Detention, Albuqurque, NM.

Dumond, R.W. (2017, April 6): *Opening Introduction-Why Are We Here? The Effects of Sexual Abuse in Detention.* Presentation to the New Mexico Coalition of Sexual Assault Programs Conference Supporting Our Youth: Working with Youth Survivors of Sexual Abuse in Detention, Albuqurque, NM.

Dumond, R.W. and Smith, B. (2015, September 2). *Don't Call Them Guards: Navigating Corrections Culture*. 2015 National Sexual Assault Conference, Los Angeles, CA.

Dumond, R.W. (2015, July 16). *No Where Else to Go: Incarcerated Survivors with Mental Illnes*s. Webinar: Just Detention International, July 16, 2015, 11:00AM – 12:30PM EST.  Available at:
https://www.youtube.com/watch?v=2-kOZILqHFc

Dumond, R.W. and Marcial, D. (2015, May 14-15). *The Prison Rape Elimination Act and Working with Incarcerated Survivors of Sexual Violence.* Presentation to 2015 Connecticut Alliance to Sexual Violence Annual Conference. Tunxis Community College, Connecticut.

Dumond, R.W. (2015, March 25). *The World of Corrections: Tips for First Termer Advocate (Part I).* Webinar: Just Detention International, March 25, 2015. 11:00AM – 12:30PM EST. Available at: https://justdetention.org/webinar/the-world-of-corrections-part-1-tips-for-the-first-termer-advocate/ and https://www.youtube.com/watch?v=314l7YUz-P8

Dumond, R.W. (2014, October 14). *NCCHC PREA Specialty Training – 4 Hour Module.* Pre-Conference Training. Presentation to the NCCHC 2014 Annual Conference, Paris Hotel, Las Vegas, NV

Dumond, R.W. and Goux, S. (2014, April 6). P-03 *Prison Rape Elimination Act: Required Training for Health Staff.* Presentation to the NCCHC Spring Conference on Correctional Health Care, Hyatt Regency Hotel, Atlanta, GA.

*Invited Participant/Presenter.,* Dumond, R.W. (2014, January). Presentation to the *United States Attorney General's Review Panel on Prison Rape*, Washington, D.C., January 08, 2014. Provided oral and written testimony. Available at: https://ojp.gov/reviewpanel/pdfs/WrittenTestimonyofRobertDumond.pdf and https://ojp.gov/reviewpanel/pdfs/SupplementalTestimonyofRobertDumond.pdf and Digital Transcription available at https://ojp.gov/reviewpanel/pdfs/transcript_01_08_2014.pdf

McFarlane, L. and Dumond, R.W. (2013, July 20). *The Prison Rape Elimination Act: What You Need to Know as a Health Care Leader.* Presentation to the NCCHC Correctional Health Care Leadership Institutes for Physicians and Health Administrators, Paris Hotel, Las Vegas, NV.

Dumond, R.W. (2013, June 06). *Corrections in the 21st Century: Two Innovations That Work – The Prison Rape Elimination Act and Mental Health Courts.* Presentation - Thirteenth Annual Jack Haven Williams Memorial Lecture, at the 37th Annual Meeting of the Northeastern Association of Criminal Justice Sciences, Baypoint Inn & Conference Center, Portsmouth, RI.

Dumond, R.W. (2013, April). *PREA Specialty Training: Module 4 – Reporting and the PREA Standards.* Presentation to the NCCHC 2013 Spring Conference, Chicago, IL. Available at: https://www.youtube.com/watch?v=KowqWXRbFuI

McFarlane, L., Dumond, R.W., Smith-Downes, G., Murray, D., Chung, C., Kavanagh, J. (2013, January 17). *The First Steps: Victim Services in Jails, Part I.* National PREA Resource Center Webinar. Available at: https://www.prearesourcecenter.org/sites/default/files/library/webinarslidesvictimservicesinjailspart111713.pdf

Dumond, R.W. (2013, January 03). *Gender Responsive and Trauma Informed Care: An Ethical Imperative in Treatment?* New Hampshire Hospital Grand Rounds, Concord, NH.

Dumond, R.W. (2012, October 30). *The Big Picture: Victim Services in Prisons – Part I.* National Office of Victims of Crime Webinar. Available at: https://www.prearesourcecenter.org/training-and-technical-assistance/webinars/1089/big-picture-prea-and-victim-services-prison-part-i

Dumond, R.W. (2011, December 15). *Mental Health Court: An Innovative Alternative Disposition for Justice Involved Individuals with Mental Illness and Co-Occurring Disorders.* New Hampshire Hospital Grand Rounds, Concord, NH.

Dumond, R.W. and May, S. (2011, June).  *Addressing Sexual Violence in Detention*.  Conducting and Co-hosting National Office of Victims of Crime Webinar. See http://www.ceanational.org/phorum/read.php?9,1458  and  http://ovc ncjrs.gov/ovcproviderforum/asp/Sub.asp

Dumond, R.W. (2011, March). *Responding to Prisoner Sexual Assault: Current Implementation of the Prison Rape Elimination Ac*t.  Presentation to the 4th Academic and Health Policy Conference on Correctional Health – Commonwealth Medicine-University of Massachusetts Medical School, Boston, MA, March 10, 2011.

Dumond, R.W. (2010, October). *The Prison Rape Elimination Act: What Are the States Doing? What is the Role of  DOC Victim Services in PREA*?  Presentation to the 4th Annual Conference – Refining Our Practice - National Association of Victim Service Providers in Corrections, Portland, ME, October 22, 2010.

Dumond, R.W. and Wilkenson, R. (2011, June). *PREA Standards for Juveniles*.  Presentation to the Texas Corrections Association, Galvaston, TX, June 07, 2010.

Dumond, R.W. (2009, August).  *PREA: Training for Trainers*.  Presentation to the Delaware Department of Corrections, Dover, DE, August 19, 2009.

Dumond, R.W., McFarlane, L., & Reidman, N. (2009, July).  *Creating Sexual Assault Response Teams (SARTs) in Correctional Settings*.  Presentation to the NCCHC 2009 Correctional Mental Health Conference, Seattle, WA, July 12, 2009.

Dumond, R.W. (2009, June).  *Advanced PREA Behavioral Health Training*.  Presentation to the Minnesota Department of Corrections, Minneapolis, MN, June 23-25, 2009.

Dumond, R.W. (2009, June).  *PREA Training for Facility Administrators*.  Presentation to the Delaware Department of Services for Children, Youth, and Their Families, Wilmington, DE, June 18, 2009.

