**Robert W. Dumond, LCMHC, Diplomate Clinical Forensic Counseling**

E-Mail: rwdumond@aol.com

**BRIEF SUMMARY:** Clinical mental health counselor, licensed in NH and MA, who has served as counselor, senior executive administrator, psychologist, mental health clinician, victim advocate, researcher, educator, policy maker and national consultant in local, state and federal agencies [public/private non-profit]. Skilled in a variety of therapeutic interventions, providing/supervising care treatment of individuals w. mental illness, substance abuse & other disabilities since 1971. Knowledgeable of ADA/disability issues. Strong communication skills, both oral and written.

## PROFESSIONAL EXPERIENCE

**Consultants for Improved Human Services,** Bristol, NH  *President / Senior Clinician*  1997 – Present
  Consultant to National Prison Rape Elimination Commission, the National Institute of Corrections/
  The Moss Group, Inc., US Department of Justice, BJA, BJS, and variety of state & local agencies;
  provide forensic evaluations/counseling; training & development to correctional mental health agencies.
  Have consulted and trained in state correctional agencies, county and local jails and juvenile facilities in
  42 U.S. states, the U.S. Virgin Islands, and the Republic of South Africa Department of Correctional Services.

**TelaDoc Health, Behavioral Health,** Harrison, NY   *Licensed Clinical Mental Health Counselor*   2020 – Present
  Provide individual psychotherapy and counseling services to variety of patients using telehealth platform.

**Southern New Hampshire University, College of Arts & Sciences and Continuing Education,** Manchester, NH
  *Adjunct Faculty*, 2009 – 2019.  Provide academic instruction in variety of behavioral sciences to undergraduates.

**Southern New Hampshire Medical Center,** 8 Prospect Street, Nashua, NH 03060
  *ACCESS [Acute Community Crisis Evaluation Service System] Team Clinician*   March 2015 – August 2018
  Evaluation, assessment and intervention for patients who present to the ER for a variety of mental health
  conditions; Crisis intervention; suicide assessments; mental status evaluations/ assessments; completed Behavioral
  Health Assessments; Consultation and referrals; Perform IEAs; consult with medical, nursing and security staff;
  perform safety evaluations for hospitalized; conduct evaluations as appropriate; provide consultation to families.

 **Harbor Homes, Inc., Harbor Care Health & Wellness Center,**  45 High Street, Nashua, NH 03060.
  *Licensed Clinical Mental Health Counselor*   November 2014-August 2015
  Care, management and treatment of individuals with mental health and/or substance abuse issues;
  individual and group psychotherapy; crisis intervention; assessments and evaluations; suicide assessments; IEA.

**Just Detention International,** 3325 Wilshire Boulevard, Suite 340, Los Angeles, CA 90010
  *Senior Program Director*  [One year Federal BJA Grant Project]   July 2013 – September 2014
  Direct and manage Bureau of Justice Assistance (BJA) PREA project in Douglas County DOC, Omaha, NE,
  as well assist in managing and training BJA PREA projects in South Carolina DOC, NYC ACS and NCCHC.

**Merrimack County/6th Circuit-District Division-Concord Mental Health Court,** Concord, NH
  *Mental Health Program Manager*   [Began as Three year Federal Grant BJA Grant Project]   April 2011 – July 2013
  Designed, researched and managed alternative disposition for individuals with serious persistent mental illness
  and intellectual disabilities before the District Division.  Case management, supervise staff, agency consultation.

**The Youth Council,** Nashua, NH and **Mental Health Association of Greater Lowell**, Lowell, MA
  *Licensed Clinical Mental Health Counselor – Fee for Service Clinician*   2010 – 2011
  providing mental health counseling and evaluation to youth and adults, including counseling, treatment & support.

**Mass. Dept. of Correction.** Concord, MA *Director–Research & Planning Division / Program Manager VII*  2005 – 2006
  Responsible for full range of research, program evaluation, and information needs of the Commonwealth's state
  Correctional agency, including management and supervision of staff, planning, grantsmanship, and training.

