NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**GAVIN W. BRUCE, OSB #113384**
Assistant United States Attorney
Gavin.Bruce@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone:  (541) 465-6771
**CAMERON A. BELL, CSB #305872**
Trial Attorney—Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Cameron.Bell@usdoj.gov
Telephone:  (202) 802-7643
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 3:22-cr-00084-SI |
| v. | **GOVERNMENT'S WITNESS LIST** |
| **TONY DANIEL KLEIN,** | |
| Defendant. | |

The United States of America hereby submits the following list of witnesses it may call to testify in the above-captioned matter, beginning July 10, 2023.  The United States may not need to call some of the witnesses listed below, depending on stipulations between the parties.  The United States respectfully requests the opportunity to amend this list, both to add or subtract witnesses, as may be necessary during its case in chief or in rebuttal.

///

///

**Government's Witness List**                                                                                              Page 1

1. Ackerman, Caryn — FBI
2. Armitage, Wendy — Coffee Creek Correctional Facility (CCCF) Nursing Staff[1]
3. Becker, Erik — CCCF Corrections Staff
4. Bowditch, Elizabeth — FBI
5. Bowman, Dave — Investigator with Oregon State Board of Nursing
6. Brasch, Mike — CCCF Nursing Staff
7. ▮▮▮▮▮ — AV10
8. Bruns, Alana — CCCF Corrections Staff
9. Card, Jordan — Previously incarcerated at CCCF
10. Childress, Ed — CCCF Corrections Staff
11. ▮▮▮▮▮ — AV1
12. ▮▮▮▮▮ — AV3
13. ▮▮▮▮▮ — AV6
14. ▮▮▮▮▮ — AV20
15. De La O, Karin — CCCF Corrections Staff
16. ▮▮▮▮▮ — AV18
17. Dietz, Christina — Formerly incarcerated at CCCF
18. Drew, Chad — Trooper with Oregon State Patrol
19. Dumond, Robert W. — Expert witness for the United States
20. ▮▮▮▮▮ — AV13
21. Greiner Flindt, Erin — FBI
22. Hannon, Teresa — CCCF Nursing Staff
23. ▮▮▮▮▮ — AV15
24. ▮▮▮▮▮ — AV17
25. Haynes, Scott — CCCF Behavioral Health Staff
26. Hiser, Eric — FBI
27. ▮▮▮▮▮ — AV16
28. ▮▮▮▮▮ — AV9
29. Koznek, Dane — CCCF Nursing Staff
30. Lamb, Rosyln — CCCF Corrections Staff
31. ▮▮▮▮▮ — AV14
32. Martin, Katherine — CCCF Nursing Staff
33. ▮▮▮▮▮ — AV2

---

[1] Witnesses identified as "CCCF Staff" may be current or former staff of the facility.

**Government's Witness List**                                                                 **Page 2**

| | | |
|---|---|---|
| 34. | ▇▇▇▇▇▇▇▇▇ | AV21 |
| 35. | McKay, Sydney | CCCF Behavioral Health Staff |
| 36. | Merten, Marie | CCCF Corrections Staff |
| 37. | ▇▇▇▇▇▇▇▇▇ | AV5 |
| 38. | Noack, Lindsay | CCCF Corrections Staff—Special Investigations Unit |
| 39. | Orr, Jacqueline | Previously incarcerated at CCCF |
| 40. | ▇▇▇▇▇▇▇▇▇ | AV12 |
| 41. | Pries, Christina | CCCF Nursing Staff |
| 42. | Riggs, Lewis | CCCF Corrections Staff |
| 43. | Russo, Kristina | Previously incarcerated at CCCF |
| 44. | Sabin, Liz | CCCF Nursing Staff |
| 45. | Sage, Ericka | Oregon Dept. of Corrections PREA Coordinator |
| 46. | Schain, Lori | CCCF Nursing Staff |
| 47. | ▇▇▇▇▇▇▇▇▇ | AV4 |
| 48. | ▇▇▇▇▇▇▇▇▇ | AV7 |
| 49. | Shockey, Thomas | Husband of AV7 |
| 50. | Springer, Linda | CCCF Nursing Staff |
| 51. | Van Pelt, Raymond | CCCF Corrections Staff |
| 52. | ▇▇▇▇▇▇▇▇▇ | AV11 |
| 53. | Ward, Marylou | CCCF Corrections Staff |
| 54. | Wilkins, Leah | Previously incarcerated at CCCF |
| 55. | ▇▇▇▇▇▇▇▇▇ | AV8 |
| 56. | Wolery, Cally | CCCF Nursing Staff |
| 57. | ▇▇▇▇▇▇▇▇▇ | AV19 |

Dated: March 22, 2023

Respectfully submitted,

| | |
|---|---|
| NATALIE K. WIGHT | KRISTEN CLARKE |
| United States Attorney | ASSISTANT ATTORNEY GENERAL |
| | |
| /s/ Gavin W. Bruce | /s/ Cameron A. Bell |
| GAVIN W. BRUCE | CAMERON A. BELL |
| Assistant United States Attorney | Trial Attorney |
| | Civil Rights Division |