Matthew G. McHenry, OSB 043571
Levine & McHenry LLC
1050 SW Sixth Avenue, Suite 1414
Portland, OR 97204
503-546-3927
email: matthew@levinemchenry.com

Amanda Alvarez Thibeault, OSB 132913
Alvarez Thibeault LLC
330 NE Lincoln Street, Suite 100
Hillsboro, OR 97124
503-640-0708
email: amanda@aatlegal.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TONY KLEIN<br><br>Defendant. | No. 3:22-cr-00084-SI<br><br>DEFENDANT'S EXHIBIT LIST |

    Defendant Tony Klein, by counsel, identifies the following exhibits in advance of trial. This list identities Mr. Klein's anticipated exhibits for use in the direct examination of witnesses. Therefore, this list does not include, generally, all exhibits related to the cross examination of potential government witnesses. Mr. Klein reserves the right to amend this list and to designate additional exhibits as appropriate. Mr. Klein also reserves the right

to use exhibits identified by the Government. Further, Mr. Klein reserves the right to amend this list to include additional exhibits for impeachment. Lastly, certain documents are excluded from this list; namely, expert report(s), demonstrative exhibits, prior witness statements, and summary exhibits to be admitted under Evidence Rule 1006.

Mr. Klein anticipates that the parties will meet and confer about the presentation and admission of trial exhibits prior to the deadline for motions in limine. Below, the numbers listed in the first column are not exhibit numbers for trial and are intended to serve only as pretrial numerical designations ("PTND") for the parties' reference during pretrial proceedings.

| PTND | Description |
|---|---|
| 1001 | Photograph of Coffee Creek Correctional Facility (hereinafter "CCCF") medium security facility entry hall "guard station" to the right |
| 1002 | Photograph of CCCF medium security facility hall and door into nursing station/clinic |
| 1003 | Photograph of CCCF medium security facility exam room S125 from hall |
| 1004 | Photograph of CCCF medium security facility inside of room S125 looking out |
| 1005 | Photograph of CCCF medium security facility hallway extending right from nurse's station |
| 1006 | Photograph of CCCF medium security facility exterior of room S133, Soiled |
| 1007 | Photograph of CCCF medium security facility interior of room S133 |
| 1008 | Photograph of CCCF medium security facility exterior of room S133 |

| | |
|---|---|
| 1009 | Photograph of CCCF medium security facility exterior of S134, Dental Operatory, and S140, Trauma |
| 1010 | Photograph of CCCF medium security facility interior of dental clinic |
| 1011 | Photograph of CCCF medium security facility interior of rooms dental clinic |
| 1012 | Photograph of CCCF medium security facility interior of rooms dental clinic |
| 1013 | Photograph of CCCF medium security facility interior of rooms dental clinic |
| 1014 | Photograph of CCCF medium security facility dialysis room |
| 1015 | Photograph of CCCF medium security facility exterior of S149, Janitor |
| 1016 | Photograph of CCCF medium security facility exterior of S149 with concave mirror |
| 1017 | Photograph of CCCF medium security facility room S145, Radiology |
| 1018 | Photograph of CCCF medium security facility interior of S145 including interior rooms |
| 1019 | Photograph of CCCF medium security facility interior of S145 |
| 1020 | Photograph of CCCF medium security facility hallway standing outside of S145 |
| 1021 | Photograph of CCCF medium security facility exterior of S144, Special Procedures |
| 1022 | Photograph of CCCF medium security facility interior of S144, Special Procedures |
| 1023 | Photograph of CCCF medium security facility infirmary hallway |
| 1024 | Photograph of CCCF medium security facility infirmary hallway |
| 1025 | Photograph of CCCF medium security facility infirmary hallway |
| 1026 | Photograph of CCCF medium security facility exterior of S199, Clean |
| 1027 | Photograph of CCCF medium security facility infirmary hallway |
| 1028 | Photograph of CCCF medium security facility provider rooms and hall |

| | |
|---|---|
| 1029 | Photograph of CCCF medium security facility hallway into C/D housing units |
| 1030 | Photograph of CCCF medium security facility kytes mailboxes in C/D housing units hallway |
| 1031 | Photograph of CCCF medium security facility kytes mailboxes in C/D housing units hallway |
| 1032 | Photograph of CCCF medium security facility exterior of C/D housing units triage |
| 1033 | Photograph of CCCF medium security facility interior of C/D housing units triage |
| 1034 | Photograph of CCCF medium security facility interior of C/D housing units triage |
| 1035 | Photograph of CCCF medium security facility hallway from outside C/D housing units triage |
| 1036 | Photograph of CCCF medium security facility C/D housing units triage room door from inside of triage room |
| 1037 | Photograph of CCCF medium security facility C/D housing units triage room door detail from inside of triage room |
| 1038 | Photograph of CCCF medium security facility mirror above CD09, Interview |
| 1039 | Photograph of CCCF medium security facility C/D housing units hallway from Correctional Officer station |
| 1040 | Photograph of CCCF medium security facility E/F segregated housing units triage room EF23, Interview |
| 1041 | Photograph of CCCF medium security facility E/F segregated housing units triage room EF23 |
| 1042 | Photograph of CCCF medium security facility interior of E/F segregated housing units triage room EF23 |
| 1043 | Photograph of CCCF medium security facility E/F segregated housing units triage room EF23 from the inside of the room looking out |
| 1044 | Photograph of CCCF medium security facility interior of E/F segregated housing units triage room EF23 |
| 1045 | Photograph of CCCF medium security facility interior of room EF24 showing windows |
| 1046 | Photograph of CCCF medium security facility interior of room EF24 showing windows |
| 1047 | Photograph of CCCF medium security facility entry hall to E/F segregated housing units |

