

# CONSTANTINE ALLEYNE

FOUNDER & PRESIDENT

## MAIN SKILLS

- Superior knowledge of correctional health services
- Workforce development
- Leadership
- Analytical and strategic thinking
- Risk assessment/ Mitigation
- Cross-Functional Engagement

## ACHIEVEMENTS

- Published "The Cage Was Her Cocoon: A Journey from Prison Administrator to Entrepreneur"
- Women We Admire - Top 100 Women Leaders of CT 2022 awardee
- Amistad Center for Art & Culture nominee for Business Person of the Year 2022
- Middle Atlantic States Correctional Association - Board of Trustees

**EMAIL**
Connie@CivilianCorrections.Academy

**WEBSITE**
www.ConnieAlleyne.com

**ADDRESS**
P.O. Box 793, Bloomfield, CT 06002

## PERSONAL PROFILE

I'm Constantine Alleyne, an author, educator and former Prison Health Services Administrator with 22 years of progressive leadership experience in the forensic, public, and private sectors. I leverage my abilities to actively listen, rapidly synthesize varying viewpoints, and think clearly in order to assess complex environments and identify material solutions.

## CORRECTIONAL EXPERIENCE

Civilian Corrections Academy
**Founder & President | 2018 - present**

- Identified a vulnerability in the industry and created an evidence-based path to effectively fill the civilian workforce knowledge gap

UCONN- Correctional Managed Health Care
**Prison Health Services Administrator | 2012-2017**

- Developed and orchestrated facility health services operational plan including medical, nursing, mental health, substance use tx, social work, dental, discharge planning and re-entry support

NYC Dept of Health and Mental Hygiene
**Health Services Manager | 2000-2010**

- Supervised the comprehensive health care of a highly compromised inmate population under an evolving court monitorship

Monroe Community College
**Adjunct Criminal Justice Professor | 2000-2010**

- Teach first and second year students *Prison, Punishment and Rehabilitation in America*

## EDUCATION BACKGROUND

**University of Connecticut**
Executive Master's in Business Admin | 2015-2017

**Long Island University**
Master's in Public Health | 2005 -2008