NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**GAVIN W. BRUCE, OSB #113384**
Assistant United States Attorney
Gavin.Bruce@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone: (541) 465-6771
**CAMERON A. BELL, CSB #305872**
Trial Attorney—Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Cameron.Bell@usdoj.gov
Telephone: (202) 802-7643
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 3:22-cr-00084-SI |
| v. | **MOTION TO SEAL WRIT OF HABEAS CORPUS** *AD TESTIFICANDUM* |
| **TONY DANIEL KLEIN,** | |
| **Defendant.** | |

The United States of America hereby requests the sealing of the Motion for Writ of

Habeas Corpus *Ad Testificandum* and the Writ of Habeas Corpus *Ad Tesitificandum* in this

/ / /

/ / /

/ / /

matter be sealed, until further order of the Court, on the grounds that this witness is a victim in this case. Therefore, we seek to have the documents sealed.

Dated: April 5, 2023

                                              Respectfully submitted,

| | |
|---|---|
| NATALIE K. WIGHT<br>United States Attorney | KRISTEN CLARKE<br>ASSISTANT ATTORNEY GENERAL |
| */s/ Gavin W. Bruce*<br>GAVIN W. BRUCE<br>Assistant United States Attorney | */s/ Cameron A. Bell*<br>CAMERON A. BELL<br>Trial Attorney<br>Civil Rights Division |