NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**GAVIN W. BRUCE, OSB #113384**
Assistant United States Attorney
Gavin.Bruce@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone:  (541) 465-6771
**CAMERON A. BELL, CSB #305872**
Trial Attorney—Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Cameron.Bell@usdoj.gov
Telephone:  (202) 802-7643
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 3:22-cr-00084-SI |
| v. | **GOVERNMENT'S PROPOSED VERDICT FORM** |
| **TONY DANIEL KLEIN,** | |
| **Defendant.** | |

The United States submits the following Proposed Verdict Form.

///

///

///

///

Dated: April 21, 2023

|  |  |
|---|---|
|  | Respectfully submitted, |
| NATALIE K. WIGHT | KRISTEN CLARKE |
| United States Attorney | ASSISTANT ATTORNEY GENERAL |
| | |
| */s/ Gavin W. Bruce* | */s/ Cameron A. Bell* |
| GAVIN W. BRUCE | CAMERON A. BELL |
| Assistant United States Attorney | Trial Attorney |
|  | Civil Rights Division |

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**UNITED STATES OF AMERICA**             Case No. 3:22-cr-00084-SI

             v.                          **VERDICT FORM**

**TONY DANIEL KLEIN,**

        **Defendant.**

    We the jury, duly empaneled and sworn to try the case of *United States v. Tony Daniel Klein*, hereby find as follows:

Count 1:   Deprivation of rights (Between on or about September 1, 2017 and on or about September 30, 2017, defendant penetrated AV1's vulva with his penis without her consent):

        GUILTY                    NOT GUILTY

If guilty, please answer the following questions:

(1) Did the offense include aggravated sexual abuse?

    ____ Yes                    ____ No

(2) Did the offense result in bodily injury?

    ____ Yes                    ____ No

Count 2:   Deprivation of rights (On or about August 15, 2017, defendant touched AV2's breast without her consent and exposed his penis to AV2 without her consent):

        GUILTY                    NOT GUILTY

///

**Government's Proposed Verdict Form**                                    **Page 3**

Count 3:   Deprivation of rights (On or about September 17, 2017, defendant digitally penetrated AV2's genital opening without her consent):

    GUILTY    NOT GUILTY

Count 4:   Deprivation of rights (On or about September 17, 2017, defendant penetrated AV2's vulva with his penis without her consent):

    GUILTY    NOT GUILTY

If guilty, please answer the following questions:

(1) Did the offense include aggravated sexual abuse?

 \_\_\_\_ Yes    \_\_\_\_ No

(2) Did the offense result in bodily injury?

 \_\_\_\_ Yes    \_\_\_\_ No

Count 5:   Deprivation of rights (On or about March 26, 2017, defendant caused his penis to have contact with AV3's mouth without her consent and masturbated in front of AV3 without her consent):

    GUILTY    NOT GUILTY

Count 6:   Deprivation of rights (Between on or about August 1, 2017, and on or about August 31, 2017):

    GUILTY    NOT GUILTY

If guilty, please answer the following question:

(1) Did the offense include aggravated sexual abuse?

 \_\_\_\_ Yes    \_\_\_\_ No

Count 7: Deprivation of rights (On or about September 29, 2017, defendant penetrated AV3's vulva with his penis without her consent):

   GUILTY      NOT GUILTY

Count 8: Deprivation of rights (Between on or about October 1, 2017, and on or about October 31, 2017, defendant caused his penis to have contact with AV3's mouth without her consent):

   GUILTY      NOT GUILTY

If guilty, please answer the following question:

(1) Did the offense include aggravated sexual abuse?

 ____ Yes      ____ No

Count 9: Deprivation of rights (On or about November 13, 2017, defendant touched AV3's breasts without her consent):

   GUILTY      NOT GUILTY

Count 10: Deprivation of rights (Between on or about May 1, 2017, and on or about November 30, 2017, defendant penetrated AV4's vulva without her consent):

   GUILTY      NOT GUILTY

If guilty, please answer the following question:

(1) Did the offense result in bodily injury?

 ____ Yes      ____ No

Count 11: Deprivation of rights (On or about December 12, 2016, defendant touched AV5's buttocks without her consent):

   GUILTY      NOT GUILTY

Count 12:   Deprivation of rights (Between on or about December 23, 2016, and on or about July 24, 2017, defendant touched AV6's genitalia without her consent and touched her inner thigh without her consent):

      GUILTY        NOT GUILTY

Count 13:   Deprivation of rights (Between on or about December 23, 2016, and on or about July 24, 2017, defendant caused AV6 to touch his penis without her consent):

      GUILTY        NOT GUILTY

Count 14:   Deprivation of rights (Between on or about December 23, 2016, and on or about July 24, 2017, defendant touched AV6's breasts without her consent):

      GUILTY        NOT GUILTY

Count 15:   Deprivation of rights (Between on or about March 1, 2017 and on or about September 30, 2017, defendant digitally penetrated AV7's genital opening without her consent):

      GUILTY        NOT GUILTY

Count 16:   Deprivation of rights (Between on or about July 3, 2017, and on or about July 17, 2017, defendant digitally penetrated AV8's genital opening without her consent):

      GUILTY        NOT GUILTY

Count 17:   Deprivation of rights (Between on or about July 15, 2017, and on or about August 31, 2017, defendant touched AV9's genitalia without her consent):

      GUILTY        NOT GUILTY

///

///

Count 18: Deprivation of rights (Between on or about August 2, 2017, and on or about August 13, 2017, defendant touched AV10's breasts without her consent and caused his penis to touch AV10's body without her consent):

      GUILTY      NOT GUILTY

Count 19: Deprivation of rights (Between on or about July 3, 2017, and on or about September 21, 2017, defendant touched AV11's genitalia without her consent):

      GUILTY      NOT GUILTY

Count 20: Deprivation of rights (Between on or about October 21, 2017, and on or about October 25, 2017, defendant touched AV12's breasts without her consent):

      GUILTY      NOT GUILTY

Count 21: Deprivation of rights (Between on or about October 21, 2017, and on or about October 25, 2017, defendant touched AV12's genitalia without her consent):

      GUILTY      NOT GUILTY

Count 22: False Declaration Before Court (denied that he had sexual vaginal intercourse with an incarcerated adult):

      GUILTY      NOT GUILTY

Count 23: False Declaration Before Court (denied that he had penetrated the vagina or anus of any adult incarcerated female using his penis, fingers, or tongue):

      GUILTY      NOT GUILTY

Count 24: False Declaration Before Court (denied that he had kissed any adult incarcerated female):

      GUILTY      NOT GUILTY

Count 25:   False Declaration Before Court (denied that he had any sexual contact with any adult female incarcerated person with the intent to abuse, arouse, or gratify his sexual desire):

    GUILTY        NOT GUILTY

Signed: _____    Date: _____
      Presiding Juror