Matthew G. McHenry, OSB 043571
Levine & McHenry LLC
1050 SW Sixth Avenue, Suite 1414
Portland, Oregon 97204
503-546-3927
email: matthew@levinemchenry.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | ) No. 3:22-cr-00084-SI |
|---|---|
| Plaintiff, | ) UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLIES TO PRETRIAL DOCUMENTS |
| vs. | ) |
| TONY KLEIN | ) |
| Defendant. | ) |

Defendant Tony Klein, through his attorney Matthew G. McHenry, moves to extend the deadline for filing replies to pretrial documents and motions in limine one week, to June 2, 2023. The government does not oppose this motion.

The replies are currently due May 26, 2023. On May 16, 2023, defense counsel Amanda Thibeault underwent surgery to repair a torn plantar plate in her foot. The surgery was successful, but attorney Thibeault anticipates being unable to work on her cases for the next several days as she recovers at home. The additional time is necessary to accommodate

Attorney Thibeault's recovery time. Undersigned counsel has communicated with the government, and the government does not oppose this motion.

Respectfully Submitted this 18th day of May, 2023:

/s/ *Matthew G. McHenry*
Matthew G. McHenry
Counsel for Tony Klein