NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**GAVIN W. BRUCE, OSB #113384**
Assistant United States Attorney
Gavin.Bruce@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone: (541) 465-6771
**CAMERON A. BELL, CSB #305872**
Trial Attorney—Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Cameron.Bell@usdoj.gov
Telephone: (202) 802-7643
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 3:22-cr-00084-SI |
| v. | |
| **TONY DANIEL KLEIN,** | **MOTION FOR UNOPPOSED PROTECTIVE ORDER AS TO PARTICULAR DISCOVERY** |
| Defendant. | |

The United States respectfully moves the Court to enter an additional Protective Order in this case, which will govern the disclosure of particular documents. Counsel for the defendant has reviewed and does not object to the Proposed Order.

The United States recently learned sensitive law-enforcement information related to a potential witness in this case. The United States has disclosed the general nature of the information to the defense and obtained, but not yet provided, relevant documents describing this information. The United States believes a protective order that contains additional restrictions is appropriate for

**Motion for Unopposed Protective Order as to Particular Discovery**                                    Page 1

the disclosure of these particular documents, due to their sensitive nature. The proposed protective order will govern the disclosure of Volume 9 of discovery, which will contain only the sensitive documents, as well as any subsequent productions related to the same subject matter.

Dated: June 7, 2023

Respectfully submitted,

| | |
|---|---|
| NATALIE K. WIGHT<br>United States Attorney | KRISTEN CLARKE<br>ASSISTANT ATTORNEY GENERAL |
| */s/ Gavin W. Bruce*<br>GAVIN W. BRUCE<br>Assistant United States Attorney | */s/ Cameron A. Bell*<br>CAMERON A. BELL<br>Trial Attorney<br>Civil Rights Division |

**Motion for Unopposed Protective Order as to Particular Discovery**               **Page 2**