Matthew G. McHenry, OSB 043571
Levine & McHenry LLC
1050 SW Sixth Avenue, Suite 1414
Portland, OR 97204
503-546-3927
email: matthew@levinemchenry.com

Amanda Alvarez Thibeault, OSB 132913
Alvarez Thibeault LLC
330 NE Lincoln Street, Suite 100
Hillsboro, OR 97124
503-640-0708
email: amanda@aatlegal.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | ) No. 3:22-cr-00084-SI |
|---|---|
| Plaintiff, | ) MOTION FOR LEAVE TO FILE UNDER SEAL |
| vs. | ) |
| TONY KLEIN | ) |
| Defendant. | ) |

Defendant Tony Klein, by and through his attorneys Matthew McHenry and Amanda Alvarez Thibeault, respectfully moves the Court for leave to file under seal: 1) Reply to Government's Response to Motion to Continue, 2) Exhibit in support—to wit, affidavit and indictment from relevant pending federal court case, and 3) Declaration of Ari Steinberg-Lake. Said documents contain matter subject to a protective order and

contain information that may reveal information regarding the identities of

certain witnesses.

      Respectfully Submitted this 20 day of June, 2023

| | |
|---|---|
| <u>/s/ *Matthew G. McHenry*</u><br>Matthew G. McHenry<br>Counsel for Tony Klein | <u>/s/ *Amanda Alvarez Thibeault*</u><br>Amanda Alvarez Thibeault<br>Counsel for Tony Klein |

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TONY KLEIN<br><br>Defendant. | No. 3:22-cr-00084-SI<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL |

The Court, having reviewed the Defendant's Motion to Continue Trial and supporting Declaration of Counsel, and Defendant's Motion for Leave to File Under Seal,

ORDERS that Defendant may file the following documents under seal: 1) Reply to Government's Response to Defense's Motion to Continue; 2) Exhibit in Support—to wit, affidavit from relevant federal court case, and 3) Declaration of Paralegal Ari Steinberg-Lake.

GRANTED this ___ day of June, 2023

_____
Honorable Michael H. Simon
United States District Court Judge

3