### U.S. District Court — Judicial Caseload Profile

**OREGON**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mar 31 2018 | Mar 31 2019 | Mar 31 2020 | Mar 31 2021 | Mar 31 2022 | Mar 31 2023 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 3,058 | 3,329 | 3,296 | 3,151 | 2,966 | 2,908 | | |
| | Terminations | | 3,166 | 3,101 | 3,118 | 2,791 | 3,025 | 3,187 | | |
| | Pending | | 2,905 | 3,111 | 3,261 | 3,583 | 3,510 | 3,246 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -4.9 | -12.6 | -11.8 | -7.7 | -2.0 | | 66 | 11 |
| | Number of Judgeships | | 6 | 6 | 6 | 6 | 6 | 6 | | |
| | Vacant Judgeship Months [2] | | 8.1 | 12.0 | 4.0 | 0.0 | 0.0 | 12.0 | | |
| **Actions per Judgeship** | Filings | Total | 510 | 555 | 549 | 525 | 494 | 485 | 33 | 8 |
| | | Civil | 352 | 361 | 360 | 375 | 322 | 330 | 40 | 6 |
| | | Criminal Felony | 73 | 105 | 108 | 83 | 96 | 81 | 38 | 6 |
| | | Supervised Release Hearings | 85 | 90 | 82 | 68 | 76 | 74 | 15 | 5 |
| | Pending Cases [2] | | 484 | 519 | 544 | 597 | 585 | 541 | 28 | 4 |
| | Weighted Filings [2] | | 401 | 450 | 452 | 444 | 434 | 423 | 40 | 8 |
| | Terminations | | 528 | 517 | 520 | 465 | 504 | 531 | 26 | 6 |
| | Trials Completed | | 8 | 9 | 8 | 6 | 10 | 10 | 78 | 11 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 13.4 | 12.6 | 12.7 | 14.5 | 17.8 | 20.0 | 79 | 12 |
| | | Civil [2] | 10.8 | 10.9 | 11.8 | 11.6 | 12.8 | 12.7 | 81 | 13 |
| | From Filing to Trial [2] (Civil Only) | | 24.8 | 30.2 | 34.9 | - | 38.9 | 46.3 | 54 | 8 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 123 5.3 | 172 7.2 | 174 7.0 | 229 8.3 | 270 10.4 | 250 10.6 | 45 | 6 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.2 | 1.3 | 1.3 | 1.4 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 28.6 | 41.1 | 35.0 | 47.7 | 39.4 | 36.8 | | |
| | | Percent Not Selected or Challenged | 21.9 | 28.9 | 30.3 | 37.8 | 24.8 | 25.2 | | |

**2023 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense**

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 1,982 | 383 | 22 | 516 | 15 | 29 | 78 | 203 | 151 | 39 | 358 | 1 | 187 |
| Criminal [1] | 482 | 6 | 235 | 17 | 74 | 50 | 31 | 40 | - | 5 | 5 | 3 | 16 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."