NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**GAVIN W. BRUCE, OSB #113384**
Assistant United States Attorney
Gavin.Bruce@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone:  (541) 465-6771
**CAMERON A. BELL, CSB #305872**
Trial Attorney—Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Cameron.Bell@usdoj.gov
Telephone:  (202) 802-7643
Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 3:22-cr-00084-SI |
| v. | **GOVERNMENT'S AMENDED EXHIBIT LIST** |
| **TONY DANIEL KLEIN,** | |
| **Defendant.** | |

The United States of America hereby submits its amended exhibit list for the trial in the above-captioned matter.  The United States respectfully reserves the right to amend this list and to designate additional exhibits as appropriate.  Demonstrative exhibits and summary exhibits to be admitted under Rule 1006 are excluded from this list.  The United States anticipates that the parties will meet and confer about any potential stipulations related to authentication or admissibility of exhibits before trial.

///

///

**GOVERNMENT'S AMENDED EXHIBIT LIST**                                                                                          Page 1

Dated:  June 21, 2023

Respectfully submitted,

| | |
|---|---|
| NATALIE K. WIGHT<br>United States Attorney | KRISTEN CLARKE<br>ASSISTANT ATTORNEY GENERAL |
| */s/ Gavin W. Bruce*<br>GAVIN W. BRUCE<br>Assistant United States Attorney | */s/ Cameron A. Bell*<br>CAMERON A. BELL<br>Trial Attorney<br>Civil Rights Division |

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

| Number | Description | Bates Range |
|--------|-------------|-------------|
| 1 | Excerpted Deposition of Tony Klein (dated Nov. 20, 2019) (with redactions) (Recording and Transcript) | US00071124, US00092922 – US00092924, US00092930 – US00092933 |
| 2 | Tony Klein, Code of Ethics Form (signed), Oct. 5, 2010 | US00092205 |
| 3 | Tony Klein, Code of Ethics Form (signed), Nov. 25, 2011 | US00092248 |
| 4 | Tony Klein, PREA Acknowledgment Form (signed), Dec. 9, 2014 | US00092244 |
| 5 | Tony Klein Training Record | US00002900 – US00002904 |
| 6 | Letter to Tony Klein re: Duty Station at Home | US00059827 – US00059828 |
| 7 | Nursing Renewal Application of Tony Klein (2018) | US00009019 – US00009021 |
| 8 | Stipulated Order for Reprimand, In the Matter of Tony Klein, RN | US00008754 – US00008757, US00008502 – US00008504 |
| 9 | PDU Training Pod #8 – Boundary Issues – Sharing Sexual Jokes (2015) | US00042877 – US00042879 |
| 10 | Selected Slides from 2016 PREA Training | US00042909, US00042916, US00042957, US00042972 |
| 11 | Oregon DOC Policy 20.1.3 – Code of Conduct | US00043102 – US00043108 |
| 12 | Selected Slides from 2014 Boundaries Training (with redactions) | US00042562 – US00042563, US00042577, US00042585 – US00042586 |
| 13 | Selected Slides from 2014 PREA Training for Health Services Staff | US00042624, US00042631, US00042634, US00042639, US00042655 – US00042656, US00042708 |
| 14 | Email re: Tony Klein's Resignation from Coffee Creek | US00050634 |

