Matthew G. McHenry, OSB 043571
Levine & McHenry LLC
1050 SW Sixth Avenue, Suite 1414
Portland, OR 97204
503-546-3927
email: matthew@levinemchenry.com

Amanda Alvarez Thibeault, OSB 132913
Alvarez Thibeault LLC
330 NE Lincoln Street, Suite 100
Hillsboro, OR 97124
503-640-0708
email: amanda@aatlegal.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:22-cr-00084-SI |
| Plaintiff, | APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| vs. | |
| TONY KLEIN | |
| Defendant. | |

The undersigned attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus Ad Testificandum for the following detainee in the custody of the Tennessee Department of Corrections:

Detainee: Deborah Lynn Beaver
Tennessee Department of Corrections ID: 00637729
Detained by: Warden Gloria Fisher
Detained at: Debra K. Johnson Rehabilitation Center
          3881 Stewarts Lane
          Nashville, TN 37243-0468

The detainee is requested for appearance at the trial in *United States of America v. Tony Klein*, Oregon District Court No. 3:22-cr-00084-SI before the Honorable Michael H. Simon, United States Court District Judge. The trial is scheduled to commence on July 10, 2023. The detainee's appearance location is the United States District Court for the District of Oregon:

Mark O. Hatfield Courthouse
1000 SW Third Avenue
Portland, OR 97204

I understand it is my responsibility to provide the U.S. Marshal with copies of the Writ.

I also understand that it is my responsibility to notify the U.S. Marshal when the presence of said detainee is no longer required and said detainee can be returned to the original custodian.

DATED: June 22, 2023            s/ *Matthew McHenry*
                                Matthew McHenry
                                Attorney at Law