IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TONY KLEIN<br><br>　　　　　Defendant. | No.  3:22-cr-00084-SI<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

**Hazelynn Stomps, Oregon SID# 17814900**, a necessary and material witness in the trial in this case commencing on July 10, 2023, is confined at the Coffee Creek Correctional Facility, 24499 SW Grahams Ferry Road, Wilsonville, OR 97070, in the custody of Warden Nichole Brown. In order to secure this inmate's attendance at these proceedings, it is necessary that a Writ of Habeas Corpus ad Testificandum issue, commanding the custodian to produce the inmate before the **Honorable Michael H. Simon, United States District Court for the District of Oregon, 1000 SW Third Avenue, Room 1527 (15th Floor), Portland, OR 97204, on July 10, 2023, at 9:00 AM.**

　　**ACCORDINGLY, IT IS HEREBY ORDERED that:**

　　1. A Writ of A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Coffee Creek Correctional Facility Warden to produce the inmate named above to participate in trial proceedings in the United States District Court, at the time and place noted above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the Coffee Creek Correctional Facility;

　　2. The custodian is ordered to notify the court of any change in custody of this inmate, and is ordered to provide the new custodian with a copy of this writ; and

     3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Coffee Creek Correctional Facility, 24499 SW Grahams Ferry Road, Wilsonville, OR 97070.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: **The Warden, COFFEE CREEK CORRECTIONAL FACILITY**, 24499 SW Grahams Ferry Road, Wilsonville, OR 97070,

     **WE COMMAND** you to produce the inmate named above to participate in trial proceedings before the United States District Court, at the time and place noted above.

     **FURTHER**, you are ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

DATED: _____.

_____
MICHAEL H. SIMON
UNITED STATES DISTRICT COURT JUDGE