**MATTHEW G. McHENRY, OSB# 043571**
Levine & McHenry LLC
1050 SW 6th Ave Ste 1414
Portland OR  97204
(503)-546-3927
E-Mail: matthew@levinemchenry.com

**AMANDA A. THIBEAULT, OSB #132913**
Alvarez Thibeault, LLC
330 NE Lincoln Street, Suite 100
Hillsboro, Oregon 97124
(503) 640-0708
E-mail: amanda@aatlegal.com

Attorneys for Defendant Tony Daniel Klein

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**TONY DANIEL KLEIN,**<br><br>Defendant. | No. 3:22-cr-00084-SI-1<br><br>**DEFENDANT'S WAIVER OF PERSONAL APPEARANCE AT PRE-TRIAL CONFERENCE SCHEDULED JUNE 30, 2023** |

Defendant Tony Klein, through his attorney Matthew G. McHenry and Amanda Alvarez Thibeault, waives his personal appearance at the June 30, 2023 Pre-Trial Conference.

**1 – DEFENDANT'S WAIVER OF PERSONAL APPEARANCE AT PRE-TRIAL CONFERENCE**

Respectfully submitted on June 23, 2023

| | |
|---|---|
| */s/Matthew G. McHenry* <br> Matthew G. McHenry <br> Counsel for Tony Klein | */s/Amanda Alvarez Thibeault* <br> Amanda Alvarez Thibeault <br> Counsel for Tony Klein |

**2 – DEFENDANT'S WAIVER OF PERSONAL APPEARANCE AT PRE-TRIAL CONFERENCE**