Matthew G. McHenry, OSB 043571
Levine & McHenry LLC
1050 SW Sixth Avenue, Suite 1414
Portland, OR 97204
503-546-3927
email: matthew@levinemchenry.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | ) No. 3:22-cr-00084-SI |
|---|---|
| Plaintiff, | ) MOTION TO VACATE ORDER & WITHDRAW WRIT OF HABEAS CORPUS AD TESTIFICANDUM (ECF 189) |
| vs. | ) |
| TONY KLEIN | ) |
| Defendant. | ) |

On June 23, 2023, upon Defendant's application, the Court issued an Order & Writ of Habeas Corpus ad Testificandum for Esther Barnett-Quintero for appearance at trial in this case (ECF 189). The Defendant does not need Ms. Barnett-Quintero's appearance at trial, and now moves to vacate the order and withdraw the Writ of Habeas Corpus ad Testificandum issued by the Court. Undersigned counsel has notified the United States Marshal of this motion.

DATED: June 27, 2023

s/ *Matthew McHenry*
Matthew McHenry
Attorney at Law