Matthew G. McHenry, OSB 043571
Levine & McHenry LLC
1050 SW Sixth Avenue, Suite 1414
Portland, OR 97204
503-546-3927
email: matthew@levinemchenry.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TONY KLEIN<br><br>Defendant. | No. 3:22-cr-00084-SI<br><br>ORDER TO VACATE WRIT OF HABEAS CORPUS AD TESTIFICANDUM (ECF 195) |

### ORDER OF WITHDRAWAL OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Upon motion by the Defendant, it is hereby ORDERED that the Writ of Habeas Corpus ad Testificandum for witness Lashara Lee Newman (Oregon SID# 11947499) (ECF 195), issued by this Court on June 23, 2023, is withdrawn.

DATED: _____.

_____
MICHAEL H. SIMON

UNITED STATES DISTRICT COURT JUDGE