Matthew G. McHenry, OSB 043571
Levine & McHenry LLC
1050 SW Sixth Avenue, Suite 1414
Portland, OR 97204
503-546-3927
email: matthew@levinemchenry.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | ) No. 3:22-cr-00084-SI |
|---|---|
| Plaintiff, | ) ORDER TO VACATE WRIT OF HABEAS CORPUS AD TESTIFICANDUM (ECF 196) |
| vs. | ) |
| TONY KLEIN | ) |
| Defendant. | ) |

## ORDER OF WITHDRAWAL OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Upon motion by the Defendant, it is hereby ORDERED that the Writ of Habeas Corpus ad Testificandum for witness Hazelynn Stomps (Oregon SID# 17814900) (ECF 196), issued by this Court on June 23, 2023, is withdrawn.

DATED: _____.

_____
MICHAEL H. SIMON

2

UNITED STATES DISTRICT COURT JUDGE

2