NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**GAVIN W. BRUCE, OSB #113384**
Assistant United States Attorney
Gavin.Bruce@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone:  (541) 465-6771
**CAMERON A. BELL, CSB #305872**
Trial Attorney—Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Cameron.Bell@usdoj.gov
Telephone:  (202) 802-7643
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 3:22-cr-00084-SI |
| v. | **GOVERNMENT'S AMENDED WITNESS LIST** |
| **TONY DANIEL KLEIN,**               **Defendant.** | |

The United States of America hereby submits the following list of witnesses it may call to testify in the above-captioned matter, beginning July 10, 2023.  The United States may not need to call some of the witnesses listed below, depending on stipulations between the parties.  The United States respectfully requests the opportunity to amend this list, both to add or subtract witnesses, as may be necessary during its case in chief or in rebuttal.

///

///

1. Ackerman, Caryn — FBI
2. Armitage, Wendy — Coffee Creek Correctional Facility (CCCF) Nursing Staff[1]
3. Ashton, Heather — Court reporter for Tony Klein deposition
4. Becker, Erik — CCCF Corrections Staff
5. Bowditch, Elizabeth — FBI
6. Bowman, Dave — Investigator with Oregon State Board of Nursing
7. Brasch, Mike — CCCF Nursing Staff
8. ▇▇▇ — AV10
9. Bruns, Alana — CCCF Corrections Staff
10. Childress, Ed — CCCF Corrections Staff
11. ▇▇▇ — AV1
12. ▇▇▇ — AV3
13. ▇▇▇ — AV6
14. ▇▇▇ — AV20
15. De La O, Karin — CCCF Corrections Staff
16. Dietz, Christina — Formerly incarcerated at CCCF
17. Drew, Chad — Trooper with Oregon State Patrol
18. Dumond, Robert W. — Expert witness for the United States
19. Greiner Flindt, Erin — FBI
20. Hannon, Teresa — CCCF Nursing Staff
21. ▇▇▇ — AV15
22. ▇▇▇ — AV17
23. Haynes, Scott — CCCF Behavioral Health Staff
24. Hiser, Eric — FBI
25. ▇▇▇ — AV13
26. ▇▇▇ — AV16
27. ▇▇▇ — AV9
28. Koznek, Dane — CCCF Nursing Staff
29. ▇▇▇ — AV7
30. Lamb, Rosyln — CCCF Corrections Staff
31. ▇▇▇ — AV14
32. Martin, Katherine — CCCF Nursing Staff
33. ▇▇▇ — AV2

---

[1] Witnesses identified as "CCCF Staff" may be current or former staff of the facility.

**Government's Witness List**                                                                 Page 2

| | | |
|---|---|---|
| 34. | Magee, Erin | FBI Intelligence Analyst |
| 35. | ███████ | AV21 |
| 36. | McKay, Sydney | CCCF Behavioral Health Staff |
| 37. | ███████ | AV5 |
| 38. | Orr, Jacqueline | Previously incarcerated at CCCF |
| 39. | Phillips, Tori | Friend of AV2 |
| 40. | Pries, Christina | CCCF Nursing Staff |
| 41. | Riggs, Lewis | CCCF Corrections Staff |
| 42. | Russo, Kristina | Previously incarcerated at CCCF |
| 43. | ███████ | AV4 |
| 44. | Sabin, Liz | CCCF Nursing Staff |
| 45. | Sage, Ericka | Oregon Dept. of Corrections PREA Coordinator |
| 46. | Schain, Lori | CCCF Nursing Staff |
| 47. | Springer, Linda | CCCF Nursing Staff |
| 48. | Thompson, Carol | CCCF Nursing Staff |
| 49. | Van Pelt, Raymond | CCCF Corrections Staff |
| 50. | ███████ | AV11 |
| 51. | Ward, Marylou | CCCF Corrections Staff |
| 52. | ███████ | AV8 |
| 53. | Wolery, Cally | CCCF Nursing Staff |

Dated: June 29, 2023

Respectfully submitted,

NATALIE K. WIGHT  
United States Attorney

*/s/ Gavin W. Bruce*  
GAVIN W. BRUCE  
Assistant United States Attorney

KRISTEN CLARKE  
ASSISTANT ATTORNEY GENERAL

*/s/ Cameron A. Bell*  
CAMERON A. BELL  
Trial Attorney  
Civil Rights Division