**MATTHEW G. McHENRY, OSB# 043571**
Levine & McHenry LLC
1050 SW 6th Ave Ste 1414
Portland OR  97204
(503)-546-3927
E-Mail: matthew@levinemchenry.com

**AMANDA A. THIBEAULT, OSB #132913**
Alvarez Thibeault, LLC
330 NE Lincoln Street, Suite 100
Hillsboro, Oregon 97124
(503) 640-0708
E-mail: amanda@aatlegal.com

Attorneys for Defendant Tony Daniel Klein

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                Plaintiff,<br><br>        vs.<br><br>**TONY DANIEL KLEIN,**<br><br>                Defendant. | No. 3:22-cr-00084-SI-1<br><br>**DEFENDANT'S PROPOSED WITNESS LIST** |

Defendant hereby submits the following list of witnesses it may call to testify in the above-captioned matter, beginning July 10, 2023. The Defendant respectfully requests the opportunity to amend this list, both to add or subtract witnesses, as may be necessary throughout trial.

**1 – DEFENDANT'S PROPOSED WITNESS LIST**

1. Andrea Sang
2. Jill Bird
3. Tiffany Harrison
4. Celia Nash
5. Teresa Gillette
6. Nicole Navarre
7. Constantine Alleyne

Defendant also intended to call the following people as witnesses, who are also listed as Government Witnesses.

8. Caryn Ackerman, FBI
9. Wendy Armitage, CCCF Staff
10. Erik Becker, CCCF Staff
11. Elizabeth Bowditch, FBI
12. Dave Bowman, Investigator with Board of Nursing
13. Mike Brasch, CCCF Nursing Staff
14. Alana Bruns, CCCF nursing staff
15. Ed Childress, CCCF Corrections Staff
16. Karin De La O, CCCF Corrections Staff
17. Chad Drew, OSP
18. Erin Greiner Flindt, FBI
19. Teresa Hannon, CCCF Nursing Staff
20. Scott Haynes, CCCF Behavioral Health Staff

**2 – DEFENDANT'S PROPOSED WITNESS LIST**

21. Eric Hiser, FBI

22. Dane Koznek, CCCF Nursing Staff

23. Roslyn Lamb, CCCF Corrections Staff

24. Katherine Martin, CCCF Nursing Staff

25. Sydney McKay, CCCF Behavioral Health Staff

26. Marie Merten, CCCF Corrections Staff

27. Lindsay Noack, CCCF Corrections Staff

28. Christina Pries, CCCF nursing staff

29. Lewis Riggs, CCCF Corrections Staff

30. Liz Sabin, CCCF Nursing Staff

31. Erick Sage, PREA coordinator ODOC

32. Lori Schain, CCCF Nursing Staff

33. Linda Springer, CCCCF Nursing Staff

34. Raymond Van Pelt, CCCF Corrections Staff

35. Christina Dietz, Former AIC at CCCF

Respectfully submitted on June 30, 2023

/s/*Matthew G. McHenry*  
Matthew G. McHenry  
Counsel for Tony Klein

/s/*Amanda Alvarez Thibeault*  
Amanda Alvarez Thibeault  
Counsel for Tony Klein

**3 – DEFENDANT'S PROPOSED WITNESS LIST**