**MATTHEW G. McHENRY, OSB# 043571**
Levine & McHenry LLC
1050 SW 6th Ave Ste 1414
Portland OR  97204
(503)-546-3927
E-Mail: matthew@levinemchenry.com

**AMANDA A. THIBEAULT, OSB #132913**
Alvarez Thibeault, LLC
330 NE Lincoln Street, Suite 100
Hillsboro, Oregon 97124
(503) 640-0708
E-mail: amanda@aatlegal.com

Attorneys for Defendant Tony Daniel Klein

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  PLAINTIFF,  vs.  **TONY DANIEL KLEIN,**  DEFENDANT. | No. 3:22-cr-00084-SI-1  **DEFENDANT'S AMENDED PROPOSED WITNESS LIST** |

Defendant hereby submits the following amended list of witnesses it may call to testify in the above-captioned matter, beginning July 10, 2023. The Defendant respectfully requests the opportunity to amend this list, both to add or subtract witnesses, as may be necessary throughout trial.

1 – DEFENDANT'S PROPOSED AMENDED WITNESS LIST

Case 3:22-cr-00084-SI    Document 224    Filed 07/04/23    Page 2 of 3

1. Andrea Sang
2. Jill Bird
3. Tiffany Harrison
4. Celia Nash
5. Teresa Gillette
6. Nicole Navarre
7. Constantine Alleyne
8. Sarah Rodgers
9. Deborah Beaver, aka Deborah Reinhardt
10. Jennifer Cox, aka Jennifer Allen
11. Mark Olson
12. Gina Melise

Defendant also intends to call the following people as witnesses, who are also listed as Government Witnesses.

13. Caryn Ackerman, FBI
14. Wendy Armitage, CCCF Staff
15. Erik Becker, CCCF Staff
16. Elizabeth Bowditch, FBI
17. Dave Bowman, Investigator with Board of Nursing
18. Mike Brasch, CCCF Nursing Staff
19. Chad Drew, OSP
20. Erin Greiner Flindt, FBI

**2 – DEFENDANT'S PROPOSED AMENDED WITNESS LIST**

21. Teresa Hannon, CCCF Nursing Staff

22. Eric Hiser, FBI

23. Dane Koznek, CCCF Nursing Staff

24. Roslyn Lamb, CCCF Corrections Staff

25. Marie Merten, CCCF Corrections Staff

26. Lindsay Noack, CCCF Corrections Staff

27. Kristina Russo, former AIC at CCCF

28. Liz Sabin, CCCF Nursing Staff

29. Erick Sage, PREA coordinator ODOC

30. Marylou Ward, CCCF Correctional Staff

31. Erin Magee, FBI

Respectfully submitted on July 4, 2023

/s/*Matthew G. McHenry*  
Matthew G. McHenry  
Counsel for Tony Klein

/s/*Amanda Alvarez Thibeault*  
Amanda Alvarez Thibeault  
Counsel for Tony Klein

**3 – DEFENDANT'S PROPOSED AMENDED WITNESS LIST**