**MATTHEW G. McHENRY, OSB# 043571**
Levine & McHenry LLC
1050 SW 6th Ave Ste 1414
Portland OR  97204
(503)-546-3927
E-Mail: matthew@levinemchenry.com

**AMANDA A. THIBEAULT, OSB #132913**
Angeli Law Group
121 SW Morrison Street, Suite 400
Portland, OR 97204
503-954-2232
E-mail: amanda@angelilaw.com

Attorneys for Defendant Tony Daniel Klein

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>PLAINTIFF,<br><br>vs.<br><br>**TONY DANIEL KLEIN,**<br><br>DEFENDANT. | No. 3:22-cr-00084-SI-1<br><br>**DEFENDANT'S SECOND AMENDED PROPOSED WITNESS LIST** |

    Defendant hereby submits the following amended list of witnesses it may call to testify in the above-captioned matter, beginning July 10, 2023. The Defendant respectfully requests the opportunity to amend this list, both to add or subtract witnesses, as may be necessary throughout trial.

**1 – DEFENDANT'S PROPOSED AMENDED WITNESS LIST**

1. Andrea Sang (Nurse)

2. Jill Bird (Civilian, former AIC)

3. Tiffany Harrison (Civilian, AIC)

4. Celia Nash (Civilian, former AIC)

5. Teresa Gillette (Civilian, former AIC)

6. Nicole Navarre (Nurse)

7. Constantine Alleyne (Defense Expert Witness)

8. Sarah Rodgers (Civilian, former AIC)

9. Deborah Beaver, aka Deborah Reinhardt (Civilian, AIC)

10. Jennifer Cox, aka Jennifer Allen (Former, AIC)

11. Mark Olson (Nurse)

12. Gina Melise (Nurse)

13. Steve Wilson (Defense Investigator)

14. Brianna Robins (Defense Investigator)

15. Jace Hall (OSP)

16. Mark Dishion (ODOC)

17. Dawn Persels (OIG)

18. Andy Hasenkamp (OSP)

19. Melissa Follas (OSP)

Defendant also intends to call the following people as witnesses, who are also listed as Government Witnesses.

20. Caryn Ackerman, FBI

**2 – DEFENDANT'S PROPOSED AMENDED WITNESS LIST**

21. Wendy Armitage, CCCF Staff

22. Erik Becker, CCCF Staff

23. Elizabeth Bowditch, FBI

24. Dave Bowman, Investigator with Board of Nursing

25. Mike Brasch, CCCF Nursing Staff

26. Chad Drew, OSP

27. Erin Greiner Flindt, FBI

28. Teresa Hannon, CCCF Nursing Staff

29. Eric Hiser, FBI

30. Dane Koznek, CCCF Nursing Staff

31. Roslyn Lamb, CCCF Corrections Staff

32. Marie Merten, CCCF Corrections Staff

33. Lindsay Noack, CCCF Corrections Staff

34. Kristina Russo, former AIC at CCCF

35. Liz Sabin, CCCF Nursing Staff

36. Erick Sage, PREA coordinator ODOC

37. Marylou Ward, CCCF Correctional Staff

38. Erin Magee, FBI

Respectfully submitted on July 8, 2023

/s/*Matthew G. McHenry*  
Matthew G. McHenry  
Counsel for Tony Klein

/s/*Amanda Alvarez Thibeault*  
Amanda Alvarez Thibeault  
Counsel for Tony Klein

**3 – DEFENDANT'S PROPOSED AMENDED WITNESS LIST**

**4 – DEFENDANT'S PROPOSED AMENDED WITNESS LIST**