Matthew G. McHenry, OSB 043571
Levine & McHenry LLC
1050 SW Sixth Avenue, Suite 1414
Portland, OR 97204
503-546-3927
email: matthew@levinemchenry.com

Amanda Alvarez Thibeault, OSB 132913
Alvarez Thibeault LLC
330 NE Lincoln Street, Suite 100
Hillsboro, OR 97124
503-640-0708
email: amanda@aatlegal.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TONY KLEIN<br><br>Defendant. | No. 3:22-cr-00084-SI<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR RULE 17(C) SUBPOENA |

The ex parte motion of defendant Tony Klein, having come duly before the Court for consideration, and good cause appearing therefor:

IT IS ORDERED that the defendant may serve a subpoena duces tecum on the Columbia County Sheriff, as set forth in the proposed subpoena attached to the order.

IT IS HEREBY FURTHER ORDERED that the costs and fees incurred be paid as provided by 28 C.F.R. §§ 21.1 – 21.6.

DATED this _____ day of July, 2023.

_____
The Honorable Michael H. Simon
United States District Court Judge


Submitted by:
/s/ *Matthew G. McHenry*
Matthew G. McHenry
Attorney for Tony Klein