Your Honor,

Will the jurors have access to the transcription of the trial during deliberations?

COURT'S
EXHIBIT NO. 1
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 7/17/23