## LIST OF EXHIBITS AND WITNESSES

| Case No. | 3:22-cr-00084-SI | | Michael H. Simon, U.S. District Court Judge |
|---|---|---|---|
| **Title** | USA | | |
| | Klein | | |
| **Dates of Hearing/Trial** | July 10, 2023 | | |
| **Court Reporters** | Dennis Apodaca | | |
| **Deputy Clerks** | Mary Austad | | |
| **Plaintiff's Counsel** | | **Defendants' Counsel** | |
| Gavin W. Bruce and Cameron A. Bell | | Matthew G. McHenry and Amanda A. Thibeault | |

## LIST OF WITNESSES

| Case No. | | | Case Name: | |
|---|---|---|---|---|
| **Date** | **Time** | **Witness** | | **Called by** |
| 7/11/2023 | 9:02 a.m. | Erik Becker (CCCF Corrections Staff) - Direct | | Gov |
| | 9:55 a.m. | Cross | | Def |
| | 10:24 a.m. | Redirect | | Gov |
| | 10:29 a.m. | Break | | |
| | 10:49 a.m. | Lisa Lynn Whipple (fka Lisa Culley) (AV 6) - Direct | | Gov |
| | 12:00 p.m. | Lunch Break | | |
| | 1:06 p.m. | Continued Direct | | Gov |
| | 1:27 p.m. | Cross | | Def |
| | 2:05 p.m. | Redirect | | Gov |
| | 2:19 p.m. | Melanie Huff (fka Melanie Gould) (AV 13)- Direct | | Gov |
| | 3:12 p.m. | Break | | |
| | 3:28 p.m. | Continued Direct | | Gov |
| | 3:28 p.m. | Cross | | Def |
| | 3:46 p.m. | Redirect | | Gov |
| | 3:49 p.m. | Recross | | Def |
| | 4:00 p.m. | Teresa Hannon (CCCF Nursing Staff) - Direct | | Gov |
| | 4:44 p.m. | Cross | | Def |
| | 4:59 p.m. | Break | | |
| 7/12/2023 | 9:22 a.m. | Continued Cross | | Def |
| | 9:58 a.m. | Redirect | | Gov |
| | 10:29 a.m. | Break | | |
| | 10:49 a.m. | Continued Redirect | | Gov |
| | 11:23 a.m. | Recross | | Def |
| | 11:26 a.m. | Christina Russo (Previously incarcerated at CCCF) - Direct | | Gov |
| | 11:40 a.m. | Cross | | Def |
| | 11:40 a.m. | Redirect | | Gov |
| | 11:45 a.m. | Lunch Break | | |
| | 1:17 p.m. | Elizabeth Rydall (AV 4) - Direct | | Gov |
| | 1:49 p.m. | Break | | |
| | 2:07 p.m. | Continued Direct | | Gov |
| | 2:36 p.m. | Break | | |
| | 2:46 p.m. | Continued Direct | | Gov |
| | 3:07 p.m. | Cross | | Def |
| | 3:43 p.m. | Break | | |

