Print 12 copies

GE 211
GE 210

COURT'S
EXHIBIT NO. 2
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 7-24-2023