# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

v.

TONY DANIEL KLEIN,

Defendant.

Case No. 3:22-cr-84-SI

**VERDICT**

We the Jury, being duly empaneled and sworn to try the case of *United States v. Tony Daniel Klein*, hereby unanimously find as follows:

PAGE 1 – VERDICT

## COUNT 1
**Deprivation of Rights, 18 U.S.C. § 242**
(alleging that between about September 1, 2017, and about September 30, 2017, in the District of Oregon, the Defendant penetrated AV1's vulva with his penis without her consent)
(AV1)

_____ Not Guilty          __X__ Guilty

If Guilty, please answer the following two questions:

(1) Did this offense include aggravated sexual abuse?

__X__ Yes          _____ No

(2) Did this offense result in bodily injury to AV1?

__X__ Yes          _____ No

## COUNT 2
**Deprivation of Rights, 18 U.S.C. § 242**
(alleging that on or about August 15, 2017, in the District of Oregon, the Defendant touched AV2's breast without her consent and exposed his penis to AV2 without her consent)
(AV2)

_____ Not Guilty          __X__ Guilty

## COUNT 3
**Deprivation of Rights, 18 U.S.C. § 242**
(alleging that on or about September 17, 2017, in the District of Oregon, the Defendant digitally penetrated AV2's genital opening without her consent)
(AV2)

_____ Not Guilty          __X__ Guilty

## COUNT 4
**Deprivation of Rights, 18 U.S.C. § 242**
(alleging that on or about September 17, 2017, in the District of Oregon, the Defendant penetrated AV2's vulva with his penis without her consent)
(AV2

_____ Not Guilty          __X__ Guilty

If Guilty, please answer the following two questions:

(1)   Did this offense include aggravated sexual abuse?

__X__ Yes          _____ No

(2)   Did this offense result in bodily injury to AV2?

__X__ Yes          _____ No

## COUNT 5
**Deprivation of Rights, 18 U.S.C. § 242**
(alleging that on or about March 26, 2017, in the District of Oregon, the Defendant caused his penis to have contact with AV3's mouth without her consent and masturbated in front of AV3 without her consent)
(AV3

_____ Not Guilty          __X__ Guilty

PAGE 3 – VERDICT

## COUNT 6
**Deprivation of Rights, 18 U.S.C. § 242**
(alleging that between about August 1, 2017, and about August 31, 2017, in the District of Oregon, the Defendant caused his penis to have contact with AV3's mouth without her consent)
(AV3

_____ Not Guilty          __X__ Guilty

If Guilty, please answer the following question:

Did this offense include aggravated sexual abuse?

__X__ Yes          _____ No

## COUNT 7
**Deprivation of Rights, 18 U.S.C. § 242**
(alleging that on or about September 29, 2017, in the District of Oregon, the Defendant penetrated AV3's vulva with his penis without her consent)
(AV3

_____ Not Guilty          __X__ Guilty

## COUNT 8
**Deprivation of Rights, 18 U.S.C. § 242**
(alleging that between about October 1, 2017, and about October 31, 2017, in the District of Oregon, the Defendant caused his penis to have contact with AV3's mouth without her consent)
(AV3

_____ Not Guilty          __X__ Guilty

If Guilty, please answer the following question:

Did this offense include aggravated sexual abuse?

__X__ Yes          _____ No

## COUNT 9
**Deprivation of Rights, 18 U.S.C. § 242**
(alleging that on or about November 13, 2017, in the District of Oregon, the Defendant touched AV3's breast without her consent)
(AV3)

_____ Not Guilty          __X__ Guilty

## COUNT 10
**Deprivation of Rights, 18 U.S.C. § 242**
(alleging that between about May 1, 2017, and about November 30, 2017, in the District of Oregon, the Defendant penetrated AV4's vulva with his penis without her consent)
(AV4

_____ Not Guilty          __X__ Guilty

If Guilty, please answer the following question:

Did this offense result in bodily injury to AV4?

