Matthew G. McHenry, OSB 043571
Levine & McHenry LLC
1050 SW Sixth Avenue, Suite 1414
Portland, OR 97204
503-546-3927
email: matthew@levinemchenry.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | ) No. 3:22-cr-00084-SI |
|---|---|
| Plaintiff, | ) NOTICE OF APPEAL |
| vs. | ) |
| TONY KLEIN | ) |
| Defendant. | ) |

Notice is hereby given that Tony Klein, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the judgment entered in this action on the 18th day of October, 2023.

Respectfully submitted this 23rd day of October, 2023.

s/ *Matthew McHenry*
Matthew McHenry
Attorney for Defendant