Matthew G. McHenry, OSB 043571
Levine & McHenry LLC
1050 SW Sixth Avenue, Suite 1414
Portland, OR 97204
503-546-3927
email: matthew@levinemchenry.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:22-cr-00084-SI |
| | ) | |
| | ) | NOTICE OF APPEAL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| TONY KLEIN | ) | |
| | ) | |
| Defendant. | ) | |

Notice is hereby given that Tony Klein, defendant in the above-named

case, hereby appeals to the United States Court of Appeals for the Ninth

Circuit from the amended judgment entered in this action on the 24th day of

October, 2023 (ECF 304). Mr. Klein filed a previous Notice of Appeal (ECF

303) from the original judgment entered on October 18th, 2023 (ECF 301).

Respectfully submitted this 26th day of October, 2023.

s/ *Matthew McHenry*
Matthew McHenry
Attorney for Defendant

s/ *Amanda Thibeault*
Amanda Thibeault
Attorney for Defendant