Dumond, R.W. (2009, January*). Is it Difficult to Supervise Male Versus Female Prisoners?  Gender Differences*.  Presentation to the Vermont Department of Corrections, Southeast Correctional Center Transition Training, Windsor, VT, January 20, 2009.

Dumond, R.W. (2009, January).  *Professional Boundaries: Staff Dynamics*.  Presentation to the Vermont Department of Corrections, Staff Training on Women Offenders, St. Albans, VT, January 05, 2009.

Dumond, R.W. (2008, December). *Sexual Violence in the Prison Culture*.  Presentation to the Wisconsin Department of Corrections, PREA Training Conference for Prosecutors, Wisconsin Dells, WI, December 17, 2008.

Dumond, R.W. (2008, December). *Effects of Trauma on Children in Juvenile Facilities*.  Presentation to Texas Juvenile Probation Commission – 'Behind Closed Doors: Responding to, Investigating and Prosecuting Sexual Abuse in Juvenile Justice Facilities.'  Corpus Christi, TX, December 12, 2008.

Dumond, R.W. (2008, December). *Role of the Facilities' First Responders*.  Presentation to Texas Juvenile Probation Commission – 'Behind Closed Doors: Responding to, Investigating and Prosecuting Sexual Abuse in Juvenile Justice Facilities.'  Corpus Christi, TX, December 11, 2008.

Dumond, R.W. (2008, December). *Victimology*.  Plenary Presentation to Texas Juvenile Probation Commission – 'Behind Closed Doors: Responding to, Investigating and Prosecuting Sexual Abuse in Juvenile Justice Facilities.'  Corpus Christi, TX, December 10, 2008.

Dumond, R.W. (2008, September).  *Investigating Crimes within the Prison Culture*.  Wisconsin Department of Corrections, PREA Training Conference for Law Enforcement, Stephens Point, WI, September 22, 2008.

Dumond, R.W. (2008, September). *Gender & Cross Gender Supervision*. Presentation to Delaware Department of Services for Children, Youth and their Families, PREA Training for Administrators, Dover, DE, September 15, 2008.

Dumond, R.W. & McFarlane, L. (2008, August). *Transgender Sensitivity and Prisoner Sexual Violence*. Presentation to California Correctional Institute – Tehachappi, California Department of Corrections and Rehabiltation, Tehachappi, CA, August 05, 2008.

Dumond, R.W. (2008, July). *The Prison Rape Elimination Act: Facilitating Substantive Change*. Presentation to the National Commission on Correctional Health Care 2008 Correctional Mental Health Conference – 'From Innovation to Practice,' Las Vegas, NV, July l4, 2008.

Dumond, R.W. (2008, July). *Handling Disclosure of Prisoner Sexual Violence*. Presentation to Keeping Pollsmoor Safe: Human Rights Master Training Conference, Pollsmoor Prison, Tokai, South Africa, July 11, 2008.

Dumond, R.W. & Malgas, C. (2008, July). *Challenges of Addressing Prisoner Rape from a Corrections Point of View.* Presentation to Keeping Pollsmoor Safe: Human Rights Master Training Conference, Pollsmoor Prison, Tokai, South Africa, July 08, 2008.

Dumond, R.W. (2008, July). *Emotional Impact of Prisoner Rape.* Presentation to Keeping Pollsmoor Safe: Human Rights Master Training Conference, Pollsmoor Prison, Tokai, South Africa, July 07, 2008.

Dumond, R.W. (2008, June). *Emotional Impact of Prisoner Sexual Violence.* Plenary Presentation to the Seminar on Sexual Offences in Correctional Centres, Republic of South Africa Department of Correctional Services, Pretoria, South Africa, June 30, 2008.

Dumond, R.W. (2008, May). *Dynamics of Sexual Assault and Dealing with Prisoner Victims*. Presentation to the Bristol County Sheriff's Department, - The Prison Rape Elimination Act and the Investigative Process in Local Detention, North Dartmouth, MA, May 28, 2008.

Dumond, R.W. (2008, May). *The Forgotten Victims of Sexual Violence – Detainees, Prisoners, Inmates and Juveniles*. Presentation to the New Jersey Administrative Office of the Courts – Fundamentals of Sexual Violence Conference, Somerset, NJ, May 22, 2008.

Dumond, R.W. (2008, May). *Dynamics of Sexual Assault and Reactions of Offenders to Sexual Assault*. Presentation to the Colorado Department of Corrections, Inspector General's PREA Program Training Conference, Colorado Springs, CO, May 21, 2008.

Dumond, R.W. (2008, May). *Dealing with Difficult Behaviors*. Presentation to the Superior Court of New Jersey, Union Vicinage Probation Division – Probation Officers' Training, Scotch Plains, NJ, May 14-15, 2008.

Dumond, R.W. (2008, April). *How Do I Maximize My Response to Victims with Specific Disabilities?* Presentation to the Wisconsin Department of Corrections, PREA Training Conference for Law Enforcement, Wisconsin Dells, WI, April 29, 2008.

Dumond, R.W. (2008, March). *Prisoner Sexual Violence: A Look at the National Research and Implications for Clinical Practice*. Presentation to the Academic & Health Policy Conference on Correctional Health, University of Massachusetts Medical School/Commonwealth Medicine, Quincy, MA, March 28, 2008.

Dumond, R.W. (2008, March).  *Assessing and Understanding the Dynamics of Juvenile Sexual Assault*. Presentation to the Colorado Department of Human Services, Division of Youth Corrections PREA Training, Aravada, CO, March 14, 2008.

**Vita - Robert W. Dumond      24**

Dumond, R.W. (2008, January*).  Confidentiality, Clinical Practice and Effectively Responding to Prisoner Sexual Violence*.  Presentation to the Massachusetts Department of Correction Training Conference on the Prison Rape Elimination Act for Medical and Mental Health Providers, Shirley, MA, January 10, 2008.

Dumond, R.W. (2007, December*). Understanding the Prison Rape Elimination Act and Prisoner Sexual Violence, Part I & II*.  Presentation to the Boston Area Rape Crisis Center/Jane Doe, Inc. PREA Training for Rape Crisis Centers, Natick, MA, December 12, 2007.

Dumond, R.W. (2007, November*).  Implications for PREA for Juvenile Corrections*.  Presentation to the South Dakota Department of Corrections, Training Conference on Institutional and Community Strategies to Implement the Prison Rape Elimination Act, Sioux Falls, SD, November 06, 2007.

Dumond, R.W. (2007, November).  *Dynamics of Prisoner Sexual Violence*, Presentation to the South Dakota Department of Corrections, Training Conference on Institutional and Community Strategies to Implement the Prison Rape Elimination Act, Sioux Falls, SD, November 05, 2007.