**Mass. DOC – Correctional Medical Systems.**   *Mental Health Administrator / Clinician*   1992 -1995
  Responsible for coordinating and implementing full range of mental health services at NCCI-Gardner,
  MCI-Norfolk & MCI-Shirley, including crisis intervention, psychological evaluation, therapeutic interventions.

**Massachusetts Dept. of Mental Health.**   *Clinician/Training Consultant* Boston, MA [part-time]   1991 – 1992
  Developed standardized assessment/treatment intervention to survivors of natural disaster through FEMA.

**Mass. Dept. of Correction**, MCI-Concord, Concord, MA   *Psychologist III / Principal Psychologist*   1987 – 1991
Responsible for delivering full range of mental health services at MCI-Concord, the Reception & Classification Center, including evaluation, crisis intervention, individual/group psychotherapy, case management, safety evaluations; critical incident response; co-led HIV/AIDs group; developed & taught numerous courses at Div. of Staff Development (e.g.IS401Suicide Prevention/IS 417 Signs & Symptoms of Mental Illness); developed 1st policy and training on Sexual Abuse of Prisoners.

**Essex County District Attorney's Office**, Salem, MA   *Director-Victim/Witness Assistance*   1979 – 1987
Designed, researched & implemented full range of services to crime victims/witnesses, including victims of sexual assault, interpersonal violence and families of homicide victims; crisis intervention; short-term counseling & referral; on-going support; developed & participated in inter-disciplinary team to manage child abuse/child sexual abuse; assisted in promoting peer counseling for law enforcement officers.

**The KEY Program, Inc.**, Lawrence, MA   *Regional Director [Director-Region IV]*   1974 – 1979
Designed, researched & implemented community-based agency with a full range of services to juvenile offenders committed to MA Dept. of Youth Services & their families – part of the deinstitutionalization of juvenile corrections in MA; provide/coordinate counseling, crisis intervention, case management, foster care, special education, and work program to court involved youth with multiple problems.

**St. Anne's Home, Inc**., Methuen, MA   *Child Care Counselor*   1971 – 1974
Provide care, management & treatment of emotionally disturbed children in residential treatment setting.

## PART TIME HOSPITAL POSITIONS

**St. Joseph's Hospital,** Emergency Room, Nashua, NH, *LCMHC/Soc. Worker II Care Coordination*   2015 - 2016
**Bon Secours (now Holy Family) Hospital**, St. Michael's Unit, Methuen, MA, *Psychological Counselor* 1983 – 1985
**Health Care, Inc**., Lawrence, MA,  Established deinstitutionalization program.  *Clinical Coordinator*   1981
**Baldpate Hospital,** Georgetown, MA,  *Graduate Internship* [1977-79]/*Psychiatric Counselor*   1977 – 1981

## FACULTY APPOINTMENTS

**Southern NH University,** College Arts & Sciences & Contin. Ed., Manchester, NH.  *Adjunct Faculty*   2009-2019
**National Institute of Corrections**, Washington, D.C.   *National Instructor*   2004-2008
**Curry College,** Division of Justice Studies, Milton, MA   *Adjunct Faculty*   1994-1995
**MA Dept. of Correction,** Div. of Staff Development, Medfield & Shirley, MA  *Certified Trainer* 1988-1995/2005-2006
**Franklin Pierce University**, Dept. Continuing Education, Salem, NH   *Adjunct Faculty/Senior Lecturer*   1984-1999

## EDUCATION

**Institute on Disability, University of New Hampshire**, Concord, NH   *Certificate on Disability Advocacy*   1997
**Assumption College Graduate School**, Worcester, MA   *Master of Arts (M.A.) Counseling Psychology*   1977–1982
**University of Massachusetts Boston**, Boston, MA   *Bachelor of Arts (B.A.) Psychology*   1970-1974
**Marist Preparatory Seminary**, Bedford, MA – Study at minor seminary for Roman Catholic priesthood   1966-1969

Additional coursework at Harvard University Alumni College; Harvard Medical School (Dept. Continuing Education); Boston University School of Social Work; Institute for Continuing Studies in Psychology; Boston, MA; Mental Health Consortium at McLean's Hospital, Belmont, MA; Curry College Graduate School, Milton, MA.