| 1048 | Photograph of CCCF medium security facility G/H housing unit triage room GH04, Exam |
|---|---|
| 1049 | Photograph of CCCF medium security facility G/H housing unit triage room GH04 from the interior looking out |
| 1050 | Photograph of CCCF medium security facility G/H housing unit shared hallway |
| 1051 | Photograph of CCCF medium security facility G/H housing unit kyte mailboxes |
| 1052 | Photograph of CCCF medium security facility G/H housing unit hallway bench |
| 1053 | Photograph of CCCF medium security facility J/K housing unit shared hallway |
| 1054 | Photograph of CCCF medium security facility J/K housing unit triage room JK04, Exam |
| 1055 | Photograph of CCCF medium security facility J/K housing unit hallway showing kyte mailboxes |
| 1056 | Photograph of CCCF medium security facility J/K housing unit hallway bench |
| 1057 | Photograph of CCCF minimum security facility hallway with medication line window to the right |
| 1058 | Photograph of CCCF minimum security facility hallway medication line window |
| 1059 | Photograph of CCCF minimum security facility clinic |
| 1060 | Photograph of CCCF minimum security facility clinic provider rooms |
| 1061 | Photograph of CCCF minimum security facility cubicle and provider rooms |
| 1062 | Photograph of CCCF minimum security facility room C03, Exam Plus |
| 1063 | Photograph of CCCF minimum security facility nursing station and file room |
| 1064 | Photograph of CCCF medium security facility hallway and room opposite nurses' station |
| 1065 | Photograph of CCCF medium security facility room S131, Exam, exterior door |
| 1066 | Photograph of CCCF medium security facility room S131, Exam, exterior door |
| 1067 | Photograph of CCCF medium security facility room S132, Clean Room |

| | |
|---|---|
| 1068 | Photograph of CCCF medium security facility room S132, Clean Room |
| 1069 | Photograph of CCCF medium security facility C/D housing units rooms CD10, Small Group Room, and CD11, Sally Vestibule |
| 1070 | Photograph of CCCF medium security facility C/D housing units rooms CD09, Interview, and CD10, Small Group Room |
| 1071 | Photograph of CCCF medium security facility C/D housing units rooms CD09, Interview, and CD10, Small Group Room, and CD11, Sally Vestibule |
| 1072 | Photograph of CCCF medium security facility C/D housing units rooms CD13 and CD14 |
| 1073 | Photograph of CCCF medium security facility C/D housing units room CD06, Nurse, room adjacent to triage and shared unit hallway |
| 1074 | Photograph of CCCF medium security facility C/D housing units room CD08, Storage, inside of CD06 |
| 1075 | Photograph of CCCF medium security facility C/D housing units room CD08 interior |
| 1076 | Photograph of CCCF medium security facility C/D housing units room CD08 interior looking out |
| 1077 | Oregon Department of Corrections training materials, Legal Issues v.5.1.17 |
| 1078 | Oregon Department of Corrections training materials, Mental Health and Disabilities v.7-1-14 |
| 1079 | Oregon Department of Corrections training materials, Prison Rape Elimination Act - PREA v.7-1-14 |
| 1080 | Oregon Department of Corrections training materials, Suicide Awareness and Intervention v.7-1-14 |
| 1081 | Oregon Department of Corrections training materials, Supervision of Inmates v.7-1-14 |
| 1082 | Oregon Department of Corrections training materials, Ethics and Professionalism v.5-1-17 |
| 1083 | Oregon Department of Corrections training materials, Ethics and Professionalism v.7-1-14 |
| 1084 | Oregon Department of Corrections training materials, F24 FTEP Manual Final 04_20_15 |

DEFENDANT'S EXHIBIT LIST                                                                 6

| | |
|---|---|
| 1085 | Oregon Department of Corrections training materials, Oregon Accountability Model (OAM) |
| 1086 | 2015 CCCF Nurses Schedules |
| 1087 | 2016 CCCF Nurses Schedules |
| 1088 | 2017 CCCF Nurses Schedules |
| 1089 | 2018 CCCF Nurses Schedules |
| 1090 | Judgment in 201017523B (AV1) |
| 1091 | Judgment in 17CR17730 (AV1) |
| 1092 | Amended Judgment in 18CR04454 (AV1) |
| 1093 | Judgment in 18CR28239 (AV1) |
| 1094 | Judgment in 06C47154 (AV2) |
| 1095 | Judgment in 08C49044 (AV2) |
| 1096 | Judgment in 14CR59864 (AV2) |
| 1097 | Judgment in D150204M (AV2) |
| 1098 | Amended Judgment in 14C46183 (AV2) |

Respectfully Submitted this 22nd day of March, 2023:

/s/ *Matthew G. McHenry*  /s/ *Amanda Alvarez Thibeault*
Matthew G. McHenry  Amanda Alvarez Thibeault
Counsel for Tony Klein  Counsel for Tony Klein