**GOVERNMENT'S AMENDED EXHIBIT LIST**                                                   Page 3

| 15 | Email from Cally Wolery re: Minimum Nursing Schedule | US00064874 – US00064875 |
|---|---|---|
| 16 | Email from Dave Brown re: Standby Reminder | US00072752 |
| 17 | Sketch of Housing Units and Camera Locations | US00085840 – US00085846 |
| 18 | Excerpt from PREA Audit and Assessment Recommendations | US00058061 – US00058062 |
| 19 | Ericka Sage Training Record | US00004486 – US00004491 |
| 20 | Photo of ▉▉▉▉▉ (AV1) | US00094982 |
| 21 | Grievance Form of ▉▉▉▉▉ (AV1) (dated Dec. 8, 2017) | US00029700 |
| 22 | Selected Medical Records of ▉▉▉▉▉ (AV1) – Progress Notes, August and September 2017 | US00030629 |
| 23 | Selected Medical Records of ▉▉▉▉▉ (AV1) – Therapeutic Level of Care (dated Aug. 2, 2017) | US00030864 |
| 24 | Selected Medical Records of ▉▉▉▉▉ (AV1) – Non-Emergency Healthcare Request (dated Sept. 17, 2017) | US00030918 |
| 25 | Selected Medical Records of ▉▉▉▉▉ (AV1) – Physician's Orders, August 2017 | US00031046 |
| 26 | Staff Report of Mark Dishion re: ▉▉▉▉▉ (AV1) | US00051640 |
| 27 | Misconduct Report of ▉▉▉▉▉ (AV1) | US00017914 |
| 28 | Photo of ▉▉▉▉▉ (AV2) | US00094184 |
| 29 | Selected Medical Records of ▉▉▉▉▉ (AV2) – Physical Examination | US00038506 – US00038507 |

**GOVERNMENT'S AMENDED EXHIBIT LIST**　　　　　　　　　　　　　　　　Page 4

| 30 | Selected Medical Records of ▮▮▮▮ (AV2) – Medical Receiving Screening/Medical History | US00038508 – US00038510 |
|---|---|---|
| 31 | Selected Medical Records of ▮▮▮▮ (AV2) – Patient Informed Consent/Refusal (dated Jun. 19, 2017) | US00038733 |
| 32 | Selected Medical Records of ▮▮▮▮ (AV2) – Non-Emergency Healthcare Request (dated Sept. 9, 2017) | US00038835 |
| 33 | Selected Medical Records of ▮▮▮▮ (AV2) – Non-Emergency Healthcare Request (dated Sept. 3, 2017) | US00038836 |
| 34 | Selected Medical Records of ▮▮▮▮ (AV2) – Medication Administration Record, September 2017 | US00039117 |
| 35 | Selected Medical Records of ▮▮▮▮ (AV2) – Physician's Orders, August and September 2017 | US00039146, US00039148 |
| 36 | Selected Medical Records of ▮▮▮▮ (AV2) – Progress Notes, August and September 2017 | US00039163 – US00039164 |
| 37 | Letter from ▮▮▮▮ (AV2) to Lori Schain | US00038839 |
| 38 | Letter from ▮▮▮▮ (AV2) to Rob Persson | US00038840 |
| 39 | Letter from ▮▮▮▮ (AV2) to Dave Brown | US00038841 |
| 40 | Letter from ▮▮▮▮ (AV2) to Steve Shelton | US00038842 – US00038844 |
| 41 | Unusual Incident Report of Alana Bruns re: ▮▮▮▮ (AV2) | US00050670 – US00050673 |
| 42 | Staff Report of Sydney McKay re: ▮▮▮▮ (AV2) | US00050674 |
| 43 | SART Interview of Alana Bruns re: ▮▮▮▮ (AV2) | US00050675 – US00050680 |