|  | 4:04 p.m. | Continued Cross | Def |
|---|---|---|---|
|  | 4:08 p.m. | Redirect | Gov |
|  | 4:16 p.m. | Recross | Def |
|  | 4:17 p.m. | Linda Springer (CCCF Nursing Staff) - Direct | Gov |
|  | 4:29 p.m. | Cross | Def |
|  | 4:45 p.m. | Redirect | Gov |
|  | 4:48 p.m. | Recross | Def |
|  | 4:50 p.m. | Break |  |
| 7/13/2023 | 9:05 a.m. | Julie Kellogg (AV 9) - Direct | Gov |
|  | 9:22 a.m. | Cross | Def |
|  | 9:42 a.m. | Redirect | Gov |
|  | 9:48 a.m. | Recross | Def |
|  | 9:53 a.m. | Break |  |
|  | 10:16 a.m. | Shelly Hart (AV 15) (Rule 104 Hearing - Outside Presence of the Jury) - Direct | Gov |
|  | 10:18 a.m. | Cross | Def |
|  | 10:28 a.m. | Direct - (Hearing Concluded - Jury Present) | Gov |
|  | 11:03 a.m. | Cross | Def |
|  | 11:45 a.m. | Redirect | Gov |
|  | 11:50 a.m. | Lunch Break |  |
|  | 1:17 p.m. | Connie Wilson (AV 8) - Direct | Gov |
|  | 1:48 p.m. | Cross | Def |
|  | 2:11 p.m. | Break |  |
|  | 2:41 p.m. | Continued Cross | Def |
|  | 2:56 p.m. | Redirect | Gov |
|  | 3:00 p.m. | Dane Koznek (CCCF Nursing Staff) - Direct | Gov |
|  | 3:09 p.m. | Cross | Def |
|  | 3:24 p.m. | Redirect | Gov |
|  | 3:26 p.m. | Recross | Def |
|  | 3:47 p.m. | Lindsay Kruesi (AV 7) - Direct | Gov |
|  | 4:10 p.m. | Cross | Def |
|  | 4:46 p.m. | Redirect | Gov |
|  | 4:51 p.m. | Recross | Def |
|  | 4:55 p.m. | Break |  |
| 7/14/2023 | 9:03 a.m. | Kendel McEwan (AV 21) - Direct | Gov |
|  | 9:48 p.m. | Cross | Def |
|  | 9:57 a.m. | Redirect | Gov |

|  | 9:59 a.m. | Carol Thompson (CCCF Nursing Staff) - Direct | Gov |
|---|---|---|---|
|  | 10:15 a.m. | Cross | Def |
|  | 10:29 a.m. | Redirect | Gov |
|  | 10:29 a.m. | Recross | Def |
|  | 10:32 a.m. | Break |  |
|  | 10:59 a.m. | Jacqueline Orr (Former AIC at CCCF) - Direct | Gov |
|  | 11:07 a.m. | Cross | Def |
|  | 11:14 a.m. | Redirect | Gov |
|  | 11:15 a.m. | Recross | Def |
|  | 11:29 a.m. | Erika Sage (Questions by the Court - Outside Presence of the Jury) - Direct | Gov |
|  | 11:32 a.m. | Cross | Def |
|  | 11:39 a.m. | Christopher Arnoux (Questions by the Court – Outside Presence of Jury) |  |
|  | 11:40 a.m. | Direct | Gov |
|  | 11:41 a.m. | Cross | Def |
|  | 11:44 a.m. | Lunch Break |  |
|  | 12:36 p.m. | Kristin Hiatt (AV 17)(Rule 104 Hearing - Outside Presence of the Jury) - Direct | Gov |
|  | 12:39 p.m. | Cross | Def |
|  | 1:48 p.m. | Direct (Hearing Concluded - Jury Present) | Gov |
|  | 1:04 p.m. | Cross | Def |
|  | 1:38 p.m. | Redirect | Gov |
|  | 1:51 p.m. | Recross | Def |
|  | 1:54 p.m. | Break |  |
|  | 2:35 p.m. | Sydney McKay (CCCC Nursing Staff) - Direct | Gov |
|  | 2:49 p.m. | Cross | Def |
|  | 2:56 p.m. | Redirect | Gov |
|  | 2:58 p.m. | Recross | Def |
|  | 3:00 p.m. | Evening Break |  |
| 7/17/2023 | 9:03 a.m. | Melissa Vitellaro (AV 11) - Direct | Gov |
|  | 9:32 a.m. | Cross | Def |
|  | 10:05 a.m. | Redirect | Gov |
|  | 10:10 a.m. | Break |  |
|  | 10:46 a.m. | Raymond Van Pelt (CCCF Corrections Staff) - Direct | Gov |
|  | 10:49 a.m. | Cross | Def |
|  | 10:58 a.m. | Redirect | Gov |
|  | 11:00 a.m. | Christina Hulse (AV 16) - Direct | Gov |
|  | 11:23 a.m. | Cross |  |