__X__ Yes          _____ No

## COUNT 11
**Deprivation of Rights, 18 U.S.C. § 242**
(alleging that on or about December 12, 2016, in the District of Oregon, the Defendant touched AV5's buttocks without her consent)
(AV5

_____ Not Guilty          __X__ Guilty

## COUNT 12
**Deprivation of Rights, 18 U.S.C. § 242**
(alleging that between about December 23, 2016, and about July 24, 2017, in the District of Oregon, the Defendant touched AV6's genitalia without her consent and touched her inner thigh without her consent)
(AV6

_____ Not Guilty    \_\_X\_\_ Guilty

## COUNT 13
**Deprivation of Rights, 18 U.S.C. § 242**
(alleging that between about December 23, 2016, and about July 24, 2017, in the District of Oregon, the Defendant caused AV6 to touch his penis without her consent)
(AV6

_____ Not Guilty    \_\_X\_\_ Guilty

## COUNT 14
**Deprivation of Rights, 18 U.S.C. § 242**
(alleging that between about December 23, 2016, and about July 24, 2017, in the District of Oregon, the Defendant touched AV6's breasts without her consent)
(AV6

_____ Not Guilty    \_\_X\_\_ Guilty

## COUNT 15
**Deprivation of Rights, 18 U.S.C. § 242**
(alleging that between about March 1, 2017, and about September 30, 2017, in the District of Oregon, the Defendant digitally penetrated AV7's genital opening without her consent)
(AV7

_____ Not Guilty    \_\_X\_\_ Guilty

## COUNT 16
Deprivation of Rights, 18 U.S.C. § 242
(alleging that between about July 3, 2017, and about July 17, 2017, in the District of Oregon, the Defendant digitally penetrated AV8's genital opening without her consent)
(AV8

__X__ Not Guilty          _____ Guilty

## COUNT 17
Deprivation of Rights, 18 U.S.C. § 242
(alleging that between about July 15, 2017, and about August 31, 2017, in the District of Oregon, the Defendant touched AV9's genitalia without her consent)
(AV9

__X__ Not Guilty          _____ Guilty

## COUNT 18
Deprivation of Rights, 18 U.S.C. § 242
(alleging that between about August 2, 2017, and about August 13, 2017, in the District of Oregon, the Defendant touched AV10's breasts without her consent and caused his penis to touch AV10's body without her consent)
(AV10

_____ Not Guilty          __X__ Guilty

## COUNT 19
Deprivation of Rights, 18 U.S.C. § 242
(alleging that between about July 3, 2017, and about September 21, 2017, in the District of Oregon, the Defendant touched AV11's genitalia without her consent)
(AV11

_____ Not Guilty          __X__ Guilty

## COUNT 20

**DISMISSED (DO NOT ANSWER)**

## COUNT 21

**DISMISSED (DO NOT ANSWER)**

## COUNT 22
**False Declarations Before Court, 18 U.S.C. § 1623**
(alleging that on or about November 20, 2019, in the District of Oregon, the Defendant, after having taken an oath to testify truthfully at a deposition ancillary to a proceeding in a United States District Court, falsely and knowingly denied that he had sexual vaginal intercourse with an incarcerated adult, while the Defendant was employed by the Oregon Department of Corrections)

_____ Not Guilty       \_\_X\_\_ Guilty

## COUNT 23
**False Declarations Before Court, 18 U.S.C. § 1623**
(alleging that on or about November 20, 2019, in the District of Oregon, the Defendant, after having taken an oath to testify truthfully at a deposition ancillary to a proceeding in a United States District Court, falsely and knowingly denied that he had penetrated the vagina or anus, using his penis, fingers, or tongue, of an incarcerated adult female, while the Defendant was employed by the Oregon Department of Corrections)

_____ Not Guilty       \_\_X\_\_ Guilty

### COUNT 24
### False Declarations Before Court, 18 U.S.C. § 1623
(alleging that on or about November 20, 2019, in the District of Oregon, the Defendant, after having taken an oath to testify truthfully at a deposition ancillary to a proceeding in a United States District Court, falsely and knowingly denied that he had kissed an incarcerated adult female, while the Defendant was employed by the Oregon Department of Corrections)

_____ Not Guilty          \_\_X\_\_ Guilty

### COUNT 25
### False Declarations Before Court, 18 U.S.C. § 1623
(alleging that on or about November 20, 2019, in the District of Oregon, the Defendant, after having taken an oath to testify truthfully at a deposition ancillary to a proceeding in a United States District Court, falsely and knowingly denied that he had any sexual contact with any incarcerated adult female with the intent to abuse, arouse, or gratify his sexual desire)

_____ Not Guilty          \_\_X\_\_ Guilty


Dated this 25th day of July, 2023.

PAGE 9 – VERDICT