Dumond, R.W. (2007, October). *People With Disabilities in the Criminal Justice System/Implications for PREA.*  Pre-Conference Seminar [8 hours] 15th Annual International Community Corrections Association, San Diego, CA, October 28, 2007.

Dumond, R.W. & Dumond, D.A. (2007, October*). Prisoner Sexual Violence: Helping Male Prisoners Respond, Both Inside and Out.*  Presentation [2 sessions] to the Male Survivor 2007 International Conference, John Jay College of Criminal Justice, New York City*, New York.* Saturday, October 27, 2007

Dumond, R.W. (2007, October). *Responding to Prisoner Sexual Violence:  Implementing PREA Part I & II*. Presentation [2 Sessions] to the Maine Department of Corrections Annual Training, Newry, Maine, October 2 – 3, 2007.

Dumond, R.W. (2007, September).  *Understanding Prisoner Sexual Violence*. Presentation  [2 Sessions - 4 hours] Montana Correctional Association/Western Correctional Association Conference, Helena, MT, September 19-20, 2007.

Dumond, R.W. (2007, September*). Critical Mental Health Interventions to Respond to Often Forgotten Victims*. Presentation to the National Sexual Assault Conference 2007: Bridges to Social Change, Baltimore, MD, September 12, 2007.

Dumond, R.W. (2007, July).  *Preventing Staff Sexual Misconduct*.  Presentation to the South Carolina Department of Juvenile Justice, PREA Training for Private Child Care Providers, Columbia, SC, July 25, 2007.

Dumond, R.W. (2007, July).  *Critical Mental Health  Interventions To Respond to Prisoner Sexual Violence*. Presentation to the National Commission on Correctional Health Care, 2007 Correctional Mental Health Seminar, Las Vegas, NV, July 15, 2007.

Dumond, R.W. (2007, June). *Clinical Intervention Strategies to Effectively Manage Prisoner Sexual Violence*. Presentation to the 2007 North American Correctional & Criminal Justice Psychology Conference/Canadian Psychological Association Annual Conference, Ottawa, Ontario, Canada, June 7, 2007.

Dumond, R.W. (2007, May). *Managing the Difficulties of Victims of Prisoner Sexual Violence*.  Presentation to the Georgia Department of Corrections, PREA Training, Forsyth, GA, May 24-25, 2007.

Dumond, R.W. (2007, May). *Overview of the Dynamics of Prisoner Sexual Violence*.  Presentation to the Iowa Department of Corrections, PREA Training for Administrators & Investigators, Des Moines, IA, May 15, 2007.

Dumond, R.W. (2007, April). *Who Are the Victims of Prisoner Sexual Violence? – Understanding Gender Differences*.  Presentation to the Louisiana Department of Public Safety and Corrections, PREA Investigator Training, Baton Rouge, LA, April 10, 2007.

*Invited Participant/Presenter.,* Dumond, R.W. (2007, April).  *Plenary Session:  What is the Prison Rape Elimination Act and its impact on juvenile justice*.  Presentation to the 2007 Annual Conference of the  Michigan Department of Human Services, Bureau of Juvenile Justice, in Lansing, MI, April 05, 2007.

Dumond, R.W. (2007, April). *Introduction to Public Law 108-79: Implementing the Prison Rape Elimination Act in Juvenile Corrections*.  Presentation to the Massachusetts Department of Youth Services, PREA Training, Sturbridge, MA, April 3, 2007.

Dumond, R.W. (2007, March). *Preventing Inmate-on-Inmate Sexual Violence*.  Presentation to the Responding to Inmate Sexual Violence Conference, National Institute of Corrections/American University, Washington College of Law, Washington, DC, March 16, 2007.

Dumond, R.W. (2007, March).  *Managing the Investigations of Prisoner Sexual Violence; Confidentiality and What First Responders Need to Know*.  Presentation to the Management and Training Corporation [MTC] PREA Investigator Training, Cenerville, UT, March 13, 2007.

Dumond, R.W. (2007, March).  *Systemic Approach to the Prison Rape Elimination Act & Investigating Allegations of Prisoner Sexual Misconduct with Youth in Private Custody*, Presentation to the Kentucky Department of Juvenile Justice, PREA Training for Private Child Care Providers, Frankfort, KY, March 8, 2007.

Dumond, R.W. (2007, February). *Understanding the Prison Elimination Act in Order to Improve Advocacy*.  Presentation to the 2007 Stop Prisoner Rape Survivor Summit, Las Angeles, CA, February 16, 2007.

Dumond, R.W. (2007, January).  *History and Overview of the Prison Rape Elimination Act and Implications for Juvenile Populations*.  Presentation to the Georgia Department of Juvenile Justice PREA Training, Atlanta, GA, January 03, 2007.

*Invited Participant/Presenter.,* Dumond, R.W. (2006, November). Presentation to the first hearing of the *United States Attorney General's Review Panel on Prison Rape*, California State Prison at Folsom, Represa, CA, November 15, 2006.  Provided oral and written testimony. Available at: https://ojp.gov/reviewpanel/pdfs_nov06/written-dumond.pdf  and  Digital  Transcript  available  at https://ojp.gov/reviewpanel/pdfs_nov06/test_dumond.pdf.

Dumond, R.W. (2006, September*). Who are the Victims of Prisoner Sexual Violence & Keeping Correctional Facilities Safe*.  Presentation to the Oregon Department of Corrections, PREA Sexual Assault Response Team Training, Coffee Creek Correctional Facility, Wilsonville, OR, September 27, 2006.

*Invited Participant,* Dumond, R.W. (2006, June). *Addressing Sexual Violence in Prisons*, to advise the National Institute of Justice and the Urban Institute on the draft of the final report for *Addressing Sexual Violence in Prisons: A National Snapshot of Approaches and Highlights of Innovative Strategies*, Washington, DC, June 20, 2006.

Dumond, R.W. (2006, June).  *Understanding and implementing Public Law 108-79: The Prison Rape Elimination Act of 2003*. Presentation [2 sessions] to the 2006 Massachusetts Sheriff's Association Conference, Holyoke, MA, June 15, 2006.

Dumond, R.W., DiPaolo, P., Morin, P. & Kohl, R. (2006, June). *Research and Data Requirements*. Workshop at the Commonwealth of Massachusetts, Executive Office of Public Safety, Training Symposium: Understanding the Impact of the Prison Rape Elimination Act, Sturbridge, MA, June 8, 2006.