## CRIMINAL JUSTICE/CORRECTIONAL EDUCATION

**U.S. Dept. of Justice**, National Advocacy Center, Columbia, SC – *Certified PREA Auditor Training*  [40 hours]   2014
**U.S. Office of Victims of Crime/NH DOJ**, Concord, NH – *Victim Services in Corrections*   [18 hours]   2000
**NH Behavioral Health**, Concord, NH – *HIV/AIDS, Chemical Dependency & Mental Illness*   [18 hours]   1998
**NH Association for Treatment of Sexual Offenders/NHDOC** – various trainings on treating sex offenders 1997-1998
**Massachusetts Dept. of Mental Health**, Bridgewater State Hospital–*Issues in Mental Health & Law* [20 hours]   1993
**Massachusetts Dept. of Correction, Division of Staff Development**, Medfield/Shirley, MA   1987–2006
Various courses including *Core Curriculum-Phase I* (Standard basic correctional officer training); IS204 *Training for Trainers III*; IS107*Apprehension and Escape Overview*; IS409 *Racial/Cultural Issues*; IS109 *Manage Hostage & Crisis Situations*; IS401 *Evaluation & Management of Suicidal Inmates*
**Massachusetts Criminal Justice Training Council (MCJTC)**, Boston, MA   1980–1988
Various courses in *Victim Abuse*; *Battered Women*; *Sexual Assault*; *Rape Investigation; Medical/Legal Aspects of Child Abuse; Advanced Investigation Techniques of Victimization*

**Robert W. Dumond, LCMHC, Diplomate Clinical Forensic Counseling**                                                                 Page Three

## PROFESSIONAL CERTIFICATIONS / LICENSURES

**United States Department of Justice/National PREA Resource Center,** Washington, DC          since 2015
  *U.S. DOJ Certified PREA Auditor – Adult and Juvenile Facilities*, Auditor ID – P3763
  [Certified July 2, 2015] [Last Certified December 31, 2018]– Currently Inactive (due to health crisis)
**American College of Certified Forensic Counselors [ACCFC]/National Association of Forensic Counselors [NAFC]**, South Bend, IN          since 2002
  *Diplomate of Clinical Forensic Counseling (Dip. CFC) #F20221 {Division of Psychology}/#27536*
  Specialties in: Forensic Assessment & Evaluation; Criminal Offender Counseling; Juvenile
  Offender Counseling, Sex Offender Treatment, Victimology & Treatment of Sexual Assault
**State of New Hampshire, Board of Mental Health Practice**, Concord, NH
  *Licensed Clinical Mental Health Counselor (LCMHC) #117*          since 1998
  *Certified Mental Health Counselor (CMHC) #117*          1995-1998
**National Board of Certified Counselors [NBCC],** Greensboro, NC
  *Nationally Certified Counselor (NCC) #32631*          1995-2020
  *Certified Clinical Mental Health Counselor (CCMHC) #32631*          1995-2020
**Commonwealth of Massachusetts, Division of Professional Licensure,** Boston, MA
  **Board of Allied Mental Health & Human Service:** *Licensed Mental Health Counselor #1090*   since 1993
  *Licensed Marriage & Family Therapist (LMFT)& Licensed Rehabilitation Counselor (LRC) #542*  1993 - 2003
  **Board of Social Work:** *Licensed Certified Social Worker (LCSW) #205613*          1981 - 2003
**Commonwealth of Massachusetts, Department of Public Safety,** Boston, MA
  *Certified Rape Investigator, under Massachusetts General Law, Chapter 41, Sec. 97B*          since 1982
  *Certification* as *Trainer* through the Massachusetts Criminal Justice Training Council          since 1988
  *Commission* as a *Special State Police Officer* for the Massachusetts Department of Correction          1988-1995
**State of New Hampshire, Secretary of State,** Concord, NH
  *Commission* as a *Justice of the Peace and Quorum for the State*          since 1988