| 44 | Photo of ▮▮▮▮ (AV3) | US00094186 |
|---|---|---|
| 45 | Grievance of ▮▮▮▮ (AV3) (dated Feb. 5, 2018) | US00029716 |
| 46 | Grievance of ▮▮▮▮ (AV3) (dated March 6, 2018) | US00029719 |
| 47 | Grievance of ▮▮▮▮ (AV3) (dated March 7, 2018) | US00029734 – US00029736 |
| 48 | Grievance of ▮▮▮▮ (AV3) (dated March 7, 2018) | US00029747 – US00029749 |
| 49 | Grievance of ▮▮▮▮ (AV3) (dated March 8, 2018) | US00029742 – US00029745 |
| 50 | Grievance of ▮▮▮▮ (AV3) (dated March 9, 2018) | US00029706 – US00029708 |
| 51 | Grievance of ▮▮▮▮ (AV3) (dated March 10, 2018) | US00029738 – US00029740 |
| 52 | Grievance of ▮▮▮▮ (AV3) (dated March 12, 2018) | US00029720 – US00029721 |
| 53 | Grievance of ▮▮▮▮ (AV3) (dated March 15, 2018) | US00029730 – US00029732 |
| 54 | Grievance Appeal of ▮▮▮▮ (AV3) (dated March 30, 2018) | US00029711 |
| 55 | Grievance Appeal of ▮▮▮▮ (AV3) (dated March 30, 2018) | US00029724 |
| 56 | Grievance Appeal of ▮▮▮▮ (AV3) (dated April 7, 2018) | US00029713 |
| 57 | Grievance Appeal of ▮▮▮▮ (AV3) (dated April 7, 2018) | US00029726 |
| 58 | Selected Medical Records of ▮▮▮▮ (AV3) – Parameter Flow Sheet, November and December 2017 | US00036486 |

| 59 | Selected Medical Records of ▮▮▮ (AV3) – Progress Notes and Discharge Note Related to March 2017 Surgery | US00036514, US00036551 – US00036552 |
|---|---|---|
| 60 | Staff Report of Mohamed Kabli re: ▮▮▮ (AV3) | US00050640 |
| 61 | Kyte to BHS Worker from ▮▮▮ (AV3) (dated Feb. 13, 2018) | US00054851 |
| 62 | Photo of ▮▮▮ (AV4) | US00094203 |
| 63 | Kyte from ▮▮▮ (AV4) to Cally Wolery | US00038459 |
| 64 | Program Callouts of ▮▮▮ (AV4) | US00058483 – US00058487 |
| 65 | Photo of ▮▮▮ (AV5) | US00095048 |
| 66 | Grievance of ▮▮▮ (AV5) (dated May 6, 2018) | US00029798 |
| 67 | Grievance of ▮▮▮ (AV5) (dated August 8, 2018) | US00029801 – US00029802 |
| 68 | Selected Medical Records of ▮▮▮ (AV5) | US00039747 |
| 69 | Photo of ▮▮▮ (AV6) | US00094304 |
| 70 | Selected Medical Records of ▮▮▮ (AV6) – Progress Notes, May 2017 | US00044721 |
| 71 | Selected Medical Records of ▮▮▮ (AV6) – Progress Notes, November and December 2017 | US00044725 |
| 72 | Selected Medical Records of ▮▮▮ (AV6) – Provider Infirmary Notes (dated Oct. 24-25, 2016) | US00044727 – US00044728 |
| 73 | Selected Medical Records of ▮▮▮ (AV6) – Progress Notes, September and October 2016 | US00044731 – US00044732 |

| 74 | Selected Medical Records of ▇▇▇ (AV6) – Progress Notes, June 2016 | US00044740 |
|---|---|---|
| 75 | Selected Medical Records of ▇▇▇ (AV6) – Physician's Orders, June 2017 | US00044792 |
| 76 | Photo of ▇▇▇ (AV7) | US00094216 |
| 77 | Grievance of ▇▇▇ (AV7) (dated May 2, 2021) | US00089143 |
| 78 | Selected Medical Records of ▇▇▇ (AV7) | US00088547 – US00088548 |
| 79 | Selected Medical Records of ▇▇▇ (AV7) – Progress Notes, May and June 2016 | US00088056 |
| 80 | Selected Medical Records of ▇▇▇ (AV7) – Progress Notes, March 2017 | US00088030 |
| 81 | Photo of ▇▇▇ (AV8) | US00094563 |
| 82 | Grievance of ▇▇▇ (AV8) (dated June 4, 2018) | US00029858 – US00029861 |
| 83 | Grievance Letter by ▇▇▇ (AV8) (dated June 4, 2018) | US00029862 – US00029866 |
| 84 | Selected Medical Records of ▇▇▇ (AV8) – Patient Informed Consent/Refusal Form (dated July 10, 2017) | US00029999 |
| 85 | Selected Medical Records of ▇▇▇ (AV8) – Progress Notes, July to September 2017 | US00030088 |
| 86 | Selected Medical Records of ▇▇▇ (AV8) – Patient Informed Consent/Refusal Form (dated July 17, 2017) | US00030153 |