|  | 11:37 a.m. | Redirect | Gov |
|---|---|---|---|
|  | 11:39 a.m. | Cross | Def |
|  | 11:40 a.m. | Stipulation of Fact read into the record |  |
|  | 11:49 a.m. | Lunch Break |  |
|  | 12:56 p.m. | Autumn Brelin (AV 10) - Direct | Gov |
|  | 1:19 p.m. | Cross | Def |
|  | 1:45 p.m. | Redirect | Gov |
|  | 1:53 p.m. | Recross | Def |
|  | 1:54 p.m. | Break |  |
|  | 2:12 p.m. | Stacie Maldonaldo (AV 2) - Direct | Gov |
|  | 2:52 p.m. | Cross | Def |
|  | 3:16 p.m. | Redirect | Gov |
|  | 3:18 p.m. | Break |  |
|  | 3:45 p.m. | Alana Bruns (CCCF Corrections Staff) - Direct | Gov |
|  | 4:02 p.m. | Cross | Def |
|  | 4:06 p.m. | Redirect | Gov |
|  | 4:07 p.m. | Recross | Def |
|  | 4:09 p.m. | Break |  |
| 7/18/2023 | 9:19 a.m. | Tonya Mertes (AV 5) (Rule 104 Hearing - Outside Presence of the Jury) - Direct | Gov |
|  | 9:21 a.m. | Cross – (Hearing Concluded - Jury Present) | Def |
|  | 9:27 a.m. | Direct | Gov |
|  | 9:43 a.m. | Cross | Def |
|  | 10:03 a.m. | Break |  |
|  | 10:07 a.m. | Nicole Crabtree (AV 1) (Offer of Proof - Outside Presence of the Jury) - Direct | Gov |
|  | 10:10 a.m. | Cross | Def |
|  | 10:14 a.m. | Direct – (Hearing Concluded - Jury Present) | Gov |
|  | 10:50 a.m. | Cross | Def |
|  | 11:33 a.m. | Redirect | Gov |
|  | 11:43 a.m. | Recross | Def |
|  | 11:45 a.m. | Break |  |
|  | 1:07 p.m. | Lindsey Criss (AV 3) - Direct | Gov |
|  | 2:23 p.m. | Break |  |
|  | 2:44 p.m. | Cross | Def |
|  | 3:33 p.m. | Redirect | Gov |
|  | 3:40 p.m. | Cross | Def |
|  | 3:42 p.m. | Break |  |

|  | 4:00 p.m. | Christina Davidson (AV 20) - Direct | Gov |
|---|---|---|---|
|  | 4:20 p.m. | Cross | Def |
|  | 4:32 p.m. | Redirect | Gov |
|  | 4:39 p.m. | Break |  |
| 7/19/2023 | 9:09 a.m. | Erin Magee (FBI Analyst) - Direct | Gov |
|  | 9:46 a.m. | Cross - Government rests | Def |
|  | 10:01 a.m. | Break |  |
|  | 10:28 a.m. | Michael Brasch (CCCF Nursing Staff) - Direct | Def |
|  | 10:40 a.m. | Cross | Gov |
|  | 10:43 a.m. | Redirect | Def |
|  | 10:45 a.m. | Nicole Navarre (CCCF Nursing Staff) - Direct | Def |
|  | 11:11 a.m. | Cross | Gov |
|  | 11:33 a.m. | Redirect | Def |
|  | 11:36 a.m. | Recross | Gov |
|  | 11:38 a.m. | Break |  |
|  | 1:21 p.m. | Deborah Beaver (former CCCF AIC) (Rule 104 Hrg Outside of the Jury) - Direct | Def |
|  | 1:33 p.m. | Cross | Gov ` |
|  | 1:35 p.m. | Redirect | Def |
|  | 1:44 p.m. | Direct – (Hearing Concluded - Jury Present) | Def |
|  | 1:53 p.m. | Cross | Gov |
|  | 1:59 p.m. | Redirect | Def |
|  | 2:00 p.m. | Recross | Gov |
|  | 2:03 p.m. | Gina Melise (CCCF Nursing Staff) - Direct | Def |
|  | 2:21 p.m. | Cross | Gov |
|  | 2:25 p.m. | Redirect | Def |
|  | 2:27 p.m. | Break |  |
|  | 2:27 p.m. | Gina Malise (Offer of Proof – Jury not Present) - Direct | Def |
|  | 2:31 p.m. | Cross | Gov |
|  | 2:40 p.m. | Break |  |
| 7/20/2023 | 9:15 a.m. | Chad Drew (OSP Sgt.) - Direct | Def |
|  | 9:20 a.m. | Cross (Video Exhibit #306 Played to the Jury) | Gov |
|  | 9:26 a.m. | Redirect | Def |
|  | 9:27 a.m. | Caryn Ackerman (FBI, Supervisory Special Agent) - Direct | Def |
|  | 9:48 a.m. | Cross | Gov |
|  | 9:52 a.m. | Redirect | Def |
|  | 9:58 a.m. | Recross | Gov |