*Opening Session Presenter,* Dumond, R.W. (2006, June). *Opening Session Address: Overview of the Prison Rape Elimination Act*. Opening Session Address to the Commonwealth of Massachusetts, Executive Office of Public Safety, Training Symposium: Understanding the Impact of the Prison Rape Elimination Act, Sturbridge, MA, June 8, 2006.

*General Session Presentater,* Dumond, R.W. (2006, May). *General Session Address: Introduction to PREA for Correctional Administrators*. General Address to the Commonwealth of Massachusetts, Executive Office of Public Safety, Executive Summit:  Understanding the Impact of the Prison Rape Elimination Act, Worcester, MA, May 23, 2006.

Dumond, R.W. (2006, April). *Correctional Health in the Criminal Justice System*. Reactor to Panel Discussion, Commonwealth Medicine 2006 Academic Conference: Translating Health Services Research into Effective Public Policy, Shrewsbury, MA, April 19, 2006.

Dumond, R.W. & DiPaolo, P. (2006, April). *MA DOC – Prison Rape Elimination Act (PREA) Superintendent/Deputy Superintendent Training Forum*. Training program for the Massachusetts Department of Correction, Division of Staff Development, Shirley, MA, April 12, 2006

Dumond, R.W. (2006, March). *Understanding and implementing Public Law 108-79: The Prison Rape Elimination Act of 2003*. Presentation [2 sessions] to the 2006 Women in Criminal Justice Conference [WICJ], Springfield, MA, March 23, 2006.

*Invited Participant,* Dumond, R.W. (2006, February). *PREA Training for Trainers Planning Meeting*, to advise the National Institute of Corrections & The Moss Group, Inc. on the effective utilization of NIC PREA videos. Alexandria, VA, February 23, 2006.

Dumond, R.W. & DiPaolo, P. (2006, October). *Understanding and implementing Public Law 108-79: The Prison Rape Elimination Act of 2003*. Presentation [2 sessions] to the 21st Annual Correctional Association of Massachusetts [CAM] Conference, Milford, MA, October 25, 2005.

*General Session Presenter,* Dumond, R.W. (2005, October). *General Session Address: The challenge of prisoner sexual violence: Responding to the Prison Rape Elimination Act of 2003*. General Session Address during the University of Massachusetts/Commonwealth Medicine Annual Conference entitled Correctional Mental Health: Risks, Traumas, and Enhancing Clinical Expertise, Shrewsbury, MA, October 06, 2005.

Dumond, R.W., McNabb, M.A., & Brown, C. (2005, September*). Understanding the Prison Rape Elimination Act*. Presentation [Conducted 2 times] during the Missouri Corrections Association Annual Conference, Lake Ozark, MO, September 22, 2005.

*Keynote Presenter*, Dumond, R.W. (2005, September). *Keynote Address: Prisoner sexual violence and the Prison Rape Elimination Act*. Keynote Address before the Missouri Corrections Association Annual Conference, Lake Ozark, MO, September 21, 2005.

*Invited Witness/Participant,* Dumond, R.W. (2005, June). *Impact of prison sexual assaults on the survivors, their families and the community*. Testimony presented before the first public hearing of the National Prison Rape Elimination Commission, the Cost of Victimization: Why Our Nation Must Confront Rape, as part of Panel on the Medical, Emotional and Mental Health Questions, 210 Canon House Office Building, Washington, DC, June 14, 2005. [Provided oral and written testimony]. Available on-line at: http://www.nprec.us/docs/MedicalEmotionalandMentalHealthQuestions_V1.3.pdf

Dumond, R.W. & DiPaolo, P. (2005, April). *Confronting the Prison Rape Elimination Act: A Look at the Massachusetts Department of Correction*. Presentation to the 18th Annual Correctional Accreditation Management Association [CAMA] Conference, Boston, MA, April 26, 2005.

Dumond, R.W. (2005, January).  *Dynamics of prisoner sexual assault; and Research on prisoner sexual violence*.  Presentation as part of a National Institute of Corrections Teleconference [6-hour Satellite/Internet Broadcast] – Phase II: Prison Rape Elimination Act - Assessing Your Agency's Response to Prison Sexual Assault,   Spokane, KY, January 26, 2005 and January 27, 2005.   Available on-line at http://www.nicic.org/Library/020158

*Panel Participation,*  Dumond, R.W. (2005, January*). A Town Hall Meeting – Addressing the Prison Rape Elimination Act*.  Presentation as part of a National Institute of Corrections Teleconference [2 – hour Satellite/Internet Broadcast at the American Correctional Association Winter Conference 2005, Phoenix, AZ, January 10, 2005.  Available on-line at http://www.nicic.org/Library/020157 and https://nicic.gov/town-hall-meeting-addressing-prison-rape-elimination-act-satelliteinternet-broadcast

Dumond, R.W. (2004, July). *Historical literature review of prisoner sexual assault*.  Presentation as part of the National Institute of Correction [NIC] Prison Rape Elimination Act (PREA) Team Meeting, Chicago, IL, July 31, 2004.

Dumond, R.W. (2004, July). *Medical and mental health consequences of prisoner sexual assault*.  Presentation as part of a National Institute of Corrections Teleconference [3 – hour Satellite/ Internet Broadcast] – How the Prison Rape Elimination Act Affects You, Spokane, WA, July 21, 2004.   Available on-line at http://www.nicic.org/Library/019765

Dumond, R.W. (2004, March). *Current practice in the provision of services to victims of prison rape*.  Paper presented to The Prison Rape Elimination Act of 2003: A Focus Group to Provide Guidance to the U.S. Department of Justice, Office of Justice Programs, Bureau of Justice Assistance in the Development of a National Grant Solicitation, Washington, D.C., March 22, 2003.

Dumond, R.W. (2003, April). *Turned Out: Sexual Assault Behind Bars*, Fourth Annual Filmmakers Open Studio, Cambridge, MA, April 13, 2003.  Available at: https://www.youtube.com/watch?v=QKbnWW-4K-A

Dumond, R.W. (2003, March). *Possible solutions for preventing inmate sexual assault: Examining wardens' beliefs.*   Paper presented at the 40th Annual Meeting of the Academy of Criminal Justice Sciences, Boston, MA, March 07, 2003.

*Radio Presentation,* Dumond, R.W., (2002, September), "Prisoner Rape – The Dom Giordano Show," WPHT, 1210AM, Philadelphia, PA, September 14, 2002.

*Radio Presentation/Appearance as Expert,* Dumond R.W. & Hensley, C. (2002, August). "Prison Sex," Radio Times with Marty Moss-Coane, WXYY-FM, 90.9, Philadelphia, PA (a National Public Radio Affiliate), August 07, 2002.