## RESEARCH AND PUBLICATIONS

Since 1980, I have written extensively on the issues of victimization, sexual assault, prisoner sexual violence, correctional mental health in peer-reviewed journals, book chapters in edited professional texts, and training manuals in law, mental health, psychiatry, sociology and corrections, a number of which have been cited in legal cases before various United States District Courts and United States Court of Appeals, as well as in an *Amicus Brief* before the US Supreme Court [*Farmer v. Brennan, 511 U.S. 825* (1994)]. As a Member of the Prison Rape Steering Committee at Hudson Institute, I assisted in researching prisoner sexual violence, contributing language to *Public Law 108-79 – The Prison Rape Elimination Act*, and testifying on its behalf before the United States Senate, Committee on the Judiciary (July 31, 2002). I was one of the principal authors of the initial draft of the national medical and mental healthcare standards regarding prisoner and sexual violence proposed by the *National Prison Rape Elimination Commission [NPREC]*, and contributed significantly to several chapters of the Commission's final report. In addition, I co-authored a multi-year, multi-state evaluation research project conducted by the Colorado Division of Criminal Justice, Office of Research and Statistics and funded by the National Institute of Justice [NIJ], entitled *Sexual Assault in Jail & Juvenile Facilities: Promising Practices for Prevention and Response* (2010). [Complete List & Copies available upon request].

## EXPERT TESTIMONY IN SELECTED COURTS

Since 1995, qualified and certified as an ***Expert Witness*** in victimology, sexual abuse and prisoner sexual assault, correctional mental health, correctional management and standards of care. Have prepared expert reports, participated in depositions, and provided testimony in a number of jurisdictions of the **United States District Court** [including *North District of California, San Francisco Division*; *District of Colorado*; *District of Connecticut*; *Central District of Illinois, Peoria Division*; *District of Massachusetts*; *Eastern District of New York*; *Western District of Oklahoma*; *Southern District of Texas, Houston Division*; *Western District of Texas, El Paso Division*], in several **state courts** [State Court-**State of California**; State Court-**Commonwealth of Massachusetts** (Juvenile, District and Superior Court); State Court - **Cumberland County, Maine**; State Court-**State of New York**; State Court - **Kanawha County, West Virginia**], and the **Supreme Court of British Columbia**. I have also served as an Expert for prisoner victim plaintiffs, but also correctional defendants, including the **California Attorney General**, the **Massachusetts Department of Correction** and the **Maine Department of Corrections**. [Complete List in Curriculum Vita].

**Robert W. Dumond, LCMHC, Diplomate Clinical Forensic Counseling**                     Page Four

**PROGRAM EVALUATIONS AND ASSESSMENTS**

Provided evaluations of numerous correctional facilities for policies & procedures, medical and mental health care, PREA standards compliance, sexual safety, including report for Special Master for the **US Virgin Islands Department of Corrections**; evaluation of programs with Just Detention International at several **California Department of Corrections & Rehabilitation (CDCR)** facilities & **Oregon Department of Corrections (ODC)** facilities; NCCHC compliance at **Merrimack County Department of Corrections** (NH), and PREA compliance at **Rikers Island**, NYC.

**PROFESSIONAL PRESENTATIONS**

Since 1975, I have made professional presentations on the issues of mental health, victimization, sexual assault, prisoner sexual violence and PREA in a number of venues, nationally and internationally notably before the **American Association of Psychiatric Services to Children** [AAPSC] (1985, 1986); **American Correctional Association** (2005); **American Psychological Association** [APA] (1990, 1995); **Academy of Criminal Justice Sciences** [ACJS] (1992, 1995, 2003); **Male Survivor International Conference** (2007); **Massachusetts Society for the Prevention of Cruelty to Children** [MSPCC] Annual Conference (1980); **National Association of Victim Service Providers in Corrections** (2010); **National Commission on Correctional Health Care** [NCCHC] (2007, 2008, 2009, 2011, 2012, 2013, 2014); the **New Mexico Coalition of Sexual Assault Programs Conference** (2017); and the **Texas Correctional Association** (2010). In addition, I have provided Keynote/Plenary Session Addresses at a number of national venues, including the first national conference on prisoner rape **[National Prison Project]: "*Not Part of the Penalty*"** (2001); **Missouri Correctional Association** (2005); **University of Massachusetts/Commonwealth Medicine** Annual Conference (2006); **Commonwealth of Massachusetts, Executive Office of Public Safety Executive Summit** (2006); **Michigan Department of Human Services, Bureau of Juvenile Justice Conference** (2007); **New England Association for Child Care** (1975); **Texas Probation Commission Conference** (December 2008); *Thirteenth Annual Jack Haven Williams Memorial Lecture* at the 37th Annual Meeting of the **Northeastern Association of Criminal Justice Sciences** (June 2013). Internationally, I made presentations to the 2007 **North American Correctional & Criminal Justice Psychology Conference/Canadian Psychological Association Annual Conference**, Ottawa, Ontario, Canada, (June 2007) and Plenary Session Presentation to the **Seminar on Sexual Offences in Correctional Centres, Republic of South Africa, Department of Correctional Services**, Pretoria, South Africa (June 2008). [Complete listing in Curriculum Vita]