| | | |
|---|---|---|
| 87 | Photo of ▮▮▮ (AV9) | US00094334 |
| 88 | Grievance of ▮▮▮ (AV9) (dated Dec. 30, 2017) | US00029782 |
| 89 | Selected Medical Records of ▮▮▮ (AV9) – X-Ray Report (dated Aug. 2, 2017) | US00033821 |
| 90 | Selected Medical Records of ▮▮▮ (AV9) – Second X-Ray Report (dated Aug. 2, 2017) | US00033822 |
| 91 | Selected Medical Records of ▮▮▮ (AV9) – Progress Notes, July 2017 | US00034124 |
| 92 | Kyte of ▮▮▮ (AV9) | US00050627 |
| 93 | Staff Report of Marylou Ward re: ▮▮▮ (AV9) | US00050628 |
| 94 | Email from Marylou Ward re: ▮▮▮ (AV9) | US00051539 |
| 95 | Photo of ▮▮▮ (AV10) | US00095077 |
| 96 | Selected Medical Records of ▮▮▮ (AV10) – Physician's Orders, August 2017 | US00044514 – US00044515 |
| 97 | Selected Medical Records of ▮▮▮ (AV10) – Physician's Orders, April 2017 | US00044516 |
| 98 | Photo of ▮▮▮ (AV11) | US00094519 |
| 99 | Grievance of ▮▮▮ (AV11) re: 2017 incident (dated Jan. 25, 2018) | US00029837 |
| 100 | Grievance of ▮▮▮ (AV11) re: 2013 incident (dated Jan. 25 2018) | US00029844 |
| 101 | Selected Medical Records of ▮▮▮ (AV11) – Progress Notes, July and September 2017 | US00040043, US00040048 |

| 102 | Selected Medical Records of ▓▓▓▓ (AV11) – Progress Notes, June 2013 | US00040055 |
|---|---|---|
| 103 | Photo of ▓▓▓▓ (AV13) | US00094163 |
| 104 | Programming Records for ▓▓▓▓ (AV13) | US00087627 – US00087629 |
| 105 | Photo of ▓▓▓▓ (AV14) | US00095053 |
| 106 | Grievance of ▓▓▓▓ (AV14) (dated March 16, 2018) | US00029804 |
| 107 | Grievance Appeal of ▓▓▓▓ (AV14) (dated March 30, 2018) | US00029807 |
| 108 | Infirmary Schedule of ▓▓▓▓ (AV14) | US00066018 – US00066052 |
| 109 | Programming Record for ▓▓▓▓ (AV14) | US00002352 |
| 110 | Photo of ▓▓▓▓ (AV15) | US00095095 |
| 111 | Photo of ▓▓▓▓ (AV16) | US00095921 |
| 112 | Photo of ▓▓▓▓ (AV17) | US00094954 |
| 113 | Grievance of ▓▓▓▓ (AV17) (dated May 3, 2018) | US00029769 – US00029770 |
| 114 | Selected Medical Records of ▓▓▓▓ (AV17) –Physician's Orders, February 2016 | US00035784 |
| 115 | Selected Medical Records of ▓▓▓▓ (AV17) – Progress Notes, January and February 2016 | US00036031, US00036030 |
| 116 | Transcript of Phone Call of ▓▓▓▓ (AV17) | US00050622 – US00050625 |
| 117 | Photo of ▓▓▓▓ (AV18) | US00094996 |