|  | 9:59 a.m. | Elizabeth Bowditch (FBI, Special Agent) - Direct | Def |
|---|---|---|---|
|  | 10:07 a.m. | Cross | Gov |
|  | 10:08 a.m. | Redirect | Def |
|  | 10:10 a.m. | Eric Hiser (FBI, Special Agent) - Direct | Def |
|  | 10:19 a.m. | Cross | Gov |
|  | 10:21 a.m. | Break |  |
|  | 11:11 a.m. | Elizabeth Dennis (CCCF Nursing Staff) - Direct | Def |
|  | 11:30 a.m. | Theresa Hannon (CCCF Nursing Staff) - Direct | Def |
|  | 11:55 a.m. | Cross | Gov |
|  | 12:04 p.m. | Redirect | Def |
|  | 12:12 p.m. | Recross | Gov |
|  | 12:15 p.m. | Lunch Break | Def |
|  | 1:20 p.m. | Marylou Ward (CCCF Corrections Staff) - Direct | Def |
|  | 1:35 p.m. | Cross | Gov |
|  | 1:37 p.m. | Redirect | Def |
|  | 1:45 p.m. | Defendant rests |  |
|  |  |  |  |
|  |  |  |  |

United States District Court
Exhibits Log: 3:22-CR-00084-SI
US vs. Tony Daniel Klein, 7/10/2023