*Invited Witness/Participant,* Dumond, R.W. (2002, July). *The Prison Rape Reduction Act of 2002*.  Testimony presented before the United States Senate, Committee on the Judiciary, Washington, D.C., July 31, 2002. [Provided oral and written testimony]. Available at:
 https://www.judiciary.senate.gov/imo/media/doc/dumond_testimony_07_31_02.pdf   and   Congressional Record available at file:///C:/Users/shrink/Downloads/CHRG-107shrg87677%20(2).pdf

*Invited Participant/Presenter,* Dumond, R.W. & Cahill, T. (2001, October).  *The impact and recovery of prisoner rape.*  Paper presented at the National Prison Project National Conference – "Not Part of the Penalty": Ending Prisoner Rape, Washington, D.C., October 19, 2001. Available at:

https://www.researchgate.net/publication/313598483_The_impact_and_recovery_of_prisoner_rape

*Radio Presentation/Appearance as Expert:*  Dumond, R.W. & Mariner, J. (2001, April).  *Rape in Prisons.* Senator Reed  Show,  ABC Radio Network, Philadelphia, PA,   April 26, 2001.

Dumond, R.W. (2001, March). *Religious visitors and religious volunteers code of conduct.* Paper presented at the annual conference of the New Hampshire Prison Ministries Association and the New Hampshire Department of Corrections, Concord, NH, March 29, 2001.

*Witness/Participant:* Dumond, R.W. (2001, March) *Testimony in opposition to House Bill 1 (HB-1), New Hampshire State Budget FY2002.* Testimony presented before the  Finance Committee, New Hampshire House of Representatives, State of New Hampshire, Concord, NH, March 15, 2001. [Provided oral and written testimony.]

*Witness/Participant:* Dumond, R.W. (1999, March). *Testimony in opposition to Senate Bill (SB-44-FN) - Physician Aid in Dying Bill.* Testimony presented to the Judiciary Committee, New Hampshire Senate, State of New Hampshire, Concord, N.H., March 08, 1999. [Provided oral and written testimony.]

*Appearance as Expert,* "Sexual Misconduct by Correctional Staff", *Special Report,* WTVJ – NBC Channel 6 Television, Miami, Florida, February 1999.

*Witness/Participant:* Dumond, R.W. (1998, February). *Testimony in opposition to House Bill (HB-1433-FN) - Physician Aid in Dying Bill.*  Testimony presented to the Judiciary Committee, House of Representatives, State of New Hampshire, Concord, N.H., February 8, 1998.  [Provided oral and written testimony.]

*Witness/Participant:* Dumond, R.W. (1998, February). *Testimony in opposition to House Bill (HB-1433-FN) - Physician Aid in Dying Bill.*  Testimony presented to the Judiciary Committee, House of Representatives, State of New Hampshire, Concord, N.H., February 8, 1998.  [Provided oral and written testimony.]

Dumond, R.W. (1997, March). *Monitoring the sex offender.*  Paper presented to the volunteer training conference of the New Hampshire Department of Corrections, Manchester, NH, March 14, 1997.

*Witness/Participant.:* Dumond, R.W. (1997, February).  *Testimony in support of Senate Bill (SB 132) - The Managed Care Consumer Bill of Rights.*  Testimony presented to the Senate Insurance Committee, State of New Hampshire, Concord, N.H., February 10, 1997. [Provided oral and written testimony.]

*Chair – Symposium:* Dumond, R.W., King, M., & Brouhard, K. (1995, August). *Ignominious victims: Effective treatment of male sexual assault victims in incarcerated settings.*  Paper presented at the American Psychological Association, 103rd Annual Conference, New York City, New York, August 15, 1995.

*Convenor/Presenter, Roundtable:* Dumond, R.W. & King, M. (1995, March). *Establishing training regarding sexual assault of inmates to prison staff.* Paper presented to the Academy of Criminal Justice Sciences, 1995 Annual Meeting, Boston, MA, March 10, 1995.

*Organizer/Presenter:* Dumond, R.W. & Reed Ryback, V. (1994, October). *Responding to prison sexual assault: An interdisciplinary approach towards successful intervention.*  A Training Conference co-sponsored by the Massachusetts Department of Correction, Correctional Medical Systems and the Beth Israel Hospital, Boston, MA, Massachusetts Department of Correction, Division of Staff Development, Medfield, MA, October 21, 1994.

Dumond, R.W. (1994, October). *Intervention of violence in the school setting.* Paper presented at the Fall Teacher Development Seminars, Nortre Dame College Graduate School, Division of Education, Manchester, N.H., October 19, 1994.

Dumond, R.W. (1994, October). *Intervening in school violence.*  Paper presented at the Staff Development Day, School Administrative Unit #19, New Boston Schools, New Boston, N.H., October 07, 1994.

Dumond, R. (1994, June) *Providing therapeutic intervention to sexual assault victims in prison.* Paper presented to EMSA Correctional Care Training Conference, Norfolk, MA, June 29, 1994.

Dumond, R.W. (1994, June). *Correctional intervention to inmates reporting sexual assault while incarcerated.* Paper presented at the Massachusetts Criminal Justice Training Council, Rape Investigation – Certification Training Massachusetts Department of Correction, Division of Staff Development, Medfield, MA, June 28, 1994. [Assisted in developing the first investigative program for correctional staff investigators within the Massachusetts Department of Correction].

*Invited Witness/Participant:* Dumond, R.W. (1994, May). *Testimony on inmate sexual assault in Massachusetts prisons.* Testimony presented to the Joint Committee of Public Safety, The General Court of the Commonwealth of Massachusetts, Hearings on the Issue of Sexual Assault in Prison. Boston, MA, May 23, 1994. [Provided oral and written testimony before this hearing, the first hearing on sexual assault to be convened before a State Legislature in the United States.]

Dumond, R.W. (1994, April). *Assessment and management of at-risk students & clients.*  Paper presented at the Spring 1994 Education Workshops, Notre Dame College Graduate School, Division of Education, Manchester, N.H., April 9, 1994.

*Discussant,* (1994, January). *Rape in Prison: Examining the Issues,* King Radio Network, Seattle, WA, January 14, 1994.

Dumond, R.W. & Neitlich, D. (1993, April). *Violence in incarcerated settings.* Paper presented at the Fifth Annual Conference At Bridgewater State Hospital,  Bridgewater, MA, April 1, 1993.

Dumond, R.W & Braverman, S. (1992, November). *Disaster worker debriefing.*  Paper presented at the Massachusetts Department of Mental Health Conference: How to Conduct Crisis Counseling, Boston, MA, November 4, 1992.