**RECENT COMMUNITY APPOINTMENTS - BOARDS, TASK FORCES, PROJECTS**

| | |
|---|---|
| *Governor's Appointee* as *Member*, **New Hampshire Department of Corrections [NHDOC] Citizen's Advisory Board for NHSP-M** (*Chair*) and *Member*, **NHDOC Commissioner's Executive Committee** | 1999-Present |
| *Member*, **Board of Directors, Interlock Media**, Cambridge, MA | 2002-2019 |
| *Member*, **Prison Rape Steering Committee, Hudson Institute**, Washington, D.C. | 2000-2003 |
| *Member*, **Human Rights Subcommittee, Area Agency/Developmental Services**, Nashua, NH | 1998-2001 |
| *Member*, **New Hampshire HIV Prevention Community Planning Group**, Concord, NH | 1998-2000 |
| *Governor's Appointee* as *Member*, **State Rehabilitation Council, [SRC]**, Concord, NH | 1998-2005 |
| *Member*, **Public Policy Committee, Roman Catholic Diocese of Manchester**, Manchester, NH | 1998-2002 |
| *Member*, **Board of Directors, NH Brain Injury Association [NHBIA]**, Concord, NH | 1997-2000 |
| *Member*, **Board of Advisors, Stop Prisoner Rape/Just Detention International**, NYC/Los Angeles, CA | 1994-2008 |

**HONORS & ACHIEVEMENTS**

| | |
|---|---|
| *Invited Witness* – **US Attorney General's Review Panel on Prison Rape**, Washington, D.C. | January 08, 2014 |
| *Invited Witness* – **US Attorney General's Review Panel on Prison Rape,** Folsom Prison, Represa, CA | November 15, 2006 |
| *Invited Witness* – **National Prison Rape Elimination Commission**, Washington, DC | June 14, 2005 |
| *Invited Witness* – **US Senate Judiciary Committee**, Washington, DC in support of PREA | July 31, 2002 |
| *Recipient* – **Stop Prison Rape Award for Raising Awareness of Sexual Torture** | January 01, 2002 |
| *Invited Participant* – **1st National Conference on Prison Rape**, Washington, DC | October 19, 2001 |
| *Biographee* – **Marquis *Who's Who in America*** – since the 54th Edition (Millennial Edition 2000) | since 2000 |
| *Invited Witness* – **Joint Committee on Public Safety, General Court of Massachusetts**, Boston, MA | May 23, 1994 |
| *Recipient,* **Commissioner's "Beyond Excellence Award,"** MA Dept. of Correction, Boston, MA, | June 1990 |
| *Recipient,* **"Excellence in Teaching Award," Franklin Pierce College**, Continuing Education, Concord, NH | June 1988 |
| *Invited Participant*, **US Dept. of Justice, National Symposium Child Molestation**, Washington, D.C. | October 1-4, 1984 |
| *Invited Witness*, **President's Task Force on Crime Victims**, Boston, MA | May 23, 1982 |
| *Elected First President,* **Massachusetts Dept. of Social Services Area Board**, Lawrence, MA | September 1980 |
| *Recipient*, **"Liberty Bell Award for Outstanding Community Services," Lawrence Bar Association**, MA | May 3, 1975 |
| *Elected President* (2 Times), **Greater Lawrence Council for Children**, Lawrence, MA | September 1975 & 1976 |

{Certified as a Person with Disabilities under P.L. 101-336, the *American with Disabilities Act of 1990 as Amended*}