| 118 | Grievance of ▇▇▇▇ (AV18) (dated Dec. 15, 2017) | US00029750 |
|---|---|---|
| 119 | Selected Medical Records of ▇▇▇ (AV18) – Parameter Flow Sheets (September 2017) and Progress Notes (September and October 2017) | US00036276, US00036278, US00036424, US00036439 |
| 120 | Selected Medical Records of ▇▇▇ (AV18) – Progress Notes, September and October 2017 | US00065824, US00065827, US00065829 |
| 121 | Email from Amanda Van Arcken to Chad Drew re: ▇▇▇ (AV18) | US00050626 |
| 122 | PREA Allegation Checklist re: ▇▇▇ (AV18) | US00051164 – US00051165 |
| 123 | Photo of ▇▇▇ (AV19) | US00093893 |
| 124 | Photo of ▇▇▇ (AV20) | US00095016 |
| 125 | Journal of ▇▇▇ (AV20) | Physical Evidence in FBI Custody |
| 126 | Selected Photographs of Journal of ▇▇▇ (AV20) | US00095056 – US00095069 |
| 127 | Photo of ▇▇▇ (AV21) | US00094972 |
| 128 | Programming Record for ▇▇▇ (AV21) | US00002365 |
| 129 | Photos of Minimum Medical - Triage Exam Room (Taken by Lindsay Noack) | US00066350 – US00066351 |
| 130 | Photos of Minimum Medical – Triage Exam Room (Taken by Lindsay Noack) | US00066362 – US00066365 |
| 131 | Photo of Minimum Medical Provider Exam Room (Taken by Lindsay Noack) | US00066352 |
| 132 | Photos of Minimum Medical Provider Exam Room (Taken by Lindsay Noack) | US00066366 – US00066369 |
| 133 | Photo of G/H Triage Room (Taken by Lindsay Noack) | US00066353 |

| | | |
|---|---|---|
| 134 | Photos of G/H Triage Room (Taken by Lindsay Noack) | US00066360 – US00066361 |
| 135 | Photos of Medium Medical Clothing Room (Taken by Lindsay Noack) | US00066354 – US00066358 |
| 136 | Photo of Janitor's Closet (Taken by FBI, 2019) | US00091951 |
| 137 | Photo of View from Inside Unit Triage Room (Taken by FBI, 2019) | US00091959 |
| 138 | Photo of Medium Medical Janitor's Closet (Taken by FBI, 2019) | US00091960 |
| 139 | Photo of G/H Triage Room (Taken by FBI, 2019) | US00091998 |
| 140 | Photo of Medium Medical Clothing Room (Taken by FBI, 2019) | US00092007 |
| 141 | Photo of Health Services/Infirmary Cart (Taken by FBI, 2019) | US00092010 |
| 142 | Photo of Medium Medical Dialysis Room (Taken by FBI, 2019) | US00092020 |
| 143 | Photos of Minimum (Exterior) (Taken by FBI, 2023) | US00095211, US00095213, US00095215 |
| 144 | Photo of Minimum Medical (Entryway from Outside) (Taken by FBI, 2023) | US00095239 |
| 145 | Photos of Minimum Medical (Entryway/Foyer) (Taken by FBI, 2023) | US00095243, US00095245 |
| 146 | Photo of Minimum Medical Unit (Taken by FBI, 2023) | US00095251 |
| 147 | Photos of Minimum Medical Triage Exam Room (Taken by FBI, 2023) | US00095253, US00095275, US00095287, US00095289 |
| 148 | Photos of Minimum Medical Triage Exam Room (Taken by FBI, 2023) | US00095257, US00095305 |
| 149 | Photos of Minimum Medical Area (Taken by FBI, 2023) | US00095311, US00095315, US00095363 |