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-1 | Excerpted Deposition of Tony Klein dated Nov. 20 2019 with redactions |
| Gov-1-A | Excerpted Deposition of Tony Klein (with redactions) (dated Nov. 20 2019) |
| Gov-13 | Selected Slides from 2014 PREA Training for Health Services Staff |
| Gov-17 | Sketch of Housing Units and Camera Locations |
| Gov-20 | Photo of Nicole Crabtree AV1 |
| Gov-22 | Selected Medical Records of Nicole Crabtree AV1 Progress Notes August and September 2017 |
| Gov-24 | Selected Medical Records of Nicole Crabtree AV1 Non Emergency Healthcare Request dated Sept. 17 2017 |
| Gov-27 | Misconduct Report of Nicole Crabtree AV1 |
| Gov-28 | Photo of Stacie (AV2) |
| Gov-29-SelectedMedica | Selected Medical Records of Stacie Maldonado AV2 Physical Examination |
| Gov-30 | Selected Medical Records of Stacie Maldonado AV2 Medical Receiving Screening and Medical History |
| Gov-34 | Selected Medical Records of Stacie Maldonado AV2 Medication Administration Record September 2017 |
| Gov-35 | Selected Medical Records of Stacie Maldonado AV2 Physicians Orders August and September 2017 |
| Gov-36 | Selected Medical Records of Stacie Maldonado AV2 Progress Notes August and September 2017 |
| Gov-41 | Unusual Incident Report of Alana Bruns re Stacie Maldonado AV2 |
| Gov-44 | Photo of Lindsey Criss AV3 |
| Gov-58 | Selected Medical Records of Lindsey Criss AV3 Parameter Flow Sheet November and December 2017 |
| Gov-59 | Selected Medical Records of Lindsey Criss AV3 Progress Notes and Discharge Note Related to March 2017 Surgery |
| Gov-62 | Photo of Elizabeth Shockey AV4 |
| Gov-65 | Photo of Tonya (AV5) |
| Gov-68 | Selected Medical Records of Tonya (AV5) |
| Gov-69 | Photo of Lisa Whipple AV6 |
| Gov-70 | Selected Medical Records of Lisa Whipple AV6 Progress Notes May 2017 |
| Gov-71 | Selected Medical Records of Lisa Whipple AV6 Progress Notes November and December 2017 |
| Gov-76 | Photo of Lindsay Kruesi AV7 |
| Gov-80 | Selected Medical Records of Lindsay Kruesi AV7 Progress Notes March 2017 |
| Gov-81 | Photo of Connie Wilson AV8 |
| Gov-84 | Selected Medical Records of Connie Wilson AV8 Patient Informed Consent and Refusal Form dated July 10 2017 |
| Gov-85 | Selected Medical Records of Connie Wilson AV8 Progress Notes July to September 2017 |
| Gov-86 | Selected Medical Records of Connie Wilson AV8 Patient Informed Consent and Refusal Form dated July 17 2017 |
| Gov-87 | Photo of Julie Kellogg AV9 |
| Gov-89 | Selected Medical Records of Julie Kellogg AV9 X Ray Report dated Aug. 2 2017 |
| Gov-91 | Selected Medical Records of Julie Kellogg AV9 Progress Notes July 2017 |
| Gov-93 | Staff Report of Marylou Ward re Julie Kellogg AV9 |
| Gov-95 | Photo of Autumn Brelin AV10 |
| Gov-96 | Selected Medical Records of Autumn Brelin AV10 Physicians Orders August 2017 |
| Gov-97 | Selected Medical Records of Autumn Brelin AV10 Physicians Orders April 2017 |
| Gov-98 | Photo of Melissa Vitellaro AV11 |
| Gov-101 | Selected Medical Records of Melissa Vitellaro AV11 Progress Notes July and September 2017 |

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-102 | Selected Medical Records of Melissa Vitellaro AV11 Progress Notes June 2013 |
| Gov-103 | Photo of Melanie Gould AV13 |
| Gov-110 | Photo of Shelly Hart AV15 |
| Gov-111 | Photo of Christina Hulse AV16 |
| Gov-112 | Photo of Kristin Hawk AV17 |
| Gov-114 | Selected Medical Records of Kristin Hawk AV17 Physicians Orders February 2016 |
| Gov-115 | Selected Medical Records of Kristin Hawk AV17 Progress Notes January and February 2016 |
| Gov-124 | Photo of Christina Davidson AV20 |
| Gov-127 | Photo of Kendel McEwen AV21 |
| Gov-130 | Photos of Minimum Medical Triage Exam Room Taken by Lindsay Noack |
| Gov-133 | Photo of G H Triage Room Taken by Lindsay Noack |
| Gov-143 | Photos of Minimum Exterior Taken by FBI 2023 |
| Gov-145 | Photos of Minimum Medical Entryway and Foyer Taken by FBI 2023 |
| Gov-146 | Photo of Minimum Medical Unit Taken by FBI 2023 |
| Gov-147 | Photos of Minimum Medical Triage Exam Room Taken by FBI 2023 |
| Gov-148 | Photos of Minimum Medical Triage Exam Room Taken by FBI 2023 |
| Gov-149 | Photos of Minimum Medical Area Taken by FBI 2023 |
| Gov-151 | Photo of Minimum Medical Nurses Station Taken by FBI 2023 |
| Gov-153 | Photos of Minimum Medication Room Taken by FBI 2023 |
| Gov-154 | Photo of G H Triage Room Taken by FBI 2023 |
| Gov-156 | Photo of G H Triage Room and Staff Bathroom Taken by FBI 2023 |
| Gov-157 | Photo of Kyte Box on Housing Unit Taken by FBI 2023 |
| Gov-158 | Photo of Medium Health Services Entryway Taken by FBI 2023 |
| Gov-159 | Photos of Medium Janitors Closet Near Dialysis Room Taken by FBI 2023 |
| Gov-160 | Photos of Medium Dialysis Room Taken by FBI 2023 |
| Gov-161 | Photos of Hallway in Medium Medical Taken by FBI 2023 |
| Gov-162 | Photos of Medium Medical Nurses Station Taken by FBI 2023 |
| Gov-164 | Photos of Medium Staff Break Room and Bathroom Taken by FBI 2023 |
| Gov-165 | Photos of Medium Staff Bathroom Taken by FBI 2023 |
| Gov-166 | Photos of Medium Medical Providers Exam Room Taken by FBI 2023 |
| Gov-168 | Photos of Medium Infirmary Hallway Taken by FBI 2023 |
| Gov-169 | Photos of Medium Infirmary Janitors Closet Taken by FBI 2023 |
| Gov-170 | Photo of Medium Infirmary Officers Desk Taken by FBI 2023 |
| Gov-171 | Photos of Medium Infirmary Ante Room Foyer Between Inmate Rooms Taken by FBI 2023 |
| Gov-173 | Photos of Medium Medical Clothing Room Taken by FBI 2023 |
| Gov-174 | Photos of View from Medium Medical Clothing Room Taken by FBI 2023 |
| Gov-177 | Map of Medium Health Services Infirmary |
| Gov-178 | Map of Minimum Building C D Medical and Programs |
| Gov-180-A | Deposition of Lisa Whipple (AV6) (excerpted) (dated November 15, 2019) |
| Gov-181 | Photo of Medical Unit on G H Corridor |
| Gov-182 | Photo of Medical Unit on G H Corridor |
| Gov-183 | Elizabeth Rydall (AV4) 2015 Medical Record |
| Gov-184 | Selected Medical Records of Autumn Brelin (AV10) |
| Gov-185 | Photos of Medium Medical Clinic X Ray Room |