Dumond, R.W. (1992, November). *Community debriefing.*  Paper presented at the Massachusetts Department of Mental Health Conference: How to Conduct Crisis Counseling, Boston, MA, November 4, 1992.

Dumond, R.W. & Wilkens, K. (1992, October). *Anatomy of a disaster.*  Paper presented at the Massachusetts DMH Conference Disaster Recovery: A Mental Health Perspective for Emergency Management Workers, Crisis Counseling Personnel and Disaster Direct Service Workers [NIMH/FEMA Grant], Woburn, MA, October 13, 1992.

Dumond, R.W. (1992, March). *The positive effects of change.*  Paper presented at the annual Elderhostel of New England Conference, Troy, N.H., March 1992.

Dumond, R.W. (1992, March). *Treating juvenile offenders using the victim perspective.*  Paper presented at the Academy of Criminal Justice Sciences, 1992 Annual Meeting, Pittsburgh, PA, March 10 - 14, 1992.

Dumond, R.W. (1991, October). *Juvenile justice.*  Paper presented at the 1991 College – Community Forums, Greater Salem Business /Education Collaborative and Franklin Pierce College, Bi-Centennial of the Bill of Rights, Salem High School, Salem, N.H., October 17, 1991.

*Workshop Leader,* (1991, May). *Choices,* part of a series of workshops for "at-risk" youth at Salem High School, Salem, N.H. through the Greater Salem Business/Education Collaborative in cooperation with Franklin Pierce College, May 1991.

Dumond, R.W. (1990, December). *Institutional strategies for success with adult learners.* Paper presented at the Franklin Pierce College, Faculty Development Day 1990, Nashua, N.H. Campus, December 1, 1990.

Dumond, R.W. (1990, August). *Male sexual assault victims in incarcerated settings.* Paper presented as part of a poster session on Denial and Rage in the Treatment of Sex Offenders at the 98th Annual Convention, American Psychological Association, Boston, MA, August 11, l990.

Dumond, R.W. (1987, October). *The victim perspective in working with youthful offenders.* Paper presented at the Massachusetts Department of Youth Services Management Training Conference at the Massachusetts Criminal Justice Training Council, Newton, MA, October 1987.

Dumond, R.W. (1986, May). *Suicide and stress: An analysis for law enforcement officers.* Paper presented at the Northeast Police Academy, Bradley Palmer State Park Police Academy, Topsfield, MA, May 18, 1986.

Dumond, R.W. (1986, May). *Working with male rape victims.* Paper Presented to the conference titled After Rape: The Effects on Victims, Families and Community, Northern Essex Community College, Haverhill, MA, May 9, 1986.

Dumond, R.W. (1986, February). *Crime and violence: Helping children and families cope with traumatic victimization.* Paper presented at the American Association of Psychiatric Services to Children, 37th Annual Conference, Las Vegas, Nevada, February 27, l986.

Dumond, R.W. (1985, August). *Protecting children: Safety precautions for parents.* Paper presented to the annual conference of Parents Without Partners, Merrimack Valley Chapter, No. Andover, MA, August 5, 1985.

Dumond, R.W. & Fallon, W. (1985, February). *Child victims as witnesses: New challenges to mental health.* Paper presented to the American Association of Psychiatric Services for Children, 36th Annual Conference, Orlando, FL, February 1, 1985.

*Invited Participant,* (1984, October). *"Protecting Our Children: The Fight Against Molestation",* A National Symposium of the United States Department of Justice, Great Hall of Justice, Washington, D.C., October 1 - 4, 1984.

Dumond, R.W. (1984, April). *Parental kidnapping: Impact upon the child victim.* Paper presented at the Fourth Annual Victims' Rights Conference, Salem, MA, April 1984.

Dumond, R.W. (1984, March). *Victimization of adolescents.* Paper presented at the Commonwealth of Massachusetts, Governor's Conference on Violence Against Children: The Child Abuse Reporting Law, University of Lowell, Lowell, MA, March 20, 1984.

Dumond, R.W. (1983, April). *Child snatching: A look at children and families.* Paper presented at the Third Annual Victims' Rights Conference, Salem, MA, April 1983.

Dumond, R.W. (1982, December). *The criminal justice system: Process and advocacy.* Paper presented at the Conference of the Greater Lawrence Mental Health Center and Northern Essex Community College on Sexual Assault, Northern Essex Community College, Haverhill, MA, December 1982.

*Media Presentation:* Dumond, R.W. (1982, November). *Crime Prevention for Senior Citizens,* video presentation aired on WNAC-TV, Channel 7, Boston, MA, Nightly News, November 1982.

*Witness/Participant:* Dumond, R.W. (1982, September). *Testimony on the impact of criminal victimization.* Testimony presented to the President's Task Force on Victims of Crime, Boston, MA, September 22, 1982. [Provided oral and written testimony, facilitated testimony of four crime victims.]

Dumond, R.W. (1982, May). *Criminal justice and human services: Collaborating for community change.* Paper presented at the Greater Fall River Child Protection Council, Second Annual Educational Conference, Bristol Community College, MA, May 20, 1982.

Dumond, R.W. (1982, April). *The child victim as witness.* Paper presented at the Second Annual Victims Rights Conference, Salem, MA, April 1982.

Dumond, R.W. (1982, March). *Child Abuse: A Panel Discussion.* Paper presented at the Greater Lawrence Collaborative: Fifth Annual Spring Conference, Andover, MA, March 26, 1982.

*Witness/Participant:* Dumond, R.W. (1981, August). *Testimony on the problems of the serious juvenile offender.* Testimony presented to the Governor's Task Force on Juvenile Delinquency, Lawrence, MA, August 1981. [Provided oral and written testimony.].

*Witness/Participant:* Dumond, R.W. (1981, June). *Testimony on the problems of crime victims.* Testimony presented to the United States Attorney General's Task Force on Violent Crime, New York City, N.Y., June 26, 198l. [Provided oral and written testimony.]

*Media Presentation Guest Appearance,* with a crime victim client on "WEEKDAY" Show, WNAC-TV, Channel 7, Boston, MA, May 28, 1981.

*Panelist,* Dumond, R.W. (1981, May) Discussing impact of victimization on "IMPACT" Show, WBZ-TV, Channel 4, Boston, MA, April 20, 1981.

Dumond, R.W. (1981, April). *Victim/witness services: A look at programs.* Paper presented at the First Victim's Rights Conference, Salem, MA, April 1981.

*Media Presentation Guest Appearance,* spotlighting victims of crime, "MORE" Show, WNAC-TV, Channel 7, Boston, MA, December 28, 1980.