| 150 | Photos of View from Minimum Medical Nurse's Station (Taken by FBI, 2023) | US00095375, US00095367 |
| --- | --- | --- |
| 151 | Photo of Minimum Medical Nurse's Station (Taken by FBI, 2023) | US00095371 |
| 152 | Photo of View to Minimum Medication Room from Triage Room (Taken by FBI, 2023) | US00095381 |
| 153 | Photos of Minimum Medication Room (Taken by FBI, 2023) | US00095387, US00095397, US00095399, US00095405 |
| 154 | Photo of G/H Triage Room (Taken by FBI, 2023) | US00095427 |
| 155 | Photos of G/H Triage Room (Interior) (Taken by FBI, 2023) | US00095431, US00095435, US00095429 |
| 156 | Photo of G/H Triage Room and Staff Bathroom (Taken by FBI, 2023) | US00095439 |
| 157 | Photo of Kyte Box on Housing Unit (Taken by FBI, 2023) | US00095455 |
| 158 | Photo of Medium Health Services (Entryway) (Taken by FBI, 2023) | US00095517 |
| 159 | Photos of Medium Janitor's Closet Near Dialysis Room (Taken by FBI, 2023) | US00095551, US00095553, US00095559 |
| 160 | Photos of Medium Dialysis Room (Taken by FBI, 2023) | US00095563, US00095565, US00097767, US00095571, US00095573, US00095575 |
| 161 | Photos of Hallway in Medium Medical (Taken by FBI, 2023) | US00095595, US00095597 |
| 162 | Photos of Medium Medical Nurse's Station (Taken by FBI, 2023) | US00095601, US00095607 |
| 163 | Photos of Medium Medication Room (Taken by FBI, 2023) | US00095620, US00095630, US00095618, US00095622, US00095632, US00095624, US00095616 |
| 164 | Photos of Medium Staff Break Room and Bathroom (Taken by FBI, 2023) | US00095650, US00095652, US00095654, US00095662 |

| 165 | Photos of Medium Staff Bathroom (Taken by FBI, 2023) | US00095680, US00095702, US00095704 |
|---|---|---|
| 166 | Photos of Medium Medical Provider's Exam Room (Taken by FBI, 2023) | US00095738, US00095732 |
| 167 | Photo of Medium Medical Hallway (Taken by FBI, 2023) | US00095740 |
| 168 | Photos of Medium Infirmary Hallway (Taken by FBI, 2023) | US00095748, US00095752, US00095754 |
| 169 | Photos of Medium Infirmary Janitor's Closet (Taken by FBI, 2023) | US00095756, US00095780, US00095764, US00095768, US00095770, US00095772, US00095778 |
| 170 | Photo of Medium Infirmary Officer's Desk (Taken by FBI, 2023) | US00095760 |
| 171 | Photos of Medium Infirmary "Ante Room" – Foyer Between Inmate Rooms (Taken by FBI, 2023) | US00095784, US00095794, US00095796, US00095792, US00095788 |
| 172 | Photos of Medium Infirmary Medical Room (Storage Closet) (Taken by FBI, 2023) | US00095798, US00095800, US00095802, US000957804, US00095806 |
| 173 | Photos of Medium Medical Clothing Room (Taken by FBI, 2023) | US00095810, US00095822, US00095820, US00095816, US00095830 |
| 174 | Photos of View from Medium Medical Clothing Room (Taken by FBI, 2023) | US00095832, US00095834 |
| 175 | Photos of Medium Medical Storage Closet (Taken by FBI, 2023) | US00095856, US00095858, US00095860, US000958566 |
| 176 | Photos of Segregation Medical Area (Taken by FBI, 2023) | US00095903, US00095881, US00095901 |
| 177 | Map of Medium Health Services Infirmary | KLEIN-SDT-ODOC-000150 |
| 178 | Map of Minimum Building C/D - Medical and Programs | KLEIN-SDT-ODOC-000152 |

| 179 | Selected Mental Health Records of ▮▮▮▮▮▮▮ (AV1) | US00095937 - US00095939 |