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-205 | Excerpted Deposition of Autumn Brelin (AV10) (dated November 14 2019) |
| Gov-206 | Excerpted Deposition of Nicole Crabtree (AV1) (dated November 7 2019) |
| Gov-208 | Callout Records of Nicole Crabtree (AV1) |
| Gov-209 | Housing Records of Lindsey Criss (AV3) |
| Gov-210 | Tony Klein Work Schedule 2016 |
| Gov-211 | Tony Klein Work Schedule 2017 |
| Gov-212 | Lindsey Criss (AV3) Progress Notes |
| Gov-306 | Interview Recording of Julie Kellogg (AV9) (dated Dec. 19 2019) |
| Def-178-A | Markup |
| Def-1027 | Photograph of CCCF Infirmary Hallway |
| Def-1050 | Photograph of CCCF G and H Hall |
| Def-1053 | Photograph of CCCF J and K Hall |
| Def-1062 | Photograph of CCCF Minimum Clinic Exam Room C03 |
| Def-1063 | Photograph of CCCF Minimum Nursing Station and File Room |
| Def-1086 | 2015 CCCF Nurses Schedules |
| Def-1087 | 2016 CCCF Nurses Schedules |
| Def-1088 | 2017 CCCF Nurses Schedules |
| Def-1099 | |
| Def-1102 | August 2017 |
| Def-1106 | by attorney Ashley Barton |
| Def-1107 | CRABTREE DOC Housing Recs |
| Def-1108 | CULLEY DOC Housing Recs |
| Def-1110 | KELLOGG DOC Housing Recs |
| Def-1111 | KRUESI SHOCKEY DOC Housing Recs |
| Def-1112 | MATHIESON DOC Housing Recs (1) |
| Def-1113 | MERTES DOC Housing Recs (1) |
| Def-1116 | RYDALL DOCS Housing Recs |
| Def-1118 | VITELLARO DOC Housing Recs |
| Def-1119 | WILSON DOC Housing Recs |
| Def-1130 | CRISS DOC Housing Records |
| Def-2059 | Kellogg Grievance US00003280 |
| Def-2119 | ORR Housing Records |