Dumond, R.W. (1980, November). *The legal aspect: Implications, issues and alternatives.* Paper presented at the MSPCC Annual Conference, The Silent Victim: Sexual Abuse of Children, Part II, Treatment, Andover, MA, November 14, 1980.

*Witness/Participant*: Dumond, R.W. (1976, August). Testimony on problems in service delivery in the juvenile justice system and in support of Child In Need of Services (CHINS) legislation. Testimony presented to the House of Representatives, Commonwealth of Massachusetts, Boston, MA, August 1976. [Provided oral and written testimony.]

Dumond, R.W. & Maker, R.M. (1975, October). *Treatment alternatives for youthful offenders: Issues and strategies.* Paper presented to the 1975 Fall Meeting, New England Association for Child Care, Jamaica Plains, MA , October 1975.

Dumond, R.W. (1975, March). *Contemporary approaches to dealing with juvenile delinquents.* Paper presented at the 1975 Spring Meeting, New England Association for Child Care, Jamaica Plains, MA, March 1975.

## EXPERT TESTIMONY IN SELECTED COURTS

Have provided testimony as an Expert in victimology, sexual abuse and sexual abuse of inmates/prisoners. Testimony has been accepted and entered within the following Courts:
  * Juvenile, District & Superior Court of the Commonwealth of Massachusetts;
  * State Courts in the State of New York [*People of New York v. Keeler*, Index No. 95-43];
      [retained for defendant in 1996, provided expert report & was deposed]

- State Court in the State of California [*Guillermo Ruelas v. State of California, et al.*, Docket No: 48105 180 LA2004TT0467, [retained for defendant in 2008, reviewed documents, reports and advised counsel of California Attorney General]

Certified as an Expert in Prison Rape in several Divisions of the United States District Court, notably:
* *Maurice J. Mathie v. Roy Fries et al.*, No. CV 91-0176 (ADS), United States District Court, Eastern Division New York;
  [retained for plaintiff in 1995, provided expert report & was deposed]
* *John Doe v. Leo Smaniego, El Paso County Sheriff, Al Hernandez, El Paso County Jail Captain, et al,* Civil Action No. EP-97-CA-301(F), United States District Court, Western District of Texas, El Paso Division;
  [retained for plaintiff in 1997-1998, provided expert report]
* *Bobby James v. Lawrence Tilghman, et al.*, Civil No. 2:91CV1136 (JGM), United States District Court, District of Connecticut
  [retained for plaintiff in 1999, provided expert report, was deposed and testified at trial]
* *Marcus Johnson v. Fred Figueroa and John Parks,* No. H-99-2645, United States District Court for the Southern District of Texas, Houston Division.
  [retained for plaintiff in 2001, prepared expert report]
* *Michelle Kosilek v. Kathleen Dennehy,* No. USDC2000-12455-MLW, United States District Court, District of Massachusetts (Boston)
  [retained for defendant in 2005, prepared expert report and testified at trial]
* *Karleen Toni Remice v. Michael A. Zenk et al.,* Civil Action – No. CV 03 – 0286, United States District Court, Easter District of New York.
  [retained by plaintiff in 2009, prepared expert report/affidavit]
* *James Johnson v. Connecticut Department of Corrections*, Civil Action  – Number [to Follow], State of Connecticut
  [retained by plaintiff in 2009, provided expert consultation to legal team – expert report/affidavit pending];
* *Brandy Surrratt v. Roger Waker, Debbie Denning, Mary Sigler, Pamela Harris, Debbie Winters, Grant Ogburn, Lynn Hodges, Ronald Robinson*, Civil Action No. 08-1228, United States District Court for the Central District of Illinois, Peoria Division
  [retained by plaintiff in 2010, prepared expert report/affidavit].
* *Janice V. Bailey and Joanie L. Cline v. West Virginia Division of Corrections, the Anthony Correctional Center, Bryan Chris Yoakum, and John Doe,* Case No. 07-C-1877, Circuit Court of Kanawha County, West Virginia
  [retained by plaintiff in 2010, prepared expert report/affidavit].
* *Nikia Neptune and Leah Estes v. Maine Correctional Center, Bradford Howard, Glen Works, Sergeant Garland, Sergeant Dunphe, Martin Magnusson, Denise Lord, Scott Burnheimer, Christine Kelley, Sergeant Scarpelli, Captain Harris, Peter Herring and John Doe(s)*, Cumberland County Docket No. CV-2010-47, Cumberland County Superior Court, Portland, ME.
  [retained by Maine Attorney General on behalf of Defendants in 2010, prepared expert report/affidavit; case settled 2011]
* *Stacey Graham v. Sheriff of Logan County, Rahmel Frances Jeffries, and Alexander Alicides Mendez,* Case No. Civ-10-1048-F, United States District Court for the Western District of Oklahoma
  [retained by plaintiff in 2012, prepared expert report; participated in deposition].
* *Doe, A Minor, by and through Minor's Guardian ad Litem, Luz Maria Saaverda v. County of San Mateo, Larry Silver, Cheryl Batiste, Dana Johnson, Brendan Ellis, Alexander Volokitin, and Does 5 through 50,* Case No. 15-CV-05496-WHO, United States District Court for the North District of California, San Francisco Division

[retained by plaintiff in 2017, prepared expert report; participated in deposition; case resolved through agreed upon settlement between parties].

*Owen et al. v. MacDougall et al.* SCBC: S-127860, Supreme Court of British Columbia
[retained by plaintiff in 2018, prepared expert report].

* *Erroll Patrick Johnson, Cal Dean Kane and Peter Ugesh Muni v. Her Majesty the Queen in right of the Province of British Columbia as represented by the Attorney General of British Columbia and Roderick David MacDougall, SCBC:* S-148500, Supreme Court of British Columbia
[retained by plaintiff in 2018, prepared expert report].

* *Segundo "Bart" Escobar v. The County of Frio, Frio County Sheriff's Office, Former Sheriff Lionel Trevino, in His Individual and Official Capacity, Jail Administrator Wesley Wolfe, in His Individual and Official Capacity, County Jailer Escolastica Wolfe, in Her Individual and Official Capacity, County Jailer Eulalio Garza, III, in His Individual and Official Capacity, Deputy Sheriff Alfredo G. Arocha, in His Individual and Official Capacity, Civil Action No. SA-16-CV-392-DAE,*
[retained by plaintiff in 2018, prepared expert report].

* *Sanders-Velez, Plaintiff, v. Colorado Department of Corrections, Travis Trani, in his official capacity as Director of Prisons, Mike Romero, in his official capacity as Colorado Terretorial Correctional Facility Warden, Rick Raemisch, in his official capacity as Executive Director of the Colorado Department of Corrections, Kellie Wasko, in her official capacity as Deputy Executive Director of Colorado Department of Corrections, Denver Reception and Diagnostic Center, and The Colorado Terretorial Correctional Facility,* Civil Action No. 17-cv-01654-MSK-NRN, in the United States District Court for the District of Colorado.
[retained by plaintiff in 2018, prepared expert report; case resolved through agreed upon settlement between parties].

## PROFESSIONAL HONORS / AWARDS & ACHIEVEMENTS:

2014    *Invited Witness/Presenter: United States Attorney General's Review Panel on Prison Rape, Washington, D.C.,* January 08, 2014.  Provided oral and written testimony on the responding to and addressing prisoner sexual violence.

2006    *Invited Witness/Presenter*: **United States Attorney General's Review Panel on Prison Rape,**  Represa, CA, November 15, 2006.  Provided oral and written testimony on the responding to and addressing prisoner sexual violence.

2005    *Nomination by White House Special Counsel to serve as Panel Member,* **United States Attorney General's Review Panel on Prison Rape,** Washington, DC.  Could not accept nomination to Panel due to conflict of interest with professional position as the Director of the Research & Planning Division with the Massachusetts Department of Correction.

2005    *Invited Witness/Participant,* Dumond, R.W. (2005, June). **National Prison Rape Elimination Commission,** Washington, DC.  Provided oral and written testimony on the impact of prison sexual assaults on the survivors, their families and the community at the first public hearing of the Commission.

002    *Invited Witness/Presenter,* **United States Senate, Committee on the Judiciary**, Washington, D.C., July 31, 2002.  Provided oral and written testimony on the Prison Rape Reduction Act of 2002 [which has become *The Prison Rape Elimination Act of 2003, Public Law 108-79.]*

2002    *Recipient,* **"The Stephen Donaldson Award for helping raise public awareness to halt the sexual torture of men, women & children in U.S. correctional institutions,"** presented by Tom  Cahill, President,  Stop Prisoner Rape, Inc., January 1, 2002.

| | |
|---|---|
| 2001 | *Invited Participant/Presenter, "The Impact and Recovery of Prison Rape,"* **First National Conference on Prison Rape–Not Part of the Penalty":Ending Prisoner Rape**, Washington, D.C., October 19, 2001. |
| 1999 | *Selected as a **Biographee** in several **Marquis Who's Who publications***, notably *Who's Who in America* – since the 54th Edition (Millennial Edition 2000) and the *Who's Who in the World* – since the 17th Edition (Millennial Edition 2000). |
| 1998 | *Selected as a Biographee* in *Marquis' Who's Who in the East,* 27th Edition, 1999/2000. |
| 1995 | *Chair - Symposium* on the *"Effective Treatment of Male Sexual Assault Victims in Incarcerated Settings"* at the 103rd Annual Conference of the **American Psychological Association**, in New York City, New York |
| 1994 | *Witnes s/Participant,* **Joint Committee on Public Safety of the General Court of the Commonwealth of Massachusetts** on the issue of prison sexual assault, the first such public session by any legislature in the United States. |
| 1990 | *Recipient, **Commissioner's "Beyond Excellence Award,"*** Massachusetts Department of Correction, Boston, MA, June 1990. |
| 1989 | *Finalist,* Treischman Award for Published Authors, Walker School, Newton, MA |
| 1988 | *Recipient, **"Excellence in Teaching Award,"*** Franklin Pierce College, Division of Continuing Education, Concord, NH. |
| 1984 | *Invited Participant,* **United States Department of Justice, National Symposium on Child Molestation**, Washington, D.C.{Recognized as national expert of child sexual abuse} |
| 1982 | *Invited Participant/Witness,* **President's Task Force on Crime Victims,** Boston, MA |
| 1981 | *Witness/Participant,* **United States Attorney General's Task Force on Violent Crime**, New York City, N.Y. |
| 1980 | ***Elected First President,** **Massachusetts Department of Social Services Area Board***, Lawrence, MA |
| 1975\76 | ***Elected President** **(2 times), Greater Lawrence Council for Children**,* Lawrence, MA |
| 1975 | *Recipient, **"Liberty Bell Award for Outstanding Community Services,"*** Lawrence Bar Association, Lawrence, MA during Annual Law Day Ceremonies, May 3, 1996. |

## PROFESSIONAL AFFILIATIONS:

| | |
|---|---|
| *Life Member* | American Psychological Association #71696919 |
| *Associate Member* | APA Division 18 - Psychologists in Public Service |
| *Member* | American Correctional Association |
| *Former Member* | American Correctional Chaplain's Association |
| *Member* | New Hampshire Association for the Treatment of Sexual Abusers |

**Vita - Robert W. Dumond    34**

## REFERENCES :

| | | |
|---|---|---|
| Honorable Gerard J. Boyle<br>Presiding Justice<br>6th Circuit-District Division-Concord | State of New Hampshire<br>6th Circuit-District Division-Concord<br>32 Concord Street<br>Concord, NH 03301 | Telephone: (855) 212-1234<br>E-Mail:<br>gjboyle@courts.state.nh.us |
| Paul L. DiPaolo<br>Deputy Commissioner Administration<br>Massachusetts Department of Correction | Commonwealth of Massachusetts<br>Department of Correction<br> Central Headquarters<br>50 Maple Street, Suite 3<br>Milford, MA 01757 | Telephone: (508) 422-3328<br>E-Mail:<br>pldipaolo@doc.state.ma.us |
| Cindy Struckman-Johnson, Ph.D.<br>Professor of Psychology/<br>Former Commissioner – National Prison<br>Rape Elimination Commission | University of South Dakota<br>414 East Clark Street<br>Vermillion, SD 57069-2390. | Telephone: (605) 677-5351.<br>E-Mail:<br>Cindy.Struckman-Johnson@usd.edu |
| Bernard Menendez, LMHC, JD, Esq.<br>Assistant Chief Counsel | United States Department of Homeland<br>Security<br>Immigration and Customs Enforcement<br>Office of Chief Counsel<br>425 J.F.K. Building<br>Box 8728<br>Boston, MA 02114 | Telephone: (617) 565-3140.<br>E-Mail:<br>Bernard.menendez@DHS.gov |
| Linda McFarlane, LICSW<br>Deputy Executive Director | Just Detention International<br>3325 Wilshire Boulevard, Suite 340<br>Los Angeles, CA 90010 | Telephone: (213) 384-1400 X107<br>E-Mail:<br>LMcFarlane@justdetention.org |

**Other References and Writing Samples Available